Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*Stephen Fairfax and MTechnology*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-2651 <br><br> **NOTICE OF REMOVAL TO FEDERAL COURT** |

**TO:   THE CLERK OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA**

PLEASE TAKE NOTICE that Defendants Stephen Fairfax and MTechnology hereby remove to this Court the state action described below.  Defendants give notice that this action is removed to the United States District Court for the District of Nevada from the Eighth Judicial District Court for Clark County, Nevada.  This Notice is filed pursuant to 28 U.S.C. § 1441(a), and the basis for removal is federal question jurisdiction pursuant to 28 U.S.C. § 1331.

## BACKGROUND

1.   Plaintiff Switch, Ltd. ("Switch") filed this action on September 12, 2017 in the Eighth Judicial District Court for Clark County, Nevada, Case No. A-17-

1. 761382-C. A true and correct copy of the Complaint and the other documents filed thus far in this action are attached hereto as **Exhibits A & B**.

2. Plaintiff's Sixth Claim for Relief, Misappropriation of Trade Secrets, is explicitly made pursuant to federal statute, 18 U.S.C. § 1836, *et seq*. The U.S. District Court for the District of Nevada is the proper venue for this case.

## STATUTORY REQUIREMENTS

3. Removal is only appropriate for cases that might have originally been brought in federal court. *See* 28 U.S.C. § 1441(a).

4. 28 U.S.C. § 1331 provides that federal "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1367(a), when a district court possesses original jurisdiction over some of the plaintiff's claims, it also has "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

6. Here, Plaintiff Switch's Sixth Claim for Relief is made pursuant to the laws of the United States, specifically 18 U.S.C. § 1836, *et seq*. This Court has original jurisdiction over that claim for relief.

7. Switch has asserted 7 additional claims for relief against Defendants: (1) Breach of Contract; (2) Breach of the Implied Covenant of Good Faith and Fair Dealing; (3) Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing; (4) Unjust Enrichment; (5) Conversion; (6) Misappropriation of Trade Secrets pursuant to the Nevada Revised Statutes; and (7) Misappropriation of Licensable Commercial Properties. All of these claims are so related to Plaintiff's federal claim and the alleged facts related to that claim that they form part of the same case or controversy.

## PROCEDURAL REQUIREMENTS

8. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is signed subject to Rule 11 of the Federal Rules of Civil Procedure.

9. Pursuant to 28 U.S.C. § 1446(a), Defendants file this Notice of Removal in the U.S. District Court for the District of Nevada, which is the federal district court embracing the Eighth Judicial District Court for Clark County, Nevada, where Plaintiff brought this action.

10. This matter was filed on September 12, 2017, and Defendants were served with notice of the action and with the Complaint on September 25, 2017. Service constituted their first notice of filing. Therefore, removal is timely pursuant to 18 U.S.C. § 1446(b).

11. Defendants MTechnology and Stephen Fairfax are presently the only named Defendants in this lawsuit, and both consent to removal of this case.

12. Pursuant to 18 U.S.C. § 1446(d), Defendants will promptly serve on Plaintiff and file with the state court a Notice to Plaintiff of Removal to Federal Court, informing Plaintiff that the matter has been removed to federal court.

## CONCLUSION

WHEREFORE, this action should proceed in the U.S. District Court for the District of Nevada as an action properly removed thereto.

Dated: October 12, 2017.            Respectfully submitted,

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorneys for Defendants
Stephen Fairfax and MTechnology*

Case No. 2:17-cv-2651

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via electronic mail and U.S. Mail to the attorneys listed below:

Samuel Castor, Esq.
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, NV 89118
sam@switch.com
scastor@switchlv.com

F. Christopher Austin, Esq.
Ryan Gile, Esq.
**WEIDE & MILLER, LTD.**
Bank of Nevada Bldg., 5th Floor
7251 West Lake Mead Blvd., Ste. 530
Las Vegas, NV 89128
caustin@weidemiller.com
rgile@weidemiller.com

*Attorney for Plaintiff, Switch, Ltd.*

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC