Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*Stephen Fairfax and MTechnology*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-2651 <br><br> **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |

## CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1

Defendants STEPHEN FAIRFAX and MTECHNOLOGY, INC. submit this Certificate of Interested Parties pursuant to LR 7.1-1.

The undersigned, attorney of record for Defendants STEPHEN FAIRFAX and MTECHNOLOGY, INC., certifies that there are no known interested parties other than those participating in the case.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: October 12, 2017.                Respectfully submitted,

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorneys for Defendants
  Stephen Fairfax and MTechnology*

Case No. 2:17-cv-2651

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via electronic mail and U.S. Mail to the attorneys listed below:

Samuel Castor, Esq.
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, NV 89118
sam@switch.com
scastor@switchlv.com

F. Christopher Austin, Esq.
Ryan Gile, Esq.
**WEIDE & MILLER, LTD.**
Bank of Nevada Bldg., 5th Floor
7251 West Lake Mead Blvd., Ste. 530
Las Vegas, NV 89128
caustin@weidemiller.com
rgile@weidemiller.com

*Attorney for Plaintiff, Switch, Ltd.*

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC