Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*Stephen Fairfax and MTechnology*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS STEPHEN FAIRFAX AND MTECHNOLOGY, INC. TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff, SWITCH, LTD. ("Plaintiff" or "Switch"), and Defendants STEPHEN FAIRFAX and MTECHNOLOGY, INC. ("Defendants"), by and through their respective undersigned counsel, hereby stipulate that Defendants shall have up to and including November 2, 2017 to respond to Plaintiff's Complaint.  This is the first request for extension of time for Defendants to respond to the Complaint.

1. Plaintiff Switch, Ltd. ("Switch") filed this action on September 12, 2017 in the Eighth Judicial District Court for Clark County, Nevada (*see* ECF No. 1-1).

2. On October 12, 2017, Defendants removed this suit to the District of Nevada (ECF No. 1).

3. Defendants have not yet responded to the Complaint in this action.

4. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' response to Plaintiff's Complaint is due 7 days after removal, on October 19, 2017.

5. Counsel for Defendants require additional time to investigate facts and issues related to Plaintiff's Complaint and formulate an appropriate and accurate response.

Accordingly,

IT IS HEREBY STIPULATED that Defendants shall have up to and including November 2, 2017 to respond to Plaintiff's Complaint (ECF No. 1-1).

Respectfully submitted,

/s/ F. Christopher Austin
F. Christopher Austin, Esq.
Ryan Gile, Esq.
**WEIDE & MILLER, LTD.**
Bank of Nevada Bldg., 5th Floor
7251 West Lake Mead Blvd., Ste. 530
Las Vegas, NV 89128

Samuel Castor, Esq.
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, NV 89118

*Attorneys for Plaintiff,*
*Switch Ltd.*

Respectfully submitted,

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorneys for Defendants,*
*Stephen Fairfax and MTechnology*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-23-2017