# **EXHIBIT 3**

"Privity of Contract"

Black's Law Dictionary

# The Law Dictionary

*Featuring Black's Law Dictionary Free Online Legal Dictionary 2nd Ed.*

Navigation ≡



## What is **PRIVITY OF CONTRACT**?

A legal document that states that contracts give rights and imposes liabilites on the concerned parties. Only they are given the right to sue each other according to the contract terms

## More On This Topic

1. Parts Of A Legal Contract
2. Writing a Contract Addendum
3. How To Terminate A Contract Letter
4. How To Write A Letter Of Intent To End A Contract
5. How To Legally Break A Contract
6. How Does A Land Contract Work?
7. How To Cancel A Contract In Writing
8. Best Way To Write A Lease-To-Own Contract
9. Is A Verbal Agreement Legally Binding?
10. Creating Legally Binding Contracts Online

## Related Legal Terms

**PRIVITY OF ESTATE, PRIVITY, CLOSED CONTRACT, ASSIGNABLE CONTRACT, MUTUALITY OF CONTRACT, SPECIAL CONTRACT, GENERAL CONTRACT PROVISIONS, PERFORMANCE OF CONTRACT, BREACH OF CONTRACT, PRIVITY IN LAW**

Case 2:17-cv-02651-GMN-EJY Document 8-3 Filed 11/02/17 Page 3 of 4

## Link to This Definition

Did you find this definition of PRIVITY OF CONTRACT helpful? You can share it by copying the code below and adding it to your blog or web page.

```
<a href="http://thelawdictionary.org/privity-of-contract/" title="PRIVITY OF CONTRACT">PRIVITY OF CONTRACT</a>
```

Written and fact checked by The Law Dictionary

**‹ PRE-OPERATING COSTS**                                                         **RATCHET ›**

 English

### Featuring Black's Law Dictionary

   Tweet

## Popular Articles

How Do You Prove a Defamation of Character Claim?

Best Way to Run a Free Arrest Warrant Check

How to Order a Criminal Background Check on Yourself

How Do I Get a Copy of My Criminal Record?

How to Calculate a Settlement in a Workman's Comp Injury

## Related

OXIDIZING AGENT

OXY-ACETYLENE WELDING

OXYGEN DEMANDING MATERIAL

RATCHET EFFECT

RATCHET CLAUSE

RATCHET

## Enter your email address to stay current on legal news and receive special offers

Email

Subscribe

## Disclaimer

Nothing stated or implied on this page should be
construed to be legal, tax, or professional advice.
The Law Dictionary is not a law firm and this page
should not be interpreted as creating an attorney-
client or legal adviser relationship. For questions
regarding your specific situation, please consult a
qualified attorney.

*Powered by* *Black's Law Dictionary Free* **2nd Ed. and** *The Law Dictionary*

*About*| *Terms* | *Privacy* | *Legal Questions*

 English      Español