1 | Samuel Castor, Esq.
Nevada Bar No. 11532
2 | **SWITCH, LTD.**
7135 S. Decatur Blvd.
3 | Las Vegas, Nevada 89118

4 | F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
5 | Ryan Gile (Nevada Bar No. 8807)
rgile@weidemiller.com
6 | **WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
7 | Las Vegas, Nevada 89144
Telephone: (702) 382-4804
8 | Facsimile: (702) 382-4805

9 | *Attorneys for Plaintiff*
SWITCH, LTD.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD. a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>                    Defendants. | Case No.:  2:17-cv-2651<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE THAT the firm of Weide & Miller, Ltd. hereby notifies the Court and all parties to this action of its change of address, having relocated its offices to the following address:

> Weide & Miller, Ltd.
> 10655 Park Run Drive, Suite 100
> Las Vegas, NV  89144

1

This change of address takes effect immediately upon receipt of same.

Dated this 16th day of November, 2017.

               **WEIDE & MILLER, LTD.**

          By: */s/ F. Christopher Austin*
             F. Christopher Austin
             caustin@weidemiller.com
             Ryan Gile
             rgile@weidemiller.com
             10655 Park Run Drive, Suite 100
             Las Vegas, NV 89144

             *Attorneys for Plaintiff SWITCH, LTD.*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of WEIDE & MILLER, LTD. and that on November 16, 2017, I served a full, true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** via CM-ECF to the addressees listed below:

>Marc J. Randazza, Esq.
>Ronald D. Green, Esq.
>Alex J. Shepard, Esq.
>Randazza Legal Group, PLLC
>4035 S. El. Capitan Way
>Las Vegas, NV 89147
>702-420-2001
>efc@randazza.com
>
>*Attorneys for Defendants STEPHEN FAIRFAX and MTECHNOLOGY*

                                       */s/ James L. Morris*
                                       An employee of Weide & Miller, Ltd.