Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*Stephen Fairfax and MTechnology*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULES ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff, SWITCH, LTD. ("Plaintiff" or "Switch"), and Defendants STEPHEN FAIRFAX and MTECHNOLOGY, INC. ("Defendants"), by and through their respective undersigned counsel, hereby stipulate to a modification of the briefing schedules of Plaintiff's Motion for Preliminary Injunction (ECF No. 7), filed on October 31, 2017, and Defendants' Motion to Dismiss (ECF No. 8), filed on November 2, 2017, as follows:

1.  Plaintiff Switch, Ltd. ("Switch") filed this action on September 12, 2017 in the Eighth Judicial District Court for Clark County, Nevada (*see* ECF No. 1-1).

2. On October 12, 2017, Defendants removed this suit to the District of Nevada (ECF No. 1).

3. On October 31, 2017, Plaintiff filed its Motion for Preliminary Injunction (ECF No. 7).

4. Pursuant to LR 7-2(b), Defendants' response to Plaintiff's Motion for Preliminary Injunction is currently due on November 14, 2017. Plaintiff's reply is due seven days thereafter.

5. On November 2, 2017, Defendants filed their Motion to Dismiss (ECF No. 8).

6. Pursuant to LR 7-2(b), Plaintiff's response to Defendants' Motion to Dismiss is currently due on November 16, 2017. Defendants' reply is due seven days thereafter.

7. The parties mutually agree that responding to both motions requires significant factual and legal research, and both motions will require additional time to brief.

8. This is the first request to extend time to respond to these motions.

Accordingly,

**IT IS HEREBY STIPULATED** that the briefing schedule on Plaintiff's Motion for Preliminary Injunction (ECF No. 7) is hereby modified as follows:

1. Defendants shall file their response to Plaintiff's Motion for Preliminary Injunction on or before November 24, 2017.

2. Plaintiff shall file its reply in support of its Motion for Preliminary Injunction on or before December 1, 2017.

. . .

. . .

. . .

. . .

**IT IS FURTHER STIPULATED** that the briefing schedule on Defendants' Motion to Dismiss (ECF No. 8) is hereby modified as follows:

1. Plaintiff shall file its response to Defendant's Motion to Dismiss on or before November 27, 2017.

2. Defendants shall file their reply in support of their Motion to Dismiss on or before December 4, 2017.

Respectfully submitted,

/s/ F. Christopher Austin
F. Christopher Austin, Esq.
Ryan Gile, Esq.
**WEIDE & MILLER, LTD.**
Bank of Nevada Bldg., 5th Floor
7251 West Lake Mead Blvd., Ste. 530
Las Vegas, NV 89128

Samuel Castor, Esq.
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, NV 89118

*Attorneys for Plaintiff,*
*Switch Ltd.*

Respectfully submitted,

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorneys for Defendants,*
*Stephen Fairfax and MTechnology*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 11-19-17