# **EXHIBIT 4**

Order Vacating
Preliminary Injunction

Electronically Filed
11/13/2017 2:24 PM
Steven D. Grierson
CLERK OF THE COURT

**ORDR**
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*Stephen Fairfax and MTechnology*

EIGHTH JUDICIAL DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | Case No. A-17-761382-C <br><br> Dept. No. XXIX <br><br> **ORDER VACATING PRELIMINARY INJUNCTION** |

Upon a review of the above-entitled matter, the Court hereby finds:

1. This case was filed by Plaintiff Switch, Ltd., on September 12, 2017.

2. On October 11, 2017, Plaintiff filed a Motion for Preliminary Injunction on an Order Shortening Time.

3. Pursuant to the Order Shortening Time entered by this Court, Plaintiff's Motion for Preliminary Injunction was set to be heard on October 19, 2017.

1    4.   On October 12, 2017, Defendants Stephen Fairfax and MTechnology, Inc., appeared in the case and notified the Court of the removal of this matter to the United States District Court for the District of Nevada.

5.   Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal becomes effective at filing and deprives the State court of jurisdiction unless or until the case is remanded.

6.   This Court, unaware of the removal of this action, proceeded with considering Plaintiff's Motion for Preliminary Injunction on October 19, 2017, and granted the Motion.

7.   As the removal had been effected on October 12, 2017, the Court did not have jurisdiction to enter such an Order, and the Order was thus entered in error.

Accordingly, **IT IS HEREBY ORDERED** that the Order granting Plaintiff's Motion for Preliminary Injunction, entered on October 19, 2017, is hereby **VACATED**.

Dated this ___7___ day of November 2017.

_____
DISTRICT COURT JUDGE

Submitted by:

RANDAZZA LEGAL GROUP, PLLC

_____
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
4035 S. El Capitan Way
Las Vegas, Nevada 89147

*Attorneys for Defendants*
 *Stephen Fairfax and MTechnology*