Samuel Castor, Esq.
Nevada Bar No. 11532
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, Nevada 89118

F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff* SWITCH, LTD.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD. a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-VCF<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS [ECF NO. 8]**<br><br>**(Second Request)** |

Plaintiff, SWITCH, LTD. ("Plaintiff" or "Switch"), and Defendants STEPHEN FAIRFAX and MTECHNOLOGY, INC. ("Defendants"), by and through their respective undersigned counsel, hereby stipulate to a second modification of the briefing schedule of Defendants' Motion to Dismiss (ECF No. 8), filed on November 2, 2017.

On November 13, 2017, the parties entered into a Stipulation and Proposed Order to Modify Briefing Schedule (ECF No. 9) which had Plaintiff's response to Defendants' Motion to Dismiss due on or before November 27, 2017 and Defendants' reply in support of their Motion to Dismiss on or before December 4, 2017. The Court accepted and entered this stipulation on

FCA-w-0626

1

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

November 19, 2017 (ECF No. 11).

By this Stipulation, the Parties respectfully request that the deadline for Plaintiff to file its response to Defendants' Motion to Dismiss be extended by an additional four (4) days to December 1, 2017, with the deadline for Defendants to file their reply in support of their Motion to Dismiss be equally extended to December 8, 2017.

This is the second request for an extension of time as to briefing schedule for Defendants' Motion to Dismiss. Good cause exists for this request as Plaintiff's counsel, Chris Austin, who was tasked with preparing the response to Defendants' Motion to Dismiss, was out of town for the Thanksgiving holiday, but originally expected to return today in time to prepare Plaintiff's response. However, he subsequently realized that his return would be delayed by one day in order to attend a family Christening. For this reason, this stipulated request is made for good cause and not for purposes of delay.

Dated: November 27, 2017

Respectfully Submitted,

*/s/ Ryan Gile*
F. Christopher Austin (NV Bar No. 6559)
**caustin@weidemiller.com**
Ryan Gile (NV Bar No. 8807)
**rgile@weidemiller.com**
**WEIDE & MILLER. LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel: 702-382-4804
Fax: 702-382-4805

*Attorneys for Plaintiff Switch, Ltd.*

Dated: November 27, 2017

Respectfully Submitted,

*/s/ Alex J. Shepard*
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
**ecf@randazza.com**

*Attorneys for Defendants STEPHEN FAIRFAX and M TECHNOLOGY*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2017

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804