F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

Samuel Castor, Esq.
Nevada Bar No. 11532
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, Nevada 89118

*Attorneys for Plaintiff* SWITCH, LTD.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD. a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-VCF<br><br>**STIPULATION AND (PROPOSED) ORDER TO MODIFY BRIEFING SCHEDULES ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**<br><br>**(Second Request)**[1] |

Plaintiff, SWITCH, LTD. ("Plaintiff" or "Switch"), and Defendants STEPHEN FAIRFAX and MTECHNOLOGY, INC. ("Defendants"), by and through their respective undersigned counsel, hereby stipulate to a modification of the briefing schedules of Plaintiff's Motion for Preliminary Injunction (ECF No. 7), filed on October 31, 2017, and Defendants' Motion to Dismiss (ECF No. 8), filed on November 2, 2017, as follows:

---

[1] This is the second request to modify briefing schedules but the third request to extend the deadline to oppose the Motion to Dismiss.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-0630 - SWITCH.30L - Stipulation to Modify Briefing (2d)

1

1. Plaintiff's reply in support of Plaintiff's Motion for Preliminary Injunction is presently due on December 1, 2017. (ECF No. ~~11~~ 7.) The Parties stipulate to extend the deadline to December 12, 2017.

2. Plaintiff's opposition to Defendants' Motion to Dismiss is presently due December 1, 2017. (ECF No. ~~13~~ 8.) The Parties stipulate to extend the deadline to December 5, 2017, with Defendants' reply due seven days thereafter.

3. The Parties have stipulated to modify these briefing schedules to accommodate Plaintiff's request for additional time to consult with counsel given the unavailability of counsel and relevant representatives of Plaintiff over the Thanksgiving holiday.

Respectfully Submitted,                Respectfully Submitted,

*/s/ F. Chris Austin*                  */s/ Mark J. Randazza*
F. Christopher Austin (NV Bar No. 6559)  Marc J. Randazza (NV Bar No. 12265)
**caustin@weidemiller.com**            Ronald D. Green (NV Bar No. 7360)
Ryan Gile (NV Bar No. 8807)            Alex J. Shepard (NV Bar No. 13582)
**rgile@weidemiller.com**              RANDAZZA LEGAL GROUP, PLLC
**WEIDE & MILLER. LTD.**               4035 S. El Capitan Way
10655 Park Run Drive, Suite 100        Las Vegas, NV 89147
Las Vegas, NV 89144                    Telephone: 702-420-2001
Tel: 702-382-4804                      Facsimile: 305-437-7662
Fax: 702-382-4805                      **ecf@randazza.com**

*Attorneys for Plaintiff Switch, Ltd.*  *Attorneys for Defendants STEPHEN FAIRFAX and M TECHNOLOGY*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2017

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-0630 - SWITCH.30L - Stipulation to Modify Briefing (2d)

2