# EXHIBIT 4

"Third Party Beneficiary"

*Black's Law Dictionary*

# The Law Dictionary

*Featuring Black's Law Dictionary Free Online Legal Dictionary 2nd Ed.*

Navigation ☰

Search…

## What is **THIRD PARTY BENEFICIARY**?

Body that isn't the principal or direct party but can benefit from its <u>performance</u> or will have <u>enforceable</u> rights.

### More On This Topic

1. Who Can Witness A Legal Document?
2. What Is A Trustee's Deed Upon Sale?
3. Parts Of A Legal Contract
4. How Much Of My Social Security Benefit May Be Taxed
5. Is Life Insurance Money Taxable?
6. What Is A Default Judgement?
7. How To File An I-130 Petition For An Immigrant Visa
8. How To Cancel A Contract In Writing
9. Can I Find Someone's Will?
10. Best Way To Search For A Federal Tax ID Number

### Related Legal Terms

**CONTINGENT BENEFICIARY, ACCOMMODATION PARTY, BENEFICIARY STATEMENT, PRIMARY BENEFICIARY, BENEFICIARY, DESIGNATION OF BENEFICIARY, PARTY, BENEFICIARY HEIR, ACCOUNT PARTY, THIRD PARTY LETTER OF CREDIT (L/C)**

### Link to This Definition

Case 2:17-cv-02631-GMN-EJY Document 18-1 Filed 12/12/17 Page 3 of 4

Did you find this definition of THIRD PARTY BENEFICIARY helpful? You can share it by copying the code below and adding it to your blog or web page.

```
<a href="https://thelawdictionary.org/third-party-beneficiary/" title="THIRD PARTY BENEFICIARY">THIRD PARTY BENEFICIARY</a>
```

Written and fact checked by The Law Dictionary

‹ TAX DEFERRED SAVINGS                    UNECONOMIC GROWTH ›

English

### Featuring Black's Law Dictionary

      Tweet

### Popular Articles

How Do You Prove a Defamation of Character Claim?
Best Way to Run a Free Arrest Warrant Check
How to Order a Criminal Background Check on Yourself
How Do I Get a Copy of My Criminal Record?
How to Calculate a Settlement in a Workman's Comp Injury

### Related

TAX DEFERRED SAVINGS
TAX DEFERRED INVESTMENT
TAX DEFERRED INCOME
UNEMPLOYMENT
UNEMPLOYED
UNECONOMIC GROWTH

### Enter your email address to stay current on legal news and receive special offers

Email

Subscribe

### Disclaimer

Nothing stated or implied on this page should be construed to be legal, tax, or professional advice. The Law Dictionary is not a law firm and this page should not be interpreted as creating an attorney-client or legal adviser relationship. For questions regarding your specific situation, please consult a qualified attorney.

*Powered by* Black's Law Dictionary Free *2nd Ed. and* The Law Dictionary

About | Terms | Privacy | Legal Questions

 English