# **EXHIBIT A**

Email Correspondence Between
C. Austin and R. Green

**From:** **F. Christopher Austin** caustin@weidemiller.com
**Subject:** RE: Switch v. Fairfax: Rule 26(f) Conference
**Date:** May 11, 2018 at 4:05 PM
**To:** Ron Green rdg@randazza.com
**Cc:** Marc Randazza mjr@randazza.com, Trey Rothell tar@randazza.com, Brianna Show bshow@weidemiller.com



Ron:

That we're late on having a 26(f) Conference actually is further reason to move forward, since being late doesn't waive the requirement. As you know, we have an obligation under the Rules and on behalf of our client to hold the conference, so absent consent by your client by Tuesday at the latest, we will have to notice a date. I understand you may move for a stay, and that's fine. I will just have to oppose it.

Thanks for getting back to me.

Chris

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green [mailto:rdg@randazza.com]
**Sent:** Friday, May 11, 2018 2:59 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Marc Randazza <mjr@randazza.com>; Trey Rothell <tar@randazza.com>; Brianna Show <bshow@weidemiller.com>
**Subject:** Re: Switch v. Fairfax: Rule 26(f) Conference

Chris:
I probably would not be finding the timing of this demand so odd if you had asked for the conference within the timeframe specified by the Court's rules. Specifically, Local Rule 26-1(a) provides that "plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears." That deadline passed over 6 months ago.
While I understand that a pending motion to dismiss does not stay discovery, we have been operating under the assumption that the parties would not be engaging in discovery until after the court ruled upon the motion for over half a year. Moreover, "my client wants you to respond to discovery" is not a compelling reason to start discovery now after such a long delay. If Mr.

Castor would like to speak with Marc and me, we are pleased to schedule a meeting with him and you independent of any Rule 26(f) conference.

Given that a motion to dismiss is pending and this case has sat idle since December, we believe that there is sufficient cause to ask the Court to stay discovery until the Court has ruled upon the motion. Before I consent to anything, I need to advise my clients that the possibility of a stay exists and ask whether they would prefer to commence discovery or request a stay. Maybe they will tell me to move forward with the Rule 26(f) conference. However, they may prefer to let the Court hear the motion and commence discovery once we know which of Switch's claims survive. After I hear back from MTech and Mr. Fairfax, I will let you know. I expect that it will be early next week.

_____

**Ronald D. Green*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

_____

* Licensed to practice law in Nevada.


> On May 11, 2018, at 12:30 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:
>
> Ron:
>
> My client wants responses to the discovery we propounded on you, but we have to hold a 26(f) in order to do so.  As you know, discovery isn't stayed just because there is a pending motion to dismiss.  Let me know if your client is willing to be amenable to scheduling a time.  I know Sam Castor would like to attend and discuss this matter with you and Marc (if he is available).  Otherwise, I'll likely just have to notice one—which as you know is not my preference.
>
> Thanks,
>
> Chris
>
> **F. Christopher Austin**
> **Weide & Miller, Ltd.**
>
> 10655 Park Run Drive
> Suite 100
> Las Vegas NV 89144
> 702.610.9094 Mobile
> 702.382.4804 Office
> 702.382.4805 Fax
> caustin@weidemiller.com | www.weidemiller.com
>
> This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green [mailto:rdg@randazza.com]
**Sent:** Thursday, May 10, 2018 2:43 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Marc Randazza <mjr@randazza.com>; Trey Rothell <tar@randazza.com>
**Subject:** Re: Switch v. Fairfax: Rule 26(f) Conference

Chris:

Given that this case has been sitting still since before Christmas and there is no resolution to or Motion to Dismiss, what's the urgency? Why now? Also, I am fairly sure that my clients are going to assume that you guys want this now so that you can take discovery on claims that are probably going to be dismissed, so I need to speak with them about how they want to proceed before committing to anything.

_____
**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____
\* Licensed to practice law in Nevada.


> On May 10, 2018, at 1:06 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:
>
> Ron:
>
> Do you have any availability next week for a 26(f) conference in this case?
>
> Chris
>
> **F. Christopher Austin**
> **Weide & Miller, Ltd.**
>
> 10655 Park Run Drive
> Suite 100
> Las Vegas NV 89144
> 702.610.9094 Mobile
> 702.382.4804 Office
> 702.382.4805 Fax
> caustin@weidemiller.com | www.weidemiller.com
>
> This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.