# **EXHIBIT C**

Declaration of
Trey A. Rothell

Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants*
*Stephen Fairfax and MTechnology*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-VCF<br><br>**DECLARATION OF TREY A. ROTHELL** |

I, TREY A. ROTHELL, declare:

1. I have been employed as a paralegal with Randazza Legal Group, PLLC ("RLG") since June 2015. I am over 18 years of age and have never been convicted of a felony or a crime involving fraud or dishonesty. I have first-hand knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. In the course and scope of my job responsibilities, I am familiar with RLG's email system and the active and inactive email addresses used by RLG.

3. The <efc@randazza.com> is not being used and has never been used by any employee of RLG. It is an inactive email address.

4. In the course and scope of my job responsibilities, I open, sort, and distribute all of the mail RLG receives.

5. RLG never received the written discovery purportedly mailed by Plaintiff's counsel on March 19, 2018 and attached as Exhibits 3 and 4 to Plaintiff's Opposition to Defendant's Motion for Temporary Stay of Discovery (ECF # 25).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2018 at Las Vegas, Nevada.

_____
Trey A. Rothell

- 2 -
Declaration of Trey A. Rothell
2:17-cv-02651-GMN-VCF