# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SWITCH, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN FAIRFAX; MTECHNOLOGY, <br><br> Defendants. | 2:17-cv-02651-GMN-VCF <br><br> **ORDER** |

Before the Court is Defendants' Motion for Temporary Stay of Discovery Until the Ruling on Defendants' Motion to Dismiss (ECF No. 22).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendants' Motion for Temporary Stay of Discovery Until the Ruling on Defendants' Motion to Dismiss (ECF No. 22) is scheduled for 11:00 AM, July 2, 2018, in Courtroom 3D.

DATED this 12th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE