Samuel Castor, Esq.
Nevada Bar No. 11532
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, Nevada 89118

F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Switch, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD. a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-VCF<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Counsel for plaintiff Switch, Ltd. ("PLAINTIFF") and defendants Stephen Fairfax et al. ("DEFENDANTS") submit this Stipulated Discovery Plan and Scheduling Order in compliance with LR 26-1(e) as follows:

1. <u>Meeting</u>. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, the early case conference was held at 1:30 p.m. PST, on July 10, 2018 and was attended by counsel for Switch, Ltd. and for Stephen Fairfax et al.

2. <u>Pre-Discovery Disclosures</u>. The parties will exchange the information required by LR 26-1(a)(2) on or before **July 24, 2018,** fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference.

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1

1	3.	Discovery Plan. The parties jointly propose to the Court the following
2	discovery plan:
3	a.	Subject of Discovery. Discovery will be needed on the following
4	subjects: Discovery will be needed on the issues raised by the complaint and the answer thereto.
5	b.	Discovery Cut-Off Date. The last day for discovery shall be
6	**January 7, 2019** (180 days from the date of the mandatory Fed. R. Civ. P. 26(f) conference).
7	This does not exceed the presumptive outside limits LR 26-1(e) (1) sets for completing discovery.
8	c.	Fed. R. Civ. P. 26(a)(2) Disclosures (Experts). Disclosure of
9	experts shall proceed according to Fed. R. Civ. P. 26(a)(2) and Fed. R. Civ. P. 33, except that:
10	[i]	The disclosure of experts and expert reports shall occur on
11	or before **November 7, 2018**, which is sixty (60) days
12	before the discovery cut-off date, and
13	[ii]	The disclosure of rebuttal experts and their reports shall
14	occur on or before **December 7, 2018,** which is thirty (30)
15	days before the discovery cut-off date.
16	d.	Amending the Pleadings and Adding Parties. The parties shall have
17	until **October 8, 2018**, ninety (90) days before the discovery cut-off date, to file any motions to
18	amend the pleadings or to add parties. This date does not exceed the outside limit presumptively
19	set by LR 26-1(e)(2).
20	e.	Interim Status Report. The parties shall file the interim status report
21	required by LR 26-3 on **November 7, 2018**. The undersigned counsel certify that they have read
22	LR 26-3 and that the due date for the interim report is agreed not to be later than sixty (60) days
23	before the discovery cut-off date.
24	f.	Dispositive Motions. The parties shall have until **February 5,**
25	**2019**, thirty (30) days after the discovery cut-off date, to file dispositive motion(s), which does
26	not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-
27	1(e)(4) presumptively sets for filing dispositive motions.
28

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

2

       g. <u>Pretrial Order</u>. The pretrial order shall be filed on **March 7, 2019**, thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if a dispositive motion is timely filed. The disclosures Fed. R. Civ. P. 26(a)(3) requires shall be made in the joint pretrial order.

       h. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>. LR 26-4 governs modifications or extensions of this discovery plan and scheduling order. Any stipulation or motion must be made not later than **December 17, 2018,** twenty (20) days prior to the discovery cut-off date and comply fully with LR 26-4.

IT IS SO STIPULATED.

Dated: July 16, 2018

Respectfully Submitted,

| | |
|---|---|
| */s/ F. Christopher Austin* | */s/ Ronald D. Green* |
| F. Christopher Austin (NV Bar No. 6559) | Marc J. Randazza (NV Bar No. 12265) |
| caustin@weidemiller.com | Ronald D. Green (NV Bar No. 7360) |
| **Weide & Miller, Ltd.** | Alex J. Shepard (NV Bar No. 13582) |
| 10655 Park Run Drive, Suite 100 | **Randazza Legal Group, PLLC** |
| Las Vegas, NV 89144 | 2764 Lake Sahara Drive, Suite 109 |
| Tel: 702-382-4804 | Las Vegas, NV 89117 |
| Fax: 702-382-4805 | Tel: 702-420-2001 |
| | Fax: 305-437-7662 |
| *Attorney for Plaintiff Switch, Ltd.* | efc@randazza.com |
| | *Attorneys for Defendants Stephen Fairfax and M Technology* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

_____
DATED

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

3