Samuel Castor, Esq.
Nevada Bar No. 11532
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, Nevada 89118

F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Switch, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD. a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-VCF<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Counsel for plaintiff Switch, Ltd. ("PLAINTIFF") and defendants Stephen Fairfax et al. ("DEFENDANTS") submit this Stipulated Discovery Plan and Scheduling Order in compliance with LR 26-1(e) as follows:

1.  <u>Meeting</u>. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, the early case conference was held at 1:30 p.m. PST, on July 10, 2018 and was attended by counsel for Switch, Ltd. and for Stephen Fairfax et al.

2.  <u>Pre-Discovery Disclosures</u>. The parties will exchange the information required by LR 26-1(a)(2) on or before **July 24, 2018,** fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference.

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1

3. <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery plan:

    a.    <u>Subject of Discovery</u>.  Discovery will be needed on the following subjects:  Discovery will be needed on the issues raised by the complaint and the answer thereto.

    b.    <u>Discovery Cut-Off Date</u>. The last day for discovery shall be **January 7, 2019** (180 days from the date of the mandatory Fed. R. Civ. P. 26(f) conference).  This does not exceed the presumptive outside limits LR 26-1(e) (1) sets for completing discovery.

    c.    <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>.  Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) and Fed. R. Civ. P. 33, except that:

    [i]    The disclosure of experts and expert reports shall occur on or before **November 7, 2018**, which is sixty (60) days before the discovery cut-off date, and

    [ii]    The disclosure of rebuttal experts and their reports shall occur on or before **December 7, 2018**, which is thirty (30) days before the discovery cut-off date.

    d.    <u>Amending the Pleadings and Adding Parties</u>.  The parties shall have until **October 8, 2018**, ninety (90) days before the discovery cut-off date, to file any motions to amend the pleadings or to add parties.  This date does not exceed the outside limit presumptively set by LR 26-1(e)(2).

    e.    <u>Interim Status Report</u>.  The parties shall file the interim status report required by LR 26-3 on **November 7, 2018**.  The undersigned counsel certify that they have read LR 26-3 and that the due date for the interim report is agreed not to be later than sixty (60) days before the discovery cut-off date.

    f.    <u>Dispositive Motions</u>.  The parties shall have until **February 5, 2019**, thirty (30) days after the discovery cut-off date, to file dispositive motion(s), which does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1         g. <u>Pretrial Order</u>. The pretrial order shall be filed on **March 7, 2019**, thirty

2   (30) days after the date set for filing dispositive motions in the case. This deadline is suspended

3   if a dispositive motion is timely filed. The disclosures Fed. R. Civ. P. 26(a)(3) requires shall be

4   made in the joint pretrial order.

5         h.   <u>Extensions or Modifications of the Discovery Plan and Scheduling</u>

6   <u>Order</u>. LR 26-4 governs modifications or extensions of this discovery plan and scheduling order.

7   Any stipulation or motion must be made not later than **December 17, 2018**, ~~twenty (20)~~ days prior [21 days prior to the expiration of the subject discovery deadline]

8   ~~to the discovery cut-off date~~ and comply fully with LR 26-4.

9   IT IS SO STIPULATED.

10  Dated: July 16, 2018

12  Respectfully Submitted,

13  /s/ F. Christopher Austin      /s/ Ronald D. Green
    F. Christopher Austin (NV Bar No.    Marc J. Randazza (NV Bar No. 12265)
14  6559)    Ronald D. Green (NV Bar No. 7360)
    caustin@weidemiller.com    Alex J. Shepard (NV Bar No. 13582)
15  **Weide & Miller, Ltd.**    **Randazza Legal Group, PLLC**
    10655 Park Run Drive, Suite 100    2764 Lake Sahara Drive, Suite 109
16  Las Vegas, NV 89144    Las Vegas, NV 89117
    Tel: 702-382-4804    Tel: 702-420-2001
17  Fax: 702-382-4805    Fax: 305-437-7662
       efc@randazza.com
18  *Attorney for Plaintiff Switch, Ltd.*

19     *Attorneys for Defendants Stephen Fairfax and M Technology*

20         **ORDER**

22  IT IS SO ORDERED.

23  _____
    UNITED STATES MAGISTRATE JUDGE
24       7-16-2018
    _____
25  DATED

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

3