Samuel Castor, Esq.
Nevada Bar No. 11532
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, Nevada 89118

F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Switch, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD. a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-VCF<br><br>**INTERIM STATUS REPORT PURSUANT TO LOCAL RULE II 26-3** |

Plaintiff Switch, LTD ("Plaintiff" or "Switch") and Defendants Stephen Fairfax and MTechnology ("Defendants"), by and through their respective counsel of record, submit the following interim status report pursuant to Local Rule II 26-3:

1. Estimated Time Required for Trial: The Parties estimate seven (7) days.
2. Alternative Trial Dates: The Parties have not identified possible trial dates. Contemporaneous with the filing of this Report, the Parties filed a Stipulation to extend discovery 90-days to permit the Parties to continue with productive settlement discussions and related informal discovery efforts. As such, it is presently premature to assess trial dates.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS, NEVADA 89144
(702) 382-4804

FCA-W-0822                                    1

3. Affect of Substantive Motions: The Parties believe that the length of the trial may be shortened by substantive motions should present settlement efforts not succeed.

4. Other: The Parties have considered consent to trial by a magistrate judge and use of the short trial program, as well as alternative dispute-resolution process, but agree that they would prefer to continue fruitful efforts to informally engage in settlement and related discovery efforts under the administration of the District Judge with the matter to proceed before the District Judge for purposes of any trial that may be required in this case.

Dated: November 7, 2018

| **WEIDE & MILLER, LTD.** | **RANDDAZZA LEGAL GROUP, PLLC** |
|---|---|
| */s/ F. Christopher Austin* <br> F. Christopher Austin <br> caustin@weidemiller.com <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV  89144 <br> Telephone: (702) 382-4804 <br> Facsimile: (702) 382-4805 <br><br> *Attorneys for Plaintiff* <br> *Switch, Ltd.* | */s/ Ronald D. Green* <br> Marc J. Randazza, Esq. <br> Ronald D. Green, Esq. <br> Alex J. Shepard, Esq. <br> Randazza Legal Group, PLLC <br> 2764 Lake Sahara Drive, Suite 109 <br> 702-420-2001 <br> efc@randazza.com <br><br> *Attorneys for Defendants STEPHEN FAIRFAX and MTECHNOLOGY* |

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS, NEVADA 89144
(702) 382-4804

FCA-W-0822        2

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS, NEVADA 89144
(702) 382-4804

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of WEIDE & MILLER, LTD. and that on November 7, 2018, I served a full, true and correct copy of the foregoing **NTERIM STATUS REPORT PURSUANT TO LOCAL RULE II 26-3** via electronic mail upon the following:

> Marc J. Randazza, Esq.
> Ronald D. Green, Esq.
> Alex J. Shepard, Esq.
> Randazza Legal Group, PLLC
> 2764 Lake Sahara Drive, Suite 109
> 702-420-2001
> efc@randazza.com
>
> *Attorneys for Defendants STEPHEN FAIRFAX and MTECHNOLOGY*

>                             */s/ Brianna Show*
>                             An employee of WEIDE & MILLER, LTD.

FCA-W-0822

3