SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
sam@switch.com
ANNE-MARIE BIRK, ESQ.
Nevada Bar No. 12330
abirk@switch.com
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111

F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.:   2:17-cv-02651-GMN-VCF<br><br>**STIPULATED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER** |

As the stay of this matter has now expired, counsel for Plaintiff SWITCH, LTD. ("Plaintiff") and Defendants STEPHEN FAIRFAX and MTECHNOLOGY ("Defendants") hereby submit this Stipulated Amended Discovery Plan and Scheduling Order in compliance with LR 26-1(b), as follows:

    1.    <u>Meeting</u>. Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1, the early case conference was held on June 12, 2019, at 12:00 p.m., and was attended by Samuel Castor, Esq., and Anne-Marie Birk, Esq., counsel for Plaintiff, and Ronald Green, Esq., counsel for Defendants.

///

2. <u>Pre-Discovery Disclosures</u>. The parties exchanged the information required by LR 26-1(a)(2) on or about June 24, 2018, following their initial conference pursuant to Fed. R. Civ. P. 26(f).

3. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

   a. <u>Subject of Discovery</u>. Discovery will be needed on the following subjects: Discovery will be needed on the issues raised by the complaint and the answer thereto.

   b. <u>Discovery Cut-Off Date</u>. The last day for discovery shall be **December 9, 2019** (180 days from the date of the mandatory Fed. R. Civ. P. 26(f) conference). This does not exceed the presumptive outside limits LR 26-1(b)(1) sets for completing discovery.

   c. <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>. Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) and Fed. R. Civ. P. 33, except that:

      i. The disclosure of experts and expert reports shall occur on or before **October 10, 2019**, which is sixty (60) days before the discovery cut-off date, and

      ii. The disclosure of rebuttal experts and their reports shall occur on or before **November 8, 2019**, which is thirty (30) days before the discovery cut-off date.

   d. <u>Amending the Pleadings and Adding Parties</u>. The parties shall have until **September 10, 2019**, ninety (90) days before the discovery cut-off date, to file any motions to amend the pleadings or to add parties. This date does not exceed the outside limit presumptively set by LR 26-1(b)(2).

   e. <u>Interim Status Report</u>. The parties shall file the interim status report required by LR 26-3 on **October 10, 2019**. The undersigned counsel certify that they have read LR 26-3 and that the due date for the interim report is agreed not to be later than sixty (60) days before the discovery cut-off date.

   f. <u>Dispositive Motions</u>. The parties shall have until **January 8, 2020**, thirty (30) days after the discovery cut-off date, to file dispositive motion(s), which does not exceed the

outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(b)(4) presumptively sets for filing dispositive motions.

      g.    <u>Pretrial Order</u>. The pretrial order shall be filed on **February 7, 2020**, thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if a dispositive motion is timely filed. The disclosures Fed. R. Civ. P. 26(a)(3) requires shall be made in the joint pretrial order.

      h.    <u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>. LR 26-4 governs modifications or extensions of this discovery plan and scheduling order. Any stipulation or motion must be made no later than **November 18, 2019**, 21 days prior to the expiration of the subject discovery deadline and comply fully with LR 26-4.

    4.    <u>Justification for Longer Discovery Period</u>.

      a.    Defendants' Statement: Defendants do not request a longer time period for discovery at this time.

      b.    Plaintiff's Statement: Plaintiff does not request a longer time period for discovery at this time.

    5.    <u>Additional Issues</u>.

      a.    Alternative Dispute Resolution: Pursuant to LR 26-1(b)(7), the parties have met and conferred about the possibility of using alternative dispute resolution processes. Both parties are amenable to the possibility of attending a mediation or settlement conference in the future but would like to wait to address that question until after some discovery has taken place. The parties may request a settlement conference from the Court at that time, if necessary.

      b.    Alternative Forms of Case Disposition: Pursuant to LR 26-1(b)(8), the parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program. The parties do not consent to either at this time.

      c.    Electronic Evidence: Pursuant to LR 26-1(b)(9), the parties certify that they have discussed the possibility of presenting evidence to the jury in electronic format. In the event that any electronic evidence is submitted by either party, the parties understand that such evidence

must be submitted in a format that is compatible with the Court's electronic jury evidence display system. The parties will consult the Court's website or contact the courtroom administrator for instructions about how to prepare evidence in a format that meets these requirements.

        d.    Court Conference: The parties do not request a conference with the Court before entry of the scheduling order.

    IT IS SO STIPULATED.

DATED this __26th__ day of June, 2019.      DATED this __26th__ day of June, 2019.

**SWITCH, LTD.**                                              **RANDAZZA LEGAL GROUP, PLLC**

  /s/: Anne-Marie Birk                    /s/: Ronald D. Green

SAMUEL CASTOR, ESQ.                 MARC J. RANDAZZA, ESQ.
Nevada Bar No. 11532                    Nevada Bar No. 12265
ANNE-MARIE BIRK, ESQ.               RONALD D. GREEN, ESQ.
Nevada Bar No. 12330                    Nevada Bar No. 7360
7135 South Decatur Blvd.               ALEX J. SHEPARD, ESQ.
Las Vegas, Nevada 89118              Nevada Bar No. 13582
                                                    2764 Lake Sahara Drive, Suite 109
F. CHRISTOPHER AUSTIN, ESQ.      Las Vegas, Nevada 89117
Nevada Bar No. 6559                     *Attorneys for Defendants*
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

                                       **ORDER**

    IT IS SO ORDERED.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                      7-1-2019
                                    _____
                                    DATED