# **<u>EXHIBIT C</u>**

Order dismissing Case No. 2:17-CV-574-JRG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SWITCH, LTD.,<br>   Plaintiff,<br>v.<br><br>ALIGNED DATA CENTERS LLC and<br>MTECHNOLOGY INC.,<br>   Defendants. | CIVIL ACTION NO. 2:17-CV-574-JRG<br><br>**JURY TRIAL DEMANDED** |
| ALIGNED DATA CENTERS, LLC,<br>ALIGNED DATA CENTERS (DFW), LLC,<br>and ALIGNED DATA CENTERS<br>(PHOENIX), LLC,<br>   Counterclaim-Plaintiffs,<br>v.<br><br>SWITCH, LTD.,<br>   Counterclaim-Defendant. | |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss Pursuant to Rule 41(a)(2) (Dkt. No. 79). Having considered the Joint Motion, the Court finds that the Motion should be and hereby is **GRANTED**. It is **ORDERED** that all claims by Switch against Aligned asserted in Switch Ltd.'s First Amended Complaint (Dkt. No. 57), and all counterclaims by Aligned against Switch asserted in Aligned's Answer and Counterclaims (Dkt. No. 72) to that First Amended Complaint are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 9th day of July, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE