Samuel Castor (11532)
Anne-Marie Birk (12330)
SWITCH, LTD.
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111
sam@switch.com
abirk@switch.com

Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
ptueller@hutchlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | CASE NO. 2:17-cv-02651-GMN-VCF <br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Mark A. Hutchison, Jacob A. Reynolds, and Piers R. Tueller of the law offices of Hutchison & Steffen, PLLC hereby appear on behalf of Plaintiff Switch, Ltd.

It is respectfully requested that copies of all future pleadings, discovery and other documents in the above-entitled matter be served upon the undersigned.

Dated this 17TH day of September, 2019.

                HUTCHISON & STEFFEN, PLLC

*[signature]*

Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
Piers R. Tueller (14633)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Samuel Castor (11532)
Anne-Marie Birk (12330)
SWITCH, LTD.
7135 South Decatur Blvd.
Las Vegas, Nevada 89118

*Attorneys for Plaintiff*