**INTENTIONALLY LEFT BLANK**
**EXHIBIT PAGE ONLY**

# EXHIBIT 8



HUTCHISON & STEFFEN
A PROFESSIONAL LLC

## Piers R. Tueller

| | |
|---|---|
| **From:** | Marc John Randazza <mjr@randazza.com> |
| **Sent:** | Monday, September 09, 2019 6:08 PM |
| **To:** | Sam Castor |
| **Cc:** | Ron Green; Crystal Sabala; Alex Shepard; Anne-Marie Birk; Piers R. Tueller; Tennyson Fauver |
| **Subject:** | Re: MTechnology adv. Switch, Ltd. |

All I can do is laugh at you right now.

Marc John Randazza, JD, MAMC, LLM

Randazza Legal Group

Las Vegas - Gloucester - Miami

Sent from iPhone (maybe even using Siri). If the message is at all intelligible, it is a minor miracle.


Il giorno 9 set 2019, alle ore 20:51, Sam Castor <sam@switch.com> ha scritto:

> Marc,
>
> I disagree with your letter. You mischaracterize our conversation. You admitted you don't understand the law, and you are ignoring key facts. I'd be happy to have another conversation to help you appreciate our position. But I question whether we'd just end up here again, with more delay and wasted effort.
>
> You have filed a motion, we are preparing a response. You have been posturing and delaying for over a year. Thank you for volunteering to push this to a head.
>
> Your client has admitted to designing data centers (after promising he would not do so and after touring ours and signing non-disclosure agreements). Your client <u>clearly</u> breached his contract and misappropriated our intellectual property. The karmic good will that existed at the outset of this case (that led us to fly out to Boston to meet with your client in the spirit of expeditious resolution) has been eviscerated by your and Mr. Green's gamesmanship. We have every right to seek this data, and have laid the ground work for a solid motion for negative or adverse inference. <u>Thank you</u>.
>
> As to the lawsuit with Aligned, it is clear you misunderstood. The lawsuit with Aligned was reduced to *one* patent claim and Aligned's counter claims. Those were settled with prejudice. However, all other originally pled patent claims/claims were dismissed prior to settlement *without* prejudice. The trade secrets your client was exposed to (and clearly copied for Aligned) are material to our case against him.
>
> By your own admission, you are not an intellectual property attorney so I will leave the details of why this matters (and how your letter and motion are untenable), to our pleadings.

1



**SAM CASTOR**
EVP OF POLICY
DEPUTY GENERAL COUNSEL

o  +1 (702) 444-4102
m +1 (702) 371-0724
e  sam@switch.com

**From:** Crystal Sabala <ccs@randazza.com>
**Sent:** Wednesday, September 4, 2019 3:22 PM
**To:** Sam Castor <sam@switch.com>
**Cc:** Ron Green <rdg@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex Shepard <ajs@randazza.com>; Anne-Marie Birk <abirk@switch.com>; ptueller@hutchlegal.com; Tennyson Fauver <tjf@randazza.com>
**Subject:** MTechnology adv. Switch, Ltd.

Dear Mr. Castor,

Attached please see correspondence from Marc Randazza regarding the protective order the above referenced matter.

Kindest Regards,

--
**Crystal C S Sabala\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: ccs@randazza.com
\*Legal Assistant - Not licensed to practice law.

**CONFIDENTIAL INFORMATION**

This email message, its chain, and any attachments: (a) may include proprietary information, trade secrets, pending patents, confidential information and/or other protected information ("Confidential Information") which are hereby labeled as "Confidential" for protection purposes, (b) is sent to you in confidence with a reasonable expectation of privacy, (c) may be protected by confidentiality agreements requiring this notice and/or identification, and (d) is not intended for transmission to, or receipt by unauthorized persons. Your retention or possession will be viewed as your consent to the foregoing and covenant to comply with Switch's then current acceptable use policy available at www.switch.com/aup. If you are not the intended recipient, (i) please notify the sender immediately by telephone or by replying to this message and (ii) then delete this message, any attachments, chains, copies or portions from your system(s). Retention of this email and the associated data constitutes valid consideration and your consent, agreement and covenant to abide by the foregoing terms.