**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD.,<br>a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-EJY<br><br>**INDEX OF EXHIBITS** |

| Exh. No. | Description of Exhibit |
|---|---|
| A | July 29-31, 2019 Email Exchange between Piers Tueller, Ronald Green, and Sam Castor |
| B | August 23, 2019 Email from Sam Castor to Ronald Green |
| C | August 26-27 Email Exchange Between Ronald Green and Sam Castor |
| D | September 3, 2019 Email from Sam Castor to Ronald Green |
| E | September 4, 2019 Letter from Marc Randazza to Sam Castor |
| F | November 8-13, 2018 Email Exchange between Christopher Austin and Ronald Green |
| G | May 22, 2019 Email from Anne-Marie Birk to Ronald Green |
| H | May 23, 2019 Letter from Ronald Green to Anne-Marie Birk |

| I | July 23, 2018 Email Exchange between Christopher Austin and Ronald Green |
|---|---|
| J | October 9, 2018 Letter from Ronald Green to Christopher Austin and Sam Castor |
| K | February 1, 2019 Letter from Ronald Green to Christopher Austin |
| L | April 29, 2019 Letter from Ronald Green to Christopher Austin |
| M | May 10-14, 2019 Email Exchange between Christopher Austin and Ronald Green |
| N | April 12, 2019 Email and Attachment from Christopher Austin to Ronald Green |
| O | April 18, 2019 Email Exchange and Attachment between Ronald Green and Christopher Austin |
| P | April 24-25, 2019 Email Exchange between Ronald Green and Christopher Austin |
| Q | February 19, 2019 Email from Ronald Green to Christopher Austin |
| R | December 13, 2018 Email from Ronald Green to Christopher Austin |
| S | December 18, 2018 Email Exchange between Ronald Green and Christopher Austin |
| T | December 27, 2018 Email from Ronald Green to Christopher Austin |
| U | January 24-25, 2019 Email Exchange between Ronald Green and Christopher Austin |
| V | April 12, 2019 Email from OpenText to Ronald Green |
| W | Plaintiff's Responses to First Set of Requests for Production of Documents |