# **EXHIBIT A**

July 29-31, 2019 Email Exchange between Piers Tueller, Ronald Green, and Sam Castor

**From:** **Sam Castor** sam@switch.com
**Subject:** Re: Switch v. Stephen Fairfax, et al.
**Date:** July 31, 2019 at 6:15 AM
**To:** Ron Green rdg@randazza.com
**Cc:** Tanya Paonessa tpaonessa@switch.com, Anne-Marie Birk abirk@switch.com, Emily Shaevitz eshaevitz@switch.com, Piers R. Tueller ptueller@hutchlegal.com

Ron,

Good morning. We weren't available when you were. We have a tight deposition stack this week.

When are you available today or tomorrow?

I won't be available today, but Piers can connect with you to close out the PO and discuss our meet and confer elements today if you're both available. If not, Em will you please schedule a call for Thursday with me and Ron and Piers?



**SAM CASTOR**
EVP OF POLICY
DEPUTY GENERAL COUNSEL

o   +1 (702) 444-4102
m   +1 (702) 371-0724
e   sam@switch.com
+   Switch e-card

We use e-cards to reduce waste of natural resources and promote sustainability.

---

**From:** Ron Green <rdg@randazza.com>
**Date:** Tuesday, July 30, 2019 at 5:17 PM
**To:** Samuel Castor <sam@switch.com>
**Cc:** Tanya Paonessa <tpaonessa@switch.com>, Anne-Marie Birk <abirk@switch.com>, Emily Shaevitz <eshaevitz@switch.com>, "Piers R. Tueller" <ptueller@hutchlegal.com>
**Subject:** Re: Switch v. Stephen Fairfax, et al.

Hey guys. After I didn't receive a response to this email, I called and left a message for Piers at about 1:45 this afternoon.
_____
**Ronald D. Green*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____
* Licensed to practice law in Nevada.

> On Jul 29, 2019, at 5:17 PM, Ron Green <rdg@randazza.com> wrote:
>
> Gentlemen:
>
> I will not be done preparing for my hearing tomorrow by 5:30. Again, I am free tomorrow afternoon. From the emails, I am guessing that I will be speaking with Mr. Tueller tomorrow. Is there a specific time that you would like to speak? Or should I call you when I am back in the office?
> _____
> **Ronald D. Green*** | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
> Tel: 702-420-2001 | Email: rdg@randazza.com
> _____
> * Licensed to practice law in Nevada.
>
>> On Jul 29, 2019, at 4:32 PM, Ron Green <rdg@randazza.com> wrote:
>>
>> If I am done with my client by 5:30, I can chat for a few minutes. If not, I am available after 1:30 tomorrow. Not at 1:30.
>>
>> I have not had a chance to really go through your edits to the protective order. However, I will note that

you have deleted provisions that were in the initial draft that you sent us. Those provisions would have prevented Switch from using information outside of the litigation, providing additional evidence of how Switch intends to abuse the discovery process.

Finally, frankly, I am a bit stunned that you continue to push the narrative that Defendants have waived their objections to your requests for production. You say you disagree with my "mischaracterization of the facts" but do not identify a single fact that I have allegedly mischaracterized.

Again, if I am free at 5:30, I can talk. If not, I am available for virtually the entire afternoon tomorrow.

