# **EXHIBIT C**

August 26-27, 2019 Email exchange between
Ronald Green and Sam Castor

| | |
|---|---|
| **From:** | **Sam Castor** sam@switch.com |
| **Subject:** | Re: MTechnology adv. Switch - Protective Order language |
| **Date:** | August 27, 2019 at 9:10 AM |
| **To:** | Ron Green rdg@randazza.com |
| **Cc:** | Anne-Marie Birk abirk@switch.com, Piers R. Tueller ptueller@hutchlegal.com, Marc Randazza mjr@randazza.com, Alex Shepard ajs@randazza.com, Crystal Sabala ccs@randazza.com |

Ron,

Good morning.  I'd like to discuss. I am confident we can find mutually acceptable language. If we still don't agree, we will file separate forms. We have been more than accommodating.

Are you free at 10:30?

Sent from my phone - please excuse brevity and typos.



**SAM CASTOR**
EVP OF POLICY
DEPUTY GENERAL COUNSEL

o   +1 (702) 444-4102
m   +1 (702) 371-0724
e   sam@switch.com


On Aug 26, 2019, at 4:35 PM, Ron Green <rdg@randazza.com> wrote:

> Dear Mr. Castor:
>
> While the majority of the parties' disputes regarding the language of the Protective Order have been resolved, two significant ones remain. First, with regard to Paragraph 7.1, my clients will not agree to any language giving Switch the right to use highly confidential documents against third parties or to use this litigation to seek information about third parties. MTech and Mr. Fairfax will only agree to the language that we proposed for this Paragraph. Second, the language that you have proposed in Paragraph 10.2 is insufficient. The letter that I sent to Mr. Tueller on August 19, 2019 identifies the language that we want inserted into the Protective Order regarding remedies if the Protective Order is breached.
>
> If Switch is unwilling to revise the language in its proposed Protective Order to assuage my clients' concerns, then we should likely submit competing proposed orders with the Court.
>
> _____
>
> _____
>
> **Ronald D. Green*** | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
> Tel: 702-420-2001 | Email: rdg@randazza.com
>
> _____
>
> * Licensed to practice law in Nevada.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.