# **<u>EXHIBIT G</u>**

May 22, 2019 Email from Anne-Marie Birk to Ronald Green

| | |
|---|---|
| **From:** **Anne-Marie Birk** abirk@switch.com  |  |
| **Subject:** Document Collection | |
| **Date:** May 22, 2019 at 4:22 PM | |
| **To:** mjr@randazza.com, Ron Green rdg@randazza.com | |
| **Cc:** F. Christopher Austin caustin@weidemiller.com, Brianna Show bshow@weidemiller.com, Sam Castor sam@switch.com, Emily Shaevitz eshaevitz@switch.com, Tanya Paonessa tpaonessa@switch.com | |

Ron,

Please be advised that Switch is no longer willing to explore paying for the e-discovery costs of OpenText for your client Mr. Fairfax. As you know, during our meeting in August, Switch was open to covering the expenses of imaging your client's hard drives to accelerate Switch's access to the data, in the spirit of karmic resolution, and to avoid unnecessary litigation costs.  The opposite has occurred.  Despite our willingness to engage in this unconventional practice to the benefit of your client, to date Switch has not received any documents.  It has now been over 9 months.

Making matters worse, we have been informed that Mr. Fairfax is obstructing access, and has no intention of allowing Switch to view *any* documents.  This is not in keeping with what we proposed, and has been an exercise in abuse of our trust and professionalism. Again.

Accordingly, at this time Switch will proceed with discovery in the ordinary course, with each side bearing their own costs. As you know, your client was served with written discovery in March of 2018 (see attached).  Please have your answers to our discovery requests by the end of the month, **May 31, 2019**.



**ANNE-MARIE BIRK**
ASSOCIATE GENERAL COUNSEL

o   +1 (702) 623-6801
m   +1 (702) 376-3880
e   abirk@switch.com
+   Switch e-card
We use e-cards to reduce waste of natural resources and promote sustainability.

**CONFIDENTIAL INFORMATION**

This email message, its chain, and any attachments: (a) may include proprietary information, trade secrets, pending patents, confidential information and/or other protected information ("Confidential Information") which are hereby labeled as "Confidential" for protection purposes, (b) is sent to you in confidence with a reasonable expectation of privacy, (c) may be protected by confidentiality agreements requiring this notice and/or identification, and (d) is not intended for transmission to, or receipt by unauthorized persons. Your retention or possession will be viewed as your consent to the foregoing and covenant to comply with Switch's then current acceptable use policy available at www.switch.com/aup. If you are not the intended recipient, (i) please notify the sender immediately by telephone or by replying to this message and (ii) then delete this message, any attachments, chains, copies or portions from your system(s). Retention of this email and the associated data constitutes valid consideration and your consent, agreement and covenant to abide by the foregoing terms. Thank you.

 

 

FCA-w-0676 Reques...fca.pdf    FCA-w-0677 RFP M...GY.pdf