# EXHIBIT I

July 23, 2018 Email Exchange between
Christopher Austin and Ronald Green

| | | |
|---|---|---|
| **From:** | **F. Christopher Austin** caustin@weidemiller.com |  |
| **Subject:** | Fairfax Meeting | |
| **Date:** | July 23, 2018 at 10:55 AM | |
| **To:** | Ron Green  rdg@randazza.com | |
| **Cc:** | Brianna Show  bshow@weidemiller.com | |

Ron:

In the context of settlement discussions, Switch would like to understand just what Fairfax communicated to Aligned.  Sam is pressing for a date that Fairfax could be available at Fairfax's location for such a discussion.

Chris

### F. Christopher Austin
## Weide & Miller, Ltd.

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.