# EXHIBIT J

October 9, 2018 Letter from Ronald Green to Christopher Austin and Sam Castor



Ronald D. Green
*Partner*
Licensed in NV

*Privileged and Confidential Communication*

**9 October 2018**

<u>Via Email Only</u>

F. Christopher Austin         Sam Castor              Emily Shaevitz
<caustin@weidemiller.com>   <sam@switch.com>   <eshaevitz@switch.com>

Anne-Marie Birk
<abirk@switch.com>

Re:   *Switch v. Fairfax | eDiscovery Search*

Dear Counsel:

This letter is in response to your message of October 2, 2018 requesting that we arrange for the eDiscovery provider Epiq to collect data on MTech's premises sometime between October 8 and 12, 2018. Due to the lack of an agreed on and issued protective order and the lack of any submitted and approved keywords to limit Epiq's search, we cannot consent to this proposed search under the current conditions.

During the meeting on August 28, 2018, you discussed with my partner, Marc Randazza, the possibility of having an eDiscovery provider search my clients' documents and physical property (imaging hard drives, copying emails, etc.) In September, we agreed on Epiq as the eDiscovery provider to conduct this search.

On September 12, 2018, I reiterated to you our understanding from the August 28 meeting that your client would provide my clients with keywords that it would like searched. These keywords would be reviewed by MTech and those approved would be provided to Epiq, which would then manage the search based on those approved keywords. Upon receiving information from this search, Switch would then identify the trade secrets it believes MTech misappropriated. And upon receiving information from this search, Switch agreed that it would dismiss its claims against my clients unless the search provided clear evidence of misappropriation of one of the identified trade secrets.

Switch, however, never responded with any keywords for MTech's review and approval and to give direction to Epiq's search. Furthermore, we are still in the process of negotiating with you the terms of a protective order in this case.

My clients are happy to speak with Epiq about arranging the logistics of the search, but we cannot allow the proposed collection of MTech's confidential information without any protections regarding disclosure or use in place. Accordingly, the search and review itself will have to wait until Switch provides keywords directing this search, those keywords are approved, and a protective order is in place.



Please feel free to contact me if you have any questions.

Sincerely,

Ronald D. Green

cc:     Marc Randazza (Via Email Only)