# <u>EXHIBIT M</u>

May 10-14, 2019 Email exchange between
Christopher Austin and Ronald Green



**From:** **F. Christopher Austin** caustin@weidemiller.com
**Subject:** Re: MTech adv. Switch
**Date:** May 14, 2019 at 7:08 AM
**To:** Ron Green rdg@randazza.com
**Cc:** Brianna Show bshow@weidemiller.com

Ron;

Yes. I'm on vacation. We will have to finish this when I return.

Chris
Sent from my iPhone

On May 11, 2019, at 1:47 AM, Ron Green <rdg@randazza.com> wrote:

> Chris:
>
> Are you currently on vacation? I wanted to discuss Switch's desire to see the documents and think that we might have a compromise. At the very least, perhaps enough that it would be productive for our clients to speak. Additionally, you have told me that you'd have a revised keyword list and a list of the allegedly misappropriated trade secrets this week. At this point, I assume I am not getting them before COB. What's the status of them?
>
> Thanks, and if you are on vacation, I hope you're having a good time.
>
> _____
>
> **Ronald D. Green\*** | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
> Tel: 702-420-2001 | Email: rdg@randazza.com
>
> _____
>
> \* Licensed to practice law in Nevada.