# <u>EXHIBIT O</u>

April 18, 2019 Email and Attachment between
Ronald Green and Christopher Austin

**From:** F. Christopher Austin caustin@weidemiller.com
**Subject:** RE: MTechnology adv. Switch Ltd. I Keywords
**Date:** April 18, 2019 at 11:40 AM
**To:** Heather Ebert hme@randazza.com
**Cc:** Ron Green rdg@randazza.com, Marc Randazza mjr@randazza.com



Ron:

Please call me when you have a moment.

**F. Christopher Austin**

# Weide & Miller, Ltd.

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Heather Ebert <hme@randazza.com>
**Sent:** Thursday, April 18, 2019 11:37 AM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Ron Green <rdg@randazza.com>; Marc Randazza <mjr@randazza.com>
**Subject:** MTechnology adv. Switch Ltd. | Keywords

Chris,

Please see the attached correspondence from Ronald Green regarding the keyword list in the above captioned matter.

Best,

**Heather M Ebert**\* | <span style="color:red">**Randazza Legal Group, PLLC**</span>
2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: hme@randazza.com
*Legal Assistant - Not licensed to practice law.



RANDAZZA
LEGAL GROUP

**Ronald D. Green**
*Partner*
Licensed in NV

**18 April 2019**

<u>Via Email Only</u>

<caustin@weidemiller.com>
F. Christopher Austin
WEIDE & MILLER, LTD.

>   *Re:*     *MTechnology adv. Switch Ltd.  |  Keywords*

Dear Chris:

Thank you for the draft list of keywords, which you provided on April 12, 2019. I have gone over them with Stephen Fairfax and MTechnology. Given that the list was provided without context, we need to ensure that our assumptions about the draft keyword list are correct. Additionally, we have a few inquiries regarding certain aspects of the draft list. Specifically, can you please confirm and/or clarify the following points:

- The keyword list indicates that the search will encompass documents dated August 6, 2015 to the present. Please confirm that is the criteria.

- With regard to Persons of Interest, is Switch only seeking documents involving these 13 people? If not, what is the purpose of including these individuals on this list?

- Given that numbers 14 and 15 are blank, does Switch anticipate adding additional names. If so, when can we expect to see those names?

- With regard to the Corporations/Entities section, we take the list to mean that OpenText will only be searching for documents to/from one of these entities and documents that reference one or more of these entities. Is our understanding correct?

- Regarding numbers 32 through 34 of the Topics list, what does Switch mean by the inclusion of the phrase "and any other term" in each of these?

- Numbers 44 through 49 of the Topics list appear to be unfinished, and we take the brackets to mean that Switch is still determining potential keywords relevant to these topics. Is that correct? If so, when can we expect to see these additional keywords? If not, please explain Switch's purpose for including them in the keyword list.

- Regarding the "Format" list, we interpret it to mean that Switch is only looking for these types of documents/files. Is our interpretation correct?

//

2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117

rdg@randazza.com  |  702.420.2001

MTechnology adv. Switch, Ltd. | Keywords
Page 2 of 2



Thank you in advance for responding to these inquiries. If you would like to discuss further, please feel free to contact me at your convenience.

Sincerely,

Ronald D. Green

cc:    Stephen Fairfax (via separate email)