# **EXHIBIT P**

April 24-25, 2019 Email Exchange between Ronald Green and Christopher Austin

**From:** F. Christopher Austin caustin@weidemiller.com
**Subject:** RE: MTech adv. Switch
**Date:** April 25, 2019 at 5:21 PM
**To:** Ron Green rdg@randazza.com
**Cc:** Marc Randazza mjr@randazza.com, Heather Ebert hme@randazza.com, Tenny Fauver tjf@randazza.com



Ron:

Thanks, I appreciate your moving quickly on this.

As to the keywords, I'm doing the same and intend to get those to you by next Wednesday. I was out today for an arbitration and have other matters occupying me through Monday. I hope that getting them to you by then will not hold anything up, but do I understand you will need time to review them as well.

As we discussed yesterday, my intent is to have everything lined up prior to my departure for Italy on May 8th so that collection could possibly be completed while I'm gone. Contingent on us confirming keywords within the next two weeks, is that a timeline that seems viable on your end?

Chris

**F. Christopher Austin**

**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Thursday, April 25, 2019 5:09 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Marc Randazza <mjr@randazza.com>; Heather Ebert <hme@randazza.com>; Tenny Fauver <tjf@randazza.com>
**Subject:** Re: MTech adv. Switch

After I reviewed your changes, I sent them to him this morning. At about 1:00 p.m., he responded that he would be reviewing them as soon as possible but that might not be for a few hours. I expect that I'll have them back by morning.

Where's the trade secret list that you owe us? And what's the status of the keyword list? Has Sam Castor looked at it to fill in the bracketed sections? We cannot approve it until we have a final

copy of your proposed keywords.

_____

**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____
\* Licensed to practice law in Nevada.

> On Apr 25, 2019, at 4:42 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:
>
> Ron:
>
> Following up to see if your client is okay with the redlines from me on your revisions to OT's Consent Form and MT's NDA?
>
> Chris
>
> **F. Christopher Austin**
>
> **Weide & Miller, Ltd.**
>
> 10655 Park Run Drive
> Suite 100
> Las Vegas NV 89144
> 702.610.9094 Mobile
> 702.382.4804 Office
> 702.382.4805 Fax
> caustin@weidemiller.com | www.weidemiller.com
>
> This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.
>
> ---
>
> **From:** F. Christopher Austin
> **Sent:** Wednesday, April 24, 2019 7:44 PM
> **To:** 'Ron Green' <rdg@randazza.com>
> **Cc:** Marc Randazza <mjr@randazza.com>; Heather Ebert <hme@randazza.com>; Tenny Fauver <tjf@randazza.com>
> **Subject:** RE: MTech adv. Switch
> **Importance:** High
>
> Ron:
>
> Here is my redline to your changes to the Consent Form.  I believe my final comment fully explains my concerns in as neutral and as objective a way as possible with the understanding that you likely will be passing it on to your client, but please call me if you have any concerns about what I am saying or how your client will take it.  It is

not intended to in any way change the terms of the agreement between our clients.

Chris

**F. Christopher Austin**

# Weide & Miller, Ltd.

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Wednesday, April 24, 2019 4:31 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Marc Randazza <mjr@randazza.com>; Heather Ebert <hme@randazza.com>; Tenny Fauver <tjf@randazza.com>
**Subject:** MTech adv. Switch

Chris:

Please see attached. Please note that, in the Directive, I make a few comments in the redline in addition to the edits. I suspect that OpenText may need to address my comments, but you might have some insight as well. Feel free to contact me via phone or email if you want to discuss anything further.

_____
**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____
\* Licensed to practice law in Nevada.