# **EXHIBIT Q**

February 19, 2019 Email from Ronald Green to Christopher Austin

**From:** **Ron Green** rdg@randazza.com 
**Subject:** MTech adv. Switch
**Date:** February 19, 2019 at 12:55 PM
**To:** F. Christopher Austin caustin@weidemiller.com
**Cc:** Marc Randazza mjr@randazza.com, Tiffany Fuller tbf@randazza.com, Heather Ebert hme@randazza.com

Chris:

While Epiq is correct that Mr. Fairfax was unable to make the call today, he did speak with Epiq last week. During that call, they apparently told him that Switch's in-house "search team" would be reviewing MTech's documents and that everything imaged from MTech would be stored by Epiq at a data center in Las Vegas. When Mr. Fairfax asked if the data center was owned by Switch, Epiq apparently could not give him a good answer.

At this point, I am going to propose that you and I sit down with Epiq to discuss the parameters of e-discovery and to make sure that we are all on the same page. What do you think?

_____

**Ronald D. Green*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

_____

* Licensed to practice law in Nevada.