# <u>EXHIBIT T</u>

December 27, 2018 Email from Ronald Green to
Christopher Austin

**From:** **Ron Green** rdg@randazza.com
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report
**Date:** December 27, 2018 at 4:30 PM
**To:** F. Christopher Austin caustin@weidemiller.com
**Cc:** **Brianna Show** bshow@weidemiller.com, **Tenny Fauver** tjf@randazza.com, **Marc Randazza** mjr@randazza.com, **Alex Shepard** ajs@randazza.com



In your December 18 email, you stated that you were trying to set up a call with the potential eDiscovery provider over the holidays. What is the status? If we don't get moving soon, we are going to start needing to look for expert witnesses.

Thanks, and I hope you had a great Christmas.

---

**Ronald D. Green\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

---

\* Licensed to practice law in Nevada.

On Dec 21, 2018, at 4:14 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

Okay.

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Friday, December 21, 2018 9:23 AM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tenny Fauver <tjf@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex Shepard <ajs@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

Chris:

I have spoken with my clients. They prefer to stick with Epiq.

Ron Green
Randazza Legal Group, PLLC
Las Vegas, NV
Sent from my iPhone

On Dec 18, 2018, at 7:19 PM, Ron Green <rdg@randazza.com> wrote:

My clients won't have an issue with inquiring with other providers. I don't think they would have any issue looking into using OpenText but will ask.

---

**Ronald D. Green\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

---

\* Licensed to practice law in Nevada.

On Dec 18, 2018, at 4:17 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

Ron:

We are still on track.  I just have not had as much time as expected, since I returned late yesterday from a visit with my son in Idaho.

I've got a call into Epiq, but no response.  In order to expedite things, I would like some latitude to potentially use a different provider agreed to by all. Switch is not opposed to other reputable providers.  One they have heard good reports on is Open Text.  They seem fairly sizable as well.  Have you heard of them? Or others your client would be okay with?

I'll look into this more tomorrow.  I know you are out but I assume you will still have email, and I'll see if I can set something up that works for you.

Chris Austin
Sent from my iPad

On Dec 18, 2018, at 4:01 PM, Ron Green <rdg@randazza.com> wrote:

Dear Chris:

I presume that we are not speaking with Epiq today. It is my last day in the office until after Christmas, and I believe that you told me you were out of the office after today as well. I do request that you provide me some indication regarding where you guys stand. Is your client still interested in informal eDiscovery, or should I let MTech know that we need to start engaging in standard discovery and looking for an expert? As you know, our expert disclosure deadline is February 5, 2019. If we do not start moving forward with Epiq very soon, I will need to start working on expert discovery as soon as I return from the holidays.

Thanks.

---

**Ronald D. Green\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

---

\* Licensed to practice law in Nevada.

On Dec 17, 2018, at 3:25 PM, Ron Green <rdg@randazza.com> wrote:

Are we speaking with Epiq tomorrow?

---

**Ronald D. Green\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

---

\* Licensed to practice law in Nevada.

On Dec 13, 2018, at 3:23 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

Ron:

I'll try to set something up for Tuesday.

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Thursday, December 13, 2018 3:14 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tenny Fauver <tjf@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex Shepard <ajs@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

Alright. As a reminder, I am only in the office Monday and Tuesday next week. I will be on a plane for the majority of Wednesday. I have limited availability Thursday and Friday because I will mostly be doing stuff with my family.

---

**Ronald D. Green\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

---

\* Licensed to practice law in Nevada.

On Dec 13, 2018, at 3:05 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

We are, but it will have to be next week.  This one got ahead of me.

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Thursday, December 13, 2018 2:26 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tenny Fauver <tjf@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex Shepard <ajs@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

Chris:

What's the status on this? Are we moving forward?

Ron Green
Randazza Legal Group, PLLC
Las Vegas, NV
Sent from my iPhone

On Dec 7, 2018, at 2:46 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

Thanks Ron.  I'll confirm with Switch and if they agree seek to set up a teleconference

for you and me with Epiq next week.

Chris

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Friday, December 07, 2018 2:44 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tenny Fauver <tjf@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex Shepard <ajs@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

Chris:

It was a pleasure speaking with you today. To confirm our conversation, my clients do not wish to pay for half of the proposed eDiscovery. However, if communications with Epiq (or whichever provider we choose) are limited to you and me, then their concerns about unilateral communications disappear and no liquidated damages provision would be necessary. They would prefer that you and I contact Epiq together. Finally, we would like some indication regarding the keywords your client intends to propose, as well as some guideline regarding your client's willingness to dismiss the case if it does not find anything of interest in the eDiscovery.

