# EXHIBIT U

January 24-25, 2019 Email Exchange between
Ronald Green and Christopher Austin

**From:** **Ron Green** rdg@randazza.com
**Subject:** Re: MTech adv. Switch - Draft Stip to Stay
**Date:** January 25, 2019 at 1:59 PM
**To:** F. Christopher Austin caustin@weidemiller.com
**Cc:** Marc Randazza mjr@randazza.com, Tenny Fauver tjf@randazza.com, Heather Ebert hme@randazza.com



What's the status of the stipulation?

_____

**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com

_____

\* Licensed to practice law in Nevada.

> On Jan 24, 2019, at 3:01 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:
>
> I understand and agree we do not want to go back and ask for more.
>
> **F. Christopher Austin**
> **Weide & Miller, Ltd.**
>
> 10655 Park Run Drive
> Suite 100
> Las Vegas NV 89144
> 702.610.9094 Mobile
> 702.382.4804 Office
> 702.382.4805 Fax
> caustin@weidemiller.com | www.weidemiller.com
>
> This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.
>
> _____
>
> **From:** Ron Green <rdg@randazza.com>
> **Sent:** Thursday, January 24, 2019 2:16 PM
> **To:** F. Christopher Austin <caustin@weidemiller.com>
> **Cc:** Marc Randazza <mjr@randazza.com>; Tenny Fauver <tjf@randazza.com>; Heather Ebert <hme@randazza.com>
> **Subject:** Re: MTech adv. Switch - Draft Stip to Stay
>
> I think the 120 days is advisable because it has been 6 months since the Boston meeting, and we have not gotten very far in this process since then. I proposed 120 days so that we would have enough time. If we ask for less, say 90 days, there is a very strong likelihood that we won't be done yet regardless of how quickly Epiq moves. I am trying to ensure that we do not have to repeat this process or appear before the Court to explain why we cannot complete tasks in the time-period we said we could.
>
> _____
>
> **Ronald D. Green\*** | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117

Tel: 702-420-2001 | Email: rdg@randazza.com
_____
* Licensed to practice law in Nevada.

> On Jan 24, 2019, at 2:08 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:
>
> Ron:
>
> I expect to have confirmation back from Switch today on the length of the stay. I suspect they may want a shorter time period in order to hold Epiq's feet to the fire, based on their recent experiences with them.
>
> Chris
>
> **F. Christopher Austin**
> **Weide & Miller, Ltd.**
>
> 10655 Park Run Drive
> Suite 100
> Las Vegas NV 89144
> 702.610.9094 Mobile
> 702.382.4804 Office
> 702.382.4805 Fax
> caustin@weidemiller.com | www.weidemiller.com
>
> This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.
>
> **From:** Ron Green <rdg@randazza.com>
> **Sent:** Wednesday, January 23, 2019 5:28 PM
> **To:** F. Christopher Austin <caustin@weidemiller.com>
> **Cc:** Marc Randazza <mjr@randazza.com>; Tenny Fauver <tjf@randazza.com>; Heather Ebert <hme@randazza.com>
> **Subject:** MTech adv. Switch - Draft Stip to Stay