# **EXHIBIT V**

April 12, 2019 Email from OpenText to Ronald Green

**From:** Alex Kalvelage akalvela@opentext.com
**Subject:** Re: [EXTERNAL] - RE: Switch v. MTechnology: Informal Data Capture and Assessment - MTech Collections Coordination Update
**Date:** April 12, 2019 at 4:24 PM
**To:** Ron Green rdg@randazza.com
**Cc:** Walker Hartz whz@opentext.com, Bryan Nicholas Koehn bkoehn@opentext.com, Ryan J Caruso rcaruso@opentext.com, F. Christopher Austin caustin@weidemiller.com, Brianna Show bshow@weidemiller.com, Casey Hansen chansen@opentext.com

Hello Ron,

We've been working with our team on some preliminary collection and investigation strategies based on what has been provided.

We wanted to send over a few questions (below) to seed a productive scoping and kick-off effort next week. We will also want to better understand the lines of forensic examination and analysis that you are looking for so that we can commit this to a SOW with the appropriate resources alined.

Some of the preliminary information that you've provided would indicate that may be a somewhat specialized effort given the Unix source type (versioning, configuration). Please let us know if there are a couple potential windows early next week for us to discuss. Anything you can provide in response to the preliminary questions prior to that call will help ensure that we identify the right resources for this project.

Hope everyone has a great weekend.

Talk soon,
Alex

UNIX Collection - Preliminary Scoping Questions -

- Is this application data of some sort?
    - Is it stored in a database structure?
    - Loose files on a file system?
    - Involve a storage volume or an entire drive?
- Do we know what anything about the drive configuration?
    - Is it RAID?
        - What is the RAID configuration?
    - Multiple non RAID drives?
- Do we know if the server can be shutdown for imaging?
    - To give them an idea of time to complete, figure 1GB per minute.
        - This is for the actual drive size, not the volume size.
    - Are there any running processes that we will need to schedule around
    - If it is to be shut down, their team will shutdown / turn back on the system.
- What size and types of drives are these?
    - IDE?
    - SATA?
    - SAS?
- Do we have any details around the specific version of Unix we are dealing with?

**Alex Kalvelage**
Regional Manager | LegalTech
OpenText
Mobile: (415) 725 8789
Email:   akalvela@opentext.com

Axcelerate
EnCase eDiscovery

This email message is confidential, may be privileged, and is intended for the exclusive use of the addressee. Any other person is strictly prohibited from disclosing or reproducing it. If the addressee cannot be reached or is unknown to you, please inform the sender by return email and delete this email message and all copies immediately.