# **<u>EXHIBIT W</u>**

Plaintiff's Responses to First Set of Requests for Production of Documents

**RFP**
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

Samuel Castor, Esq.
Nevada Bar No. 11532
**SWITCH, LTD.**
7135 S. Decatur Blvd.
Las Vegas, Nevada 89118

*Attorneys for Plaintiff* SWITCH, LTD.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD. a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | **Case No.: 2:17-cv-2651-GMN-VCF**<br><br>**PLAINTIFF SWITCH, LTD. FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STEPHEN FAIRFAX** |

PROPOUNDING PARTY: Plaintiff SWITCH, LTD.

RESPONDING PARTY: Defendant FAIRFAX

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff SWITCH, LTD., ("SWITCH") hereby requests that Defendant Stephen Fairfax ("FAIRFAX") produce the documents and things identified below:

FCA-w-0676          1

# INTRODUCTORY STATEMENT

A. Pursuant to Nevada Rule of Civil Procedure 26(e), the following **requests for production of documents and things are continuing and must be supplemented if your responses change during the course of discovery.**

B. To the extent that any information/documentation requested by these Requests for Production is unknown to you, so state, and set forth such remaining information as is known by you. If any estimate or approximation can reasonably be made in place of unknown information, set forth your best estimate or approximation, clearly designated as such, in place of the unknown information, and describe the basis upon which the estimate or approximation is made.

C. The omission of any item from your responses shall be deemed a representation that the item is unknown to you.

D. In construing these Requests to Produce, the terms "refer to" shall include any and all logical and factual connections to the subject of the discovery request as specified.

E. Use of the term "**data**" shall include but not be limited to information regardless of form, such as documents, emails to or from business and/or personal accounts, text messages, calendar invites, notes, application data, videos, photographs, audio or visual recordings, meta data, blogs, tweets, social media postings, correspondence, designs, blue prints, schematics, opinions, assessments, analysis, etc., and all versions of the same, which are germane to the Request.

F. Use of the term "plaintiff" or "you" shall mean STEPHEN FAIRFAX.

G. All singular nouns are to be construed as plural and plural construed as singular.

/ / /

FCA-w-0676                                           2

H. In the event that you refuse to respond to any Request to Produce, or portion thereof, on the grounds that it is subject to an attorney-client privilege or attorney work product privilege, you are required to:

    a. state the nature of the privilege asserted;

    b. state the facts relied upon in support of the claim or privilege;

    c. identify all persons having knowledge or any facts related to the claim or privilege; and

    d. identify all events, transactions, or occurrences related to the claim of privilege.

**DOCUMENTS REQUESTED**

**REQUEST NO. 1:**

Please produce complete and accurate copies of any and all DATA regarding Aligned from January 1, 2011, to the present.

**REQUEST NO. 2:**

Please produce complete and accurate copies of all agreements between FAIRFAX and Aligned.

**REQUEST NO. 3:**

Please produce complete and accurate copies of all agreements between Defendant MTECHNOLOGY and Aligned.

**REQUEST NO. 4:**

Please produce complete and accurate copies of any and all DATA related to Jones Lang LaSalle from January 1, 2011, to the present.

**REQUEST NO. 5:**

Please produce complete and accurate copies of any and all DATA related to Aligned Energy from January 1, 2011, to the present.

**REQUEST NO. 6:**

Please produce complete and accurate copies of any and all DATA related to Inertech from January 1, 2011 to the present.

**REQUEST NO. 7:**

Please produce complete and accurate copies of any and all DATA related to Uber from January 1, 2011, to the present.

**REQUEST NO. 8:**

Please produce complete and accurate copies of any and all DATA related to eBay from January 1, 2011, to the present.

**REQUEST NO. 9:**

Please produce complete and accurate copies of any and all DATA related to PayPal from January 1, 2011, to the present.

**REQUEST NO. 10:**

Please produce complete and accurate copies of any and all DATA related to Theresa Gardner from January 1, 2011, to the present.

**REQUEST NO. 11:**

Please produce complete and accurate copies of any and all DATA related to Mark Bauer from January 1, 2011, to the present.

**REQUEST NO. 12:**

Please produce complete and accurate copies of any and all DATA related to Carter Robinson from January 1, 2011, to the present.

**REQUEST NO. 13:**

Please produce complete and accurate copies of any all DATA related to Marew Klokkenja from January 1, 2011, to the present.

**REQUEST NO. 14:**

Please produce complete and accurate copies of any and all DATA related to Bret Davis from January 1, 2011, to the present.

**REQUEST NO. 15:**

Please produce complete and accurate copies of any and all DATA related to Mike Lewis from January 1, 2011, to the present.

**REQUEST NO. 16:**

Produce complete and accurate copies of any and all DATA related to Dean Nelson from January 1, 2011, to the present.

**REQUEST NO. 17:**

Produce complete and accurate copies of any and all DATA related to Mazen Rawashdeh from January 1, 2011, to the present.

**REQUEST NO. 18:**

Please produce complete and accurate copies of any and all DATA related to Thomas Price from January 1, 2011, to the present.

**REQUEST NO. 19:**

Please produce complete and accurate copies of any and all DATA related to Paul Santana from January 1, 2011, to the present.

