Samuel Castor (11532)
Anne-Marie Birk (12330)
SWITCH, LTD.
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111
sam@switch.com
abirk@switch.com

Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
ptueller@hutchlegal.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>             Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>             Defendants. | CASE NO. 2:17-cv-02651-GMN-EJY<br><br>**JOINT INTERIM STATUS REPORT** |

1

Pursuant to LR 26-3, the parties respectfully submit this Interim Status Report and state as follows:

1.     <u>Pending Matters</u>:  Defendants Stephen Fairfax and MTechnology's Request for a Pretrial Conference and Submission of Proposed Protective Order is currently pending before the Court.  Defendants filed the Request on September 3, 2019 (ECF No. 48).  Plaintiff Switch, LTD. filed its Response on September 17, 2019 (ECF No. 52).  Defendants filed a Reply in Support of its Motion on September 24, 2019 (ECF No. 53).  The Court has not yet ruled on Defendants' Request.

There are no other pending matters before the Court.

2.     <u>Estimated Timed Required for Trial</u>:  Plaintiff estimates that 10-12 full trial days will be required for trial. Defendants estimate that 5-7 trial days will be required for trial.

3.     <u>Effect of Substantive Motions on Trial Length</u>:  In the opinion of Plaintiff's counsel who will try the case, substantive motions will not eliminate the need for trial or affect the trial's length. In the opinion of Defendants' counsel who will try the case, substantive motions may eliminate the need for trial or shorten the trial's length.

////

////

////

////

////

////

////

////

////

////

////

////

////

4.   <u>Switch's Request to Extend Expert Disclosure Deadlines</u>:  The currently scheduled deadline for the disclosure of experts and expert reports is October 10, 2019.  The deadline for the disclosure of rebuttal experts and rebuttal expert reports is November 8, 2019. At approximately 3:30 p.m. on the afternoon of October 10, 2019, counsel for Plaintiff requested that Defendants agree to continue the expert disclosure deadline. Counsel for Defendants responded that Defendants were ready and willing to disclose their expert witness and would be doing so on October 10, 2019. Therefore, they would need to discuss the extension with their clients, who would be unavailable until October 11, 2019.  Plaintiff notes that the parties have not completed discovery, and as such, Switch intends to request that the Court extend the deadline for the disclosure of expert and expert reports from October 10, 2019 to sixty (60) days after the close of discovery on December 9, 2019.  Thus, the new deadline for the disclosure of experts and expert reports would be February 7, 2020.  Switch also intends to request that the Court similarly extend the deadline for the disclosure of rebuttal experts and rebuttal expert reports from November 8, 2019 to March 6, 2020.

Switch intends to submit a formal motion making this request.

The parties certify that they have considered consent to trial by a magistrate under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, use of the Short Trial Program (General Order 2013-01), and the use of alternative-dispute-resolution processes including mediation, arbitration, and early neutral evaluation.

Dated this 10th day of October, 2019

HUTCHISON & STEFFEN, PLLC

_____*/s/ Piers R. Tueller*_____
Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
Piers R. Tueller (14633)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Samuel Castor (11532)

RANDAZZA LEGAL GROUP, PLLC

_____*/s/ Ronald D. Green*_____
Marc J. Randazza (12265)
Ronald D. Green (7360)
Alex J. Shepard (13582)
4035 S. El Capitan Way
Las Vegas, NV 89147

*Attorneys for Defendants Stephen Fairfax*
*and MTechnology*

3

Anne-Marie Birk (12330)
SWITCH, LTD.
7135 South Decatur Blvd.
Las Vegas, Nevada 89118

*Attorneys for Plaintiff Switch, LTD.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2019, the foregoing document entitled:

**JOINT INTERIM STATUS REPORT** was filed and served through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.


_____*/s/ Bobbie Benitez*_____
An employee of Hutchison & Steffen, PLLC