_____
**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____
\* Licensed to practice law in Nevada.

> On Jul 29, 2019, at 4:14 PM, Sam Castor <sam@switch.com> wrote:
>
> Ron,
>
> I've attached my edits to the Protective Order.  I'm available at 5:30 PM tonight if that works for you.  We have been waiting for a call regarding our meet and confer and you failed to call me or schedule another call.
>
> If tomorrow at 1:30 is the only time you are available, then I will ensure that Piers is prepared to discuss this and our meet and confer elements.
>
> We disagree with your general mischaracterization of the facts in your response to my letter. I appreciate it may be difficult for you to recall all the facts as you were not present at the original meetings where Switch generously offered to cover costs to expedite this process.  That offer has been abused.   As such, we look forward to discussing these details on a call and getting access to the materials as quickly as possible.  They are long overdue and your objections have been waived.
>
> If we are unable to agree upon terms by Wednesday, we will submit our version of the Protective Orders to the Judge this Thursday.
>
>  **SAM CASTOR**
> EVP OF POLICY
> DEPUTY GENERAL COUNSEL
>
> o  +1 (702) 444-4102
> m +1 (702) 371-0724
> e  sam@switch.com
> +  switch e-card
> we use e-cards to reduce waste of natural resources and promote sustainability.
>
> **From:** Ron Green <rdg@randazza.com>
> **Sent:** Monday, July 29, 2019 3:46 PM
> **To:** Tanya Paonessa <tpaonessa@switch.com>
> **Cc:** Anne-Marie Birk <abirk@switch.com>; Emily Shaevitz <eshaevitz@switch.com>; F. Christopher Austin <caustin@weidemiller.com>; Sam Castor <sam@switch.com>
> **Subject:** Re: FW: Switch v. Stephen Fairfax, et al.
>
> Tanya and Emily:
>
> I am with a client preparing for a preliminary injunction hearing in another case tomorrow morning. I am available tomorrow after the hearing has concluded. While I do not know exactly when the hearing will end, it should be safe to schedule a call anytime after 1:30.

> On Mon, Jul 29, 2019 at 2:32 PM Tanya Paonessa <tpaonessa@switch.com> wrote:
>
> Mr. Green,
>
> Sam would like to discuss this matter with you today if possible. Can you please provide your availability to Emily (copied in this email)?
>
> Thank you,
>
> Tanya
>
> **TANYA PAONESSA**
> LITIGATION PARALEGAL
>
> o  +1 (702) 522-3086
> m  702-370-6247
> e  tpaonessa@switch.com
> +  switch e-card
>
> we use e-cards to reduce waste of natural resources and promote sustainability.
>
> ---
>
> **From:** Ron Green <rdg@randazza.com>
> **Sent:** Thursday, July 25, 2019 5:22 PM
> **To:** Tanya Paonessa <tpaonessa@switch.com>
> **Cc:** Anne-Marie Birk <abirk@switch.com>; Emily Shaevitz <eshaevitz@switch.com>; F. Christopher Austin <caustin@weidemiller.com>; Sam Castor <sam@switch.com>
> **Subject:** Re: FW: Switch v. Stephen Fairfax, et al.
>
> Yes. We sent Mr. Castor and Ms. Bork our suggested revisions earlier this week. I don not recall offhand if it was Tuesday or Wednesday.
>
> On Thu, Jul 25, 2019 at 4:28 PM Tanya Paonessa <tpaonessa@switch.com> wrote:
>
>> Mr. Green,
>>
>> I'm just following up to see if you've had a chance to review the attached Stipulated Protective Order.
>>
>> Thank you,
>> Tanya
>>
>> **TANYA PAONESSA**
>> LITIGATION PARALEGAL
>>
>> o  +1 (702) 522-3086
>> m  702-370-6247
>> e  tpaonessa@switch.com
>> +  switch e-card
>>
>> we use e-cards to reduce waste of natural resources and promote sustainability.
>>
>> ---
>>
>> **From:** Tanya Paonessa <tpaonessa@switch.com>
>> **Sent:** Monday, July 8, 2019 9:03 AM
>> **To:** Ron Green <rdg@randazza.com>
>> **Cc:** F. Christopher Austin <caustin@weidemiller.com>; Emily Shaevitz <eshaevitz@switch.com>; Anne-Marie Birk <abirk@switch.com>; Sam Castor

<shaevitz@switch.com> , Anne-Marie Birk <abirk@switch.com> , Sam Castor <sam@switch.com>

**Subject:** Switch v. Stephen Fairfax, et al.

Mr. Green,

Per your request, attached is the Word version of the protective order.