Thanks, and I'll talk to you next week.

**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

\* Licensed to practice law in Nevada.

On Nov 13, 2018, at 3:20 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

Thanks

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Tuesday, November 13, 2018 2:28 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tennyson Fauver <tjf@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex Shepard <ajs@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

Well, it solves the issue for me. I will let you know shortly what my clients say.

On Tue, Nov 13, 2018 at 2:14 PM F. Christopher Austin <caustin@weidemiller.com> wrote:

Okay. Then I'm hoping limiting the communications to you and me (in which I have no problem with you contacting them even if I'm not available) will solve that issue.

Thanks,
Chris

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100

Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Tuesday, November 13, 2018 2:07 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tenny Fauver
<tjf@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex
Shepard <ajs@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report
**Importance:** High

I will send this proposal to my clients. However, as far as I know, my
clients do not distrust Epiq. They simply do not want your client
unilaterally communicating with Epiq.

---

**Ronald D. Green\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

---

\* Licensed to practice law in Nevada.

> On Nov 13, 2018, at 2:03 PM, F. Christopher Austin
> <caustin@weidemiller.com> wrote:
>
> Ron:
>
> If we are going to do informal discovery, it has to be
> simple, yet fair and comprehensive, or we might as well
> just do formal discovery.  I've reviewed your October
> 23rd letter.  It's not bad, but it's clear your client distrusts
> Epiq. Here's my thoughts:
>
> 1. Why don't you identify a reputable 3rd Party image
>    provider (ESI Provider) agreeable to your client.
>    Unless there is some red flag, I suspect Switch will
>    agree.  We sign the service agreement on behalf of
>    our clients and split the fee 50/50, paid through our
>    firms.  If you want to amend the service agreement
>    (or I do), no problem. We negotiate the changes.
>
> 2. The ESI Provider images the hard drives and returns
>    them to your clients.
>
> 3. I send you keywords to be searched.  We meet and
>    resolve any issues regarding them and jointly
>    submit them to the ESI Provider.
>
> 4. The ESI Provider runs the search and sends us all
>    the results.  I'll promptly let you know (likely within
>    a week) how long we expect it will take us to review
>    the results.  If the results are clean, we let you know
>    and dismiss/settle the case.
>
> 5. If we identify matters we believe evidence
>    misappropriation, I'll tell you, and we discuss in the
>    context of settlement discussions if you would like
>    (which would then include why we think they do).
>    If not, or if at any time either party feels discussions
>    are not progressing, we revert to the formal process
>    (serve discovery, etc.).
>
> I see no reason for artificial deadlines, as we have a formal
> scheduling order.  My informal goal is to resolve this
> before Christmas, so I still have time to go through formal
> discovery if necessary.  If you feel we are taking too long at
> any point, you can jump into the formal process.  Same for
> us.
>
> Give me a call to discuss when you have a moment.
>
> Chris
>
> **F. Christopher Austin**
> **Weide & Miller, Ltd.**
>
> 10655 Park Run Drive
> Suite 100
> Las Vegas NV 89144
> 702.610.9094 Mobile
> 702.382.4804 Office
> 702.382.4805 Fax
> caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** F. Christopher Austin
**Sent:** Tuesday, November 13, 2018 11:51 AM
**To:** 'Ron Green' <rdg@randazza.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tenny Fauver <tjf@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex Shepard <ajs@randazza.com>
**Subject:** RE: FCA-w-0822-SWITCH.30L - Interim Status Report

Ron:

Fine. I'll hold off on serving them.  I was trying to be agreeable.  Apparently, I've been confused about the service issue, and since my client asked me about the status, my confusion prevailed.  No one is trying to gain an advantage here.

Chris

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Tuesday, November 13, 2018 11:42 AM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tenny Fauver <tjf@randazza.com>; Marc Randazza <mjr@randazza.com>; Alex Shepard <ajs@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

Chris:

You did not learn that we did not receive the Requests for Production via email until "the other day." We discussed this in our Reply in Support of Motion to Stay Discovery, which was filed in June. In August, Sam, Anne-Marie, you, and I also discussed it at the early case conference, where you acknowledged that we had not received them and said that you would re-serve them after the conference. However, you subsequently agreed not to serve them again until we knew whether the case could be informally resolved. This is all in writing. I am really growing frustrated that this is still an issue. I agree with you that it should not be; however, given that your client misrepresented that we were "months late" responding to discovery just last week, it concerns me that you guys keep insisting that you served discovery on us in March.