**REQUEST NO. 20:**

Produce complete and accurate copies of any and all DATA related to Stephen Harlett from January 1, 2011, to the present.

**REQUEST NO. 21:**

Please produce complete and accurate copies of any and all DATA related to Richard Reyher from January 1, 2011, to the present.

FCA-w-0676 5

**REQUEST NO. 22:**

Please produce complete and accurate copies of any and all DATA related to Seth Feldman from January 1, 2011, to the present.

**REQUEST NO. 23:**

Please produce complete and accurate copies of any and all DATA related to Devin Wenig from January 1, 2011, to the present.

**REQUEST NO. 24:**

Please produce complete and accurate copies of any and all DATA related to Jakob Carnemark from January 1, 2011, to the present.

**REQUEST NO. 25:**

Please produce complete and accurate copies of any and all DATA related to Andrew Schaap from January 1, 2011, to the present.

**REQUEST NO. 26:**

Please produce complete and accurate copies of any and all DATA related to Stephen Smith from January 1, 2011, to the present.

**REQUEST NO. 27:**

Please produce complete and accurate copies of any and all DATA related to Rajendran Avadaiappan from January 1, 2011, to the present.

**REQUEST NO. 28:**

Please produce complete and accurate copies of any and all video footage, including b-roll footage, YOU received and/or have in YOUR possession, with regard to the ALIGNED videos.

/ / /

/ / /

**REQUEST NO. 29:**

Please produce complete and accurate copies of any and all payments made to YOU by Aligned, or any Aligned employees.

**REQUEST NO. 30:**

Please produce complete and accurate copies of any and all communications regarding payments received by MTECHNOLOGY and/or YOU from Aligned or any Aligned employees.

**REQUEST NO. 31:**

Please produce complete and accurate copies of any and all bank records from 2011 to present in YOUR control reflecting financial transactions with individuals or entities affiliated with Aligned, Aligned Energy, Inertech, eBay, and/or Paypal.

**REQUEST NO. 32:**

Please produce complete and accurate copies of any and all of YOUR cell phone records evidencing communications with individuals or entities affiliated with Aligned, Aligned Energy, Inertech, eBay, and/or Paypal between yourself and from 2010 to present.

**REQUEST NO. 33:**

Please produce complete and accurate copies of any and all DATA evidencing Aligned designs created between January 1, 2011, and the present.

**REQUEST NO. 34:**

Please produce complete and accurate copies of DATA evidencing Aligned Energy designs created between January 1, 2011, and the present.

**REQUEST NO. 35:**

Please produce complete and accurate copies of DATA evidencing Inertech designs created between January 1, 2011, and the present.

FCA-w-0676       7

**REQUEST NO. 36:**

Please produce complete and accurate copies of DATA evidencing YOUR data center designs created between January 1, 2011, and the present.

**REQUEST NO. 37:**

Please produce complete and accurate copies of any and all DATA related to Switch from January 1, 2011, to the present.

**REQUEST NO. 38:**

Please produce complete and accurate copies of any and all DATA related to Rob Roy from January 1, 2011, to the present.

**REQUEST NO. 39:**

Please produce all DATA related to your design work for Aligned.

**REQUEST NO. 40:**

Please produce complete and accurate copies of your analysis of Aligned's designs created between January 1, 2011, and the present.

**REQUEST NO. 41:**

Please produce complete and accurate copies of your analysis of Aligned Energy's designs created between January 1, 2011, and the present.

**REQUEST NO. 42:**

Please produce complete and accurate copies of your analysis of Inertech's designs created between January 1, 2011, and the present.

**REQUEST NO. 43:**

Please produce complete and accurate copies of all collaborations with Aligned regarding Aligned's data center designs created between January 1, 2011, and the present.

/ / /

FCA-w-0676　　　　　　　　　　　　8

**REQUEST NO. 44:**

Please produce all DATA related to your retention as a consultant with Aligned.

**REQUEST NO. 45:**

Please produce complete and accurate copies of all DATA regarding Aligned's data center designs created between January 1, 2011, and the present.

DATED this 16th day of March, 2018.

              **WEIDE & MILLER, LTD.**

              /s/ *F. Christopher Austin*
              F. Christopher Austin
              caustin@weidemiller.com
              Ryan Gile
              rgile@weidemiller.com
              Bank of Nevada Bldg., 5th Floor
              7251 W. Lake Mead Blvd., Ste. 530
              Las Vegas, NV 89128
              *Attorneys for Plaintiff SWITCH, LTD.*

FCA-w-0676           9

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weide & Miller, Ltd. and that on March 19, 2018, I served a full, true and correct copy of the foregoing **PLAINTIFF SWITCH, LTD. FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STEPHEN FAIRFAX** by email and regular U.S. mail, with postage duly prepaid thereon, addressed to the following:

> Marc J. Randazza, Esq.
> Ronald D. Green, Esq.
> Alex J. Shepard, Esq.
> Randazza Legal Group, PLLC
> 4035 S. El. Capitan Way
> Las Vegas, NV 89147
> 702-420-2001
> efc@randazza.com
> *Attorneys for Defendants STEPHEN FAIRFAX and MTECHNOLOGY*

*/s/ Sally Wexler*
An employee of Weide & Miller, Ltd.