Thank you,



**TANYA PAONESSA**
LITIGATION PARALEGAL

o  +1 (702) 522-3086
m  702-370-6247
e  tpaonessa@switch.com

**CONFIDENTIAL INFORMATION**

This email message, its chain, and any attachments: (a) may include proprietary information, trade secrets, pending patents, confidential information and/or other protected information ("Confidential Information") which are hereby labeled as "Confidential" for protection purposes, (b) is sent to you in confidence with a reasonable expectation of privacy, (c) may be protected by confidentiality agreements requiring this notice and/or identification, and (d) is not intended for transmission to, or receipt by unauthorized persons. Your retention or possession will be viewed as your consent to the foregoing and covenant to comply with Switch's then current acceptable use policy available at www.switch.com/aup. If you are not the intended recipient, (i) please notify the sender immediately by telephone or by replying to this message and (ii) then delete this message, any attachments, chains, copies or portions from your system(s). Retention of this email and the associated data constitutes valid consideration and your consent, agreement and covenant to abide by the foregoing terms. Thank you.

--
_____

Ronald D. Green* | Randazza Legal Group, PLLC
2764 Lake Sahara Dr. | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____

* Licensed to practice law in Nevada.

**CONFIDENTIAL INFORMATION**

This email message, its chain, and any attachments: (a) may include proprietary information, trade secrets, pending patents, confidential information and/or other protected information ("Confidential Information") which are hereby labeled as "Confidential" for protection purposes, (b) is sent to you in confidence with a reasonable expectation of privacy, (c) may be protected by confidentiality agreements requiring this notice and/or identification, and (d) is not intended for transmission to, or receipt by unauthorized persons. Your retention or possession will be viewed as your consent to the foregoing and covenant to comply with Switch's then current acceptable use policy available at www.switch.com/aup. If you are not the intended recipient, (i) please notify the sender immediately by telephone or by replying to this message and (ii) then delete this message, any attachments, chains, copies or portions from your system(s). Retention of this email and the associated data constitutes valid consideration and your consent, agreement and covenant to abide by the foregoing terms. Thank you.

--

_____

**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____
\* Licensed to practice law in Nevada.

**CONFIDENTIAL INFORMATION**

This email message, its chain, and any attachments: (a) may include proprietary information, trade secrets, pending patents, confidential information and/or other protected information ("Confidential Information") which are hereby labeled as "Confidential" for protection purposes, (b) is sent to you in confidence with a reasonable expectation of privacy, (c) may be protected by confidentiality agreements requiring this notice and/or identification, and (d) is not intended for transmission to, or receipt by unauthorized persons. Your retention or possession will be viewed as your consent to the foregoing and covenant to comply with Switch's then current acceptable use policy available at www.switch.com/aup. If you are not the intended recipient, (i) please notify the sender immediately by telephone or by replying to this message and (ii) then delete this message, any attachments, chains, copies or portions from your system(s). Retention of this email and the associated data constitutes valid consideration and your consent, agreement and covenant to abide by the foregoing terms. Thank you.
<2019.07.29 DRAFT Stipulated Protective Order RDG and SC V5 edits.docx>

**CONFIDENTIAL INFORMATION**

This email message, its chain, and any attachments: (a) may include proprietary information, trade secrets, pending patents, confidential information and/or other protected information ("Confidential Information") which are hereby labeled as "Confidential" for protection purposes, (b) is sent to you in confidence with a reasonable expectation of privacy, (c) may be protected by confidentiality agreements requiring this notice and/or identification, and (d) is not intended for transmission to, or receipt by unauthorized persons. Your retention or possession will be viewed as your consent to the foregoing and covenant to comply with Switch's then current acceptable use policy available at www.switch.com/aup. If you are not the intended recipient, (i) please notify the sender immediately by telephone or by replying to this message and (ii) then delete this message, any attachments, chains, copies or portions from your system(s). Retention of this email and the associated data constitutes valid consideration and your consent, agreement and covenant to abide by the foregoing terms. Thank you.