I am also unsure why you are serving the Requests for Production on us today if you want to resume talks regarding eDiscovery. While you only agreed to hold off on service until after the settlement meeting in Boston, the purpose of the proposed informal eDiscovery was to reduce litigation costs to both parties. Forcing us to respond to Requests for Production now would frustrate that purpose. So, if you do serve Requests on us today, I will have to talk to my clients regarding whether they would still be interested in engaging in informal eDiscovery.

**Ronald D. Green\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

* Licensed to practice law in Nevada.

On Nov 13, 2018, at 11:24 AM, F. Christopher Austin <caustin@weidemiller.com> wrote:

Ron:

I haven't had a chance to discuss deadlines. I'm happy to work with you. My primary goal is to see if we cannot get the informal discovery process back on line. I'll follow-up with you on that later today.

As to discovery service: Until I spoke with you the other day, I did not know you had not received them when we emailed them. That is not an issue to battle over, so I'll serve them again today, and we'll count service from today.

Chris

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green <rdg@randazza.com>
**Sent:** Monday, November 12, 2018 3:17 PM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Brianna Show <bshow@weidemiller.com>; Tenny Fauver <tif@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

Hey Chris. I'm following up to see if you had discussed deadlines and logistics with Switch yet.

Additionally, while I think we are on the same page with regard to Switch's Requests for Production, I wanted to be sure. We do not consider the Requests to have been served upon Defendants. The only time we have been provided with a copy of them was in regards to Switch's Opposition to our Motion to Stay Discovery. At this point, I assume you're holding off on serving them until you know whether your client wishes to pursue a mutually agreeable eDiscovery framework or just commence standard discovery.

While discovery deadlines were just extended, the clock continues to tick, and we'd appreciate follow up regarding eDiscovery as soon as possible.

Thanks a lot.

**Ronald D. Green*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

* Licensed to practice law in Nevada.

On Nov 8, 2018, at 2:12 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

wrote:

Ron:

No need to file a motion for a protective order. They misunderstood the date of service which was obtained from me, because I did not know you had not received the discovery when we originally propounded it. I have a teleconference with them later today to assess whether we will be using a formal discovery process going forward or whether we can salvage the informal process. I'll then follow-up with you to reach agreement on deadlines and logistics.

Chris

**F. Christopher Austin**
**Weide & Miller, Ltd.**

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com |
www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702.382.4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green
<rdg@randazza.com>
**Sent:** Thursday, November 08, 2018 1:37 PM
**To:** F. Christopher Austin
<caustin@weidemiller.com>
**Cc:** Brianna Show
<bshow@weidemiller.com>;
Tenny Fauver
<tjf@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

I think the only remaining issue is your client's false insistence that we did not timely respond to written discovery and that they're expecting a response by November 19. Are they backing off of that, or do I need to file for a protective order? I'm really hoping it's the former.

Ronald D. Green* | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email:
rdg@randazza.com

* Licensed to practice law in Nevada.

On Nov 7, 2018, at 4:35 PM, F. Christopher Austin

<caustin@weidemiller.com> wrote:

Thank you.  We will file.

**F. Christopher Austin**

**Weide & Miller, Ltd.**

10655 Park Run Drive Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com |
www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Ron Green
<rdg@randazza.com>
**Sent:** Wednesday, November 07, 2018 4:33 PM
**To:** F. Christopher Austin
<caustin@weidemiller.com>
**Cc:** Brianna Show
<bshow@weidemiller.com>; Tenny Fauver
<tjf@randazza.com>
**Subject:** Re: FCA-w-0822-SWITCH.30L - Interim Status Report

Just a few small revisions/corrections. If this is okay with you, you can affix my e-signature and file.

_____
_____
**Ronald D. Green\*** |
**Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 |
Email:
rdg@randazza.com
_____
_____
\* Licensed to practice law in Nevada.

On Nov 7, 2018, at 4:28 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

<FCA-w-0822-SWITCH.30L - Interim Status Report.docx>

--

**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____
\* Licensed to practice law in Nevada.