INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT 1



Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Stephen Fairfax and MTechnology

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

SWITCH, LTD.,
a Nevada limited liability company,

Plaintiff,

vs.

STEPHEN FAIRFAX; MTECHNOLOGY;
DOES 1 through 10; and ROE ENTITIES 11
through 20, inclusive,

Defendants.

Case No.: 2:17-cv-02651-GMN-VCF

**DEFENDANT STEPHEN FAIRFAX'S
RESPONSES AND OBJECTIONS TO
PLAINTIFF'S FIRST SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS**

Defendant Stephen Fairfax ("Fairfax") hereby submits his Responses and
Objections to Plaintiff's First Set of Requests for Production of Documents pursuant
to Federal Rules of Civil Procedure Rules 26 and 34.

These responses are made solely for the purpose of, and in relation to, this
action. Each response is given subject to all appropriate objections (including
but not limited to objections concerning competency, relevancy, materiality,
propriety, and admissibility), which would require the exclusion of any statement
contained herein if the request were asked of, or any statement contained herein

1   was made by, a witness present and testifying in court.  All such objections and

2   grounds therefore are reserved and may be interposed at the time of trial.

3          Except for facts explicitly admitted herein, no admission of any nature

4   whatsoever is to be implied or inferred.  The fact that any request herein has been

5   responded upon should not be taken as an admission, or a concession, of the

6   existence of any facts set forth or assumed by such request, or that such response

7   constitutes evidence of any fact thus set forth or assumed.  All responses must be

8   construed as given on the basis of present recollection.

9                      **GENERAL OBJECTIONS**

10        1.     Fairfax objects to the subject requests to the extent that they request

11   the disclosure of information protected by the attorney-client privilege, the work-

12   product doctrine, or any other recognized privilege or immunity.

13        2.     Fairfax objects to the subject requests to the extent that they are not

14   reasonably calculated to lead to the discovery of admissible evidence.  The

15   providing of documents in response to any request is not to be deemed or

16   construed as an admission by Fairfax that the information is in fact relevant to this

17   action.

18        3.     Fairfax objects to the subject requests to the extent that they call for

19   the production of documents not in the possession, custody, or control of Fairfax.

20        4.     To the extent words or phrases used in the requests are vague,

21   ambiguous, or otherwise overbroad, Fairfax shall respond in a manner in which

22   they believe, in good faith, to be requested thereby.

23        5.     Fairfax states that discovery in this matter is continuing and ongoing

24   and that it is possible that additional information responsive to the requests will be

25   identified subsequent to the date of this response.

26        6.     All responses made herein are based upon the best knowledge,

27   information and belief held by Fairfax at the time of the response.

7.     Fairfax objects to the Definitions to the extent they conflict with the definitions applicable in the Federal Rules of Civil Procedure and/or Local Civil Rule 26.

8.     Fairfax objects to the Instructions to the extent they impose any obligation beyond that required by the Federal Rules of Civil Procedure or the Local Rules of this Court.

9.     Fairfax objects to the requests to the extent they encompass documents subject to attorney-client privilege created subsequent to the initiation of this litigation and will neither produce nor create a privilege log as to same.

10.     Fairfax incorporates these General Objections into each and every specific response as if fully set forth therein.

Subject to and without waiving the foregoing General Objections, Fairfax specifically responds to each numbered Request as follows:

**<u>RESPONSES TO REQUESTS FOR PRODUCTION</u>**

**REQUEST NO. 1:**

Please produce complete and accurate copies of any and all DATA regarding Aligned from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 1:**

Objection.  This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Aligned, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether Fairfax is in possession of such information.  Read literally, the request seeks all documents about Aligned created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation.  The request seeks an extremely large number of documents and

searching for, reviewing, and producing all responsive documents would take an absurd number of man hours.  This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks information Fairfax cannot disclose due to contractual obligations with third parties.  This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 2:**

Please produce complete and accurate copies of all agreements between FAIRFAX and Aligned.

**RESPONSE TO REQUEST NO. 2:**

No responsive documents are in Fairfax's possession, custody, or control.

**REQUEST NO. 3:**

Please produce complete and accurate copies of all agreements between Defendant MTECHNOLOGY and Aligned.

**RESPONSE TO REQUEST NO. 3:**

Objection.  This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request is not limited to information related to the parties' claims or defenses and is not limited to any relevant time period. This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.   This request seeks information that cannot be disclosed due to contractual obligations with third parties.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

Stephen Fairfax's Responses to Switch's First Set of Requests for Production
2:17-cv-02651-GMN-VCF

**REQUEST NO. 4:**

Please produce complete and accurate copies of any and all DATA related to Jones Lang LaSalle from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 4:**

Objection. This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Jones Lang Lasalle, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether Fairfax is in possession of such information. Read literally, the request seeks all documents about Jones Long Lasalle created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation. The request seeks an extremely large number of documents and searching for, reviewing, and producing all responsive documents would take an absurd number of man hours.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 5:**

Please produce complete and accurate copies of any and all DATA related to Aligned Energy from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 5:**

Objection. This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Aligned Energy, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether Fairfax is in possession of such information. Read literally, the request seeks all documents about Aligned Energy created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated

1  to this litigation.  The request seeks an extremely large number of documents and
2  searching for, reviewing, and producing all responsive documents would take an
3  absurd number of man hours.  This request seeks proprietary, confidential, and
4  trade secret information that will not be produced until an adequate protective
5  order is on file in this matter.  This request seeks information Fairfax cannot disclose
6  due to contractual obligations with third parties.  This request is an abuse of the
7  discovery process and shows an attempt by Switch to use this litigation to obtain
8  confidential information regarding direct competitors.

9          Notwithstanding these objections, Fairfax responds as follows: Fairfax is not
10  in possession, custody, or control of responsive documents.

11  **REQUEST NO. 6:**

12          Please produce complete and accurate copies of any and all DATA
13  related to Inertech from January 1, 2011 to the present.

14  **RESPONSE TO REQUEST NO. 6:**

15          Objection.   This request is overbroad, unduly burdensome, and is not
16  proportional to the needs of the case.  This request seeks essentially all information
17  in any form related to Inertech, regardless of whether such information relates to
18  any claim or defense in this matter, and regardless of whether Fairfax is in
19  possession of such information.  Read literally, the request seeks all documents
20  about Inertech created in the past 8 years by anyone anywhere in the world,
21  including third-party social media posts on subjects completely unrelated to this
22  litigation.   The request seeks an extremely large number of documents and
23  searching for, reviewing, and producing all responsive documents would take an
24  absurd number of man hours.  This request seeks proprietary, confidential, and
25  trade secret information that will not be produced until an adequate protective
26  order is on file in this matter.  This request seeks information Fairfax cannot disclose
27  due to contractual obligations with third parties.  This request is an abuse of the

RANDAZZA | LEGAL GROUP

1  discovery process and shows an attempt by Switch to use this litigation to obtain
2  confidential information regarding direct competitors.

3      Notwithstanding these objections, Fairfax responds as follows: Fairfax is not
4  in possession, custody, or control of responsive documents.

5  **REQUEST NO. 7:**

6      Please produce complete and accurate copies of any and all DATA
7  related to Uber from January 1, 2011, to the present.

8  **RESPONSE TO REQUEST NO. 7:**

9      Objection.   This request is overbroad, unduly burdensome, and is not
10 proportional to the needs of the case.  This request seeks essentially all information
11 in any form related to Uber, regardless of whether such information relates to any
12 claim or defense in this matter, and regardless of whether Fairfax is in possession
13 of such information.  Read literally, the request seeks all documents about Uber
14 created in the past 8 years by anyone anywhere in the world, including third-party
15 social media posts on subjects completely unrelated to this litigation.  The request
16 seeks an extremely large number of documents and searching for, reviewing, and
17 producing all responsive documents would take an absurd number of man hours.
18 This request seeks proprietary, confidential, and trade secret information that will
19 not be produced until an adequate protective order is on file in this matter.  This
20 request seeks personal ride share information of individuals unrelated to this
21 litigation that will not be produced.  This request seeks information Fairfax cannot
22 disclose due to contractual obligations with third parties.

23      Notwithstanding these objections, Fairfax responds as follows: other than
24 personal ride share information, Fairfax is not in possession, custody, or control of
25 responsive documents.

26

27

RANDAZZA | LEGAL GROUP

**REQUEST NO. 8:**

Please produce complete and accurate copies of any and all DATA related to eBay from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 8:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request seeks essentially all information in any form related to eBay, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether Fairfax is in possession of such information.  Read literally, the request seeks all documents about eBay created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation.  The request seeks an extremely large number of documents and searching for, reviewing, and producing all responsive documents would take an absurd number of man hours. This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks personal purchasing information of individuals unrelated to this litigation that will not be produced.  This request seeks information Fairfax cannot disclose due to contractual obligations with third parties.

Notwithstanding these objections, Fairfax responds as follows: other than purchases on eBay marketplace, Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 9:**

Please produce complete and accurate copies of any and all DATA related to PayPal from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 9:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request seeks essentially all information

RANDAZZA | LEGAL GROUP

1  in any form related to Paypal, regardless of whether such information relates to
2  any claim or defense in this matter, and regardless of whether Fairfax is in
3  possession of such information.  Read literally, the request seeks all documents
4  about Paypal created in the past 8 years by anyone anywhere in the world,
5  including third-party social media posts on subjects completely unrelated to this
6  litigation.   The request seeks an extremely large number of documents and
7  searching for, reviewing, and producing all responsive documents would take an
8  absurd number of man hours. This request seeks personal financial information of
9  individuals unrelated to this litigation that will not be produced.

10         Notwithstanding these objections, Fairfax responds as follows: other than
11  personal payments made via PayPal, Fairfax is not in possession, custody, or
12  control of responsive documents.

13  **REQUEST NO. 10:**

14         Please produce complete and accurate copies of any and all DATA
15  related to Theresa Gardner from January 1, 2011, to the present.

16  **RESPONSE TO REQUEST NO. 10:**

17         No responsive documents are in Fairfax's possession, custody, or control.

18  **REQUEST NO. 11:**

19         Please produce complete and accurate copies of any and all DATA
20  related to Mark Bauer from January 1, 2011, to the present.

21  **RESPONSE TO REQUEST NO. 11:**

22         Objection.   This request is overbroad, unduly burdensome, and is not
23  proportional to the needs of the case. This request seeks essentially all information
24  in any form related to Mark Bauer, regardless of whether such information relates
25  to any claim or defense in this matter, and regardless of whether Fairfax is in
26  possession of such information.  Read literally, the request seeks all documents
27  about Mark Bauer created in the past 8 years by anyone anywhere in the world,

RANDAZZA | LEGAL GROUP

1  including third-party social media posts on subjects completely unrelated to this

2  litigation.   The request seeks an extremely large number of documents and

3  searching for, reviewing, and producing all responsive documents would take an

4  absurd number of man hours.  This request seeks proprietary, confidential, and

5  trade secret information that will not be produced until an adequate protective

6  order is on file in this matter.  This request seeks information Fairfax cannot disclose

7  due to contractual obligations with third parties.

8  **REQUEST NO. 12:**

9      Please produce complete and accurate copies of any and all DATA

10  related to Carter Robinson from January 1, 2011, to the present.

11  **RESPONSE TO REQUEST NO. 12:**

12      No responsive documents are in Fairfax's possession, custody, or control.

13  **REQUEST NO. 13:**

14      Please produce complete and accurate copies of any all DATA related to

15  Marew Klokkenja from January 1, 2011, to the present.

16  **RESPONSE TO REQUEST NO. 13:**

17      No responsive documents are in Fairfax's possession, custody, or control.

18  **REQUEST NO. 14:**

19      Please produce complete and accurate copies of any and all DATA

20  related to Bret Davis from January 1, 2011, to the present.

21  **RESPONSE TO REQUEST NO. 14:**

22      No responsive documents are in Fairfax's possession, custody, or control.

23  **REQUEST NO. 15:**

24      Please produce complete and accurate copies of any and all DATA

25  related to Mike Lewis from January 1, 2011, to the present.

26

27

Stephen Fairfax's Responses to Switch's First Set of Requests for Production
2:17-cv-02651-GMN-VCF

**RESPONSE TO REQUEST NO. 15:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Mike Lewis, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether Fairfax is in possession of such information.   Read literally, the request seeks all documents about Mike Lewis created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation.   The request seeks an extremely large number of documents and searching for, reviewing, and producing all responsive documents would take an absurd number of man hours.   This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks information Fairfax cannot disclose due to contractual obligations with third parties.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 16:**

Produce complete and accurate copies of any and all DATA related to Dean Nelson from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 16:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Dean Nelson, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether Fairfax is in possession of such information.   Read literally, the request seeks all documents about Dean Nelson created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this

1  litigation.    The request seeks an extremely large number of documents and

2  searching for, reviewing, and producing all responsive documents would take an

3  absurd number of man hours.  This request seeks proprietary, confidential, and

4  trade secret information that will not be produced until an adequate protective

5  order is on file in this matter.  This request seeks information Fairfax cannot disclose

6  due to contractual obligations with third parties.

7         Notwithstanding these objections, Fairfax responds as follows: Fairfax is not

8  in possession, custody, or control of responsive documents.

9  **REQUEST NO. 17:**

10        Produce complete and accurate copies of any and all DATA related to

11  Mazen Rawashdeh from January 1, 2011, to the present.

12  **RESPONSE TO REQUEST NO. 17:**

13        No responsive documents are in Fairfax's possession, custody, or control.

14  **REQUEST NO. 18:**

15        Please produce complete and accurate copies of any and all DATA

16  related to Thomas Price from January 1, 2011, to the present.

17  **RESPONSE TO REQUEST NO. 18:**

18        No responsive documents are in Fairfax's possession, custody, or control.

19  **REQUEST NO. 19:**

20        Please produce complete and accurate copies of any and all DATA

21  related to Paul Santana from January 1, 2011, to the present.

22  **RESPONSE TO REQUEST NO. 19:**

23        Objection.   This request is overbroad, unduly burdensome, and is not

24  proportional to the needs of the case. This request seeks essentially all information

25  in any form related to Paul Santana, regardless of whether such information

26  relates to any claim or defense in this matter, and regardless of whether Fairfax is

27  in possession of such information.  Read literally, the request seeks all documents

1  about Paul Santana created in the past 8 years by anyone anywhere in the world,

2  including third-party social media posts on subjects completely unrelated to this

3  litigation.   The request seeks an extremely large number of documents and

4  searching for, reviewing, and producing all responsive documents would take an

5  absurd number of man hours.  This request seeks proprietary, confidential, and

6  trade secret information that will not be produced until an adequate protective

7  order is on file in this matter.  This request seeks information Fairfax cannot disclose

8  due to contractual obligations with third parties.

9       Notwithstanding these objections, Fairfax responds as follows: Fairfax is not

10 in possession, custody, or control of responsive documents.

11 **REQUEST NO. 20:**

12      Produce complete and accurate copies of any and all DATA related to

13 Stephen Harlett from January 1, 2011, to the present.

14 **RESPONSE TO REQUEST NO. 20:**

15      No responsive documents are in Fairfax's possession, custody, or control.

16 **REQUEST NO. 21:**

17      Please produce complete and accurate copies of any and all DATA

18 related to  Richard Reyher from January 1, 2011, to the present.

19 **RESPONSE TO REQUEST NO. 21:**

20      Objection.   This request is overbroad, unduly burdensome, and is not

21 proportional to the needs of the case.  This request seeks essentially all information

22 in any form related to Richard Reyher, regardless of whether such information

23 relates to any claim or defense in this matter, and regardless of whether Fairfax is

24 in possession of such information.  Read literally, the request seeks all documents

25 about Richard Reyher created in the past 8 years by anyone anywhere in the

26 world, including third-party social media posts on subjects completely unrelated

27 to this litigation.  The request seeks an extremely large number of documents and

1   searching for, reviewing, and producing all responsive documents would take an
2   absurd number of man hours.  This request seeks proprietary, confidential, and
3   trade secret information that will not be produced until an adequate protective
4   order is on file in this matter.  This request seeks information Fairfax cannot disclose
5   due to contractual obligations with third parties.

6          Notwithstanding these objections, Fairfax responds as follows: Fairfax is not
7   in possession, custody, or control of responsive documents.

8   **REQUEST NO. 22:**

9          Please produce complete and accurate copies of any and all DATA
10  related to Seth Feldman from January 1, 2011, to the present.

11  **RESPONSE TO REQUEST NO. 22:**

12         No responsive documents are in Fairfax's possession, custody, or control.

13  **REQUEST NO. 23:**

14         Please produce complete and accurate copies of any and all DATA
15  related to Devin Wenig from January 1, 2011, to the present.

16  **RESPONSE TO REQUEST NO. 23:**

17         No responsive documents are in Fairfax's possession, custody, or control.

18  **REQUEST NO. 24:**

19         Please produce complete and accurate copies of any and all DATA
20  related to Jakob Carnemark from January 1, 2011, to the present.

21  **RESPONSE TO REQUEST NO. 24:**

22         Objection.  This request is overbroad, unduly burdensome, and is not
23  proportional to the needs of the case.  This request seeks essentially all information
24  in any form related to Jakob Carnemark, regardless of whether such information
25  relates to any claim or defense in this matter, and regardless of whether Fairfax is
26  in possession of such information.  Read literally, the request seeks all documents
27  about Jakob Carnemark created in the past 8 years by anyone anywhere in the

1  world, including third-party social media posts on subjects completely unrelated

2  to this litigation.  The request seeks an extremely large number of documents and

3  searching for, reviewing, and producing all responsive documents would take an

4  absurd number of man hours.  This request seeks proprietary, confidential, and

5  trade secret information that will not be produced until an adequate protective

6  order is on file in this matter.  This request seeks information Fairfax cannot disclose

7  due to contractual obligations with third parties.  This request is an abuse of the

8  discovery process and shows an attempt by Switch to use this litigation to obtain

9  confidential information regarding direct competitors.

10       Notwithstanding these objections, Fairfax responds as follows: Fairfax is not

11  in possession, custody, or control of responsive documents.

12  **REQUEST NO. 25:**

13       Please produce complete and accurate copies of any and all DATA

14  related to Andrew Schaap from January 1, 2011, to the present.

15  **RESPONSE TO REQUEST NO. 25:**

16       Objection.  This request is overbroad, unduly burdensome, and is not

17  proportional to the needs of the case.  This request seeks essentially all information

18  in any form related to Andrew Schaap, regardless of whether such information

19  relates to any claim or defense in this matter, and regardless of whether Fairfax is

20  in possession of such information.  Read literally, the request seeks all documents

21  about Andrew Schaap created in the past 8 years by anyone anywhere in the

22  world, including third-party social media posts on subjects completely unrelated

23  to this litigation.  The request seeks an extremely large number of documents and

24  searching for, reviewing, and producing all responsive documents would take an

25  absurd number of man hours.  This request seeks proprietary, confidential, and

26  trade secret information that will not be produced until an adequate protective

27  order is on file in this matter.  This request seeks information Fairfax cannot disclose

RANDAZZA | LEGAL GROUP

1 due to contractual obligations with third parties.  This request is an abuse of the
2 discovery process and shows an attempt by Switch to use this litigation to obtain
3 confidential information regarding direct competitors.

4   Notwithstanding these objections, Fairfax responds as follows: Fairfax is not
5 in possession, custody, or control of responsive documents.

6 **REQUEST NO. 26:**

7   Please produce complete and accurate copies of any and all DATA
8 related to Stephen Smith from January 1, 2011, to the present.

9 **RESPONSE TO REQUEST NO. 26:**

10   No responsive documents are in Fairfax's possession, custody, or control.

11 **REQUEST NO. 27:**

12   Please produce complete and accurate copies of any and all DATA
13 related to Rajendran Avadaiappan from January 1, 2011, to the present.

14 **RESPONSE TO REQUEST NO. 27:**

15   No responsive documents are in Fairfax's possession, custody, or control.

16 **REQUEST NO. 28:**

17   Please produce complete and accurate copies of any and all video
18 footage, including b-roll footage, YOU received and/or have in YOUR possession,
19 with regard to the ALIGNED videos.

20 **RESPONSE TO REQUEST NO. 28:**

21   Objection.  This request is overbroad, unduly burdensome, and is not
22 proportional to the needs of the case.  This request is vague and ambiguous as to
23 the term "ALIGNED videos" in that it does not identify any potentially responsive
24 videos.  This request thus appears to seek documents pertaining to all videos
25 created by or concerning ALIGNED, regardless of their relevance to any party's
26 claims or defenses or when such videos were created.

27

RANDAZZA | LEGAL GROUP

Notwithstanding these objections, Fairfax responds as follows: The only responsive document is already in Switch's possession and was produced by Switch as Bates No. SWITCH 000044.

**REQUEST NO. 29:**

Please produce complete and accurate copies of any and all payments made to YOU by Aligned, or any Aligned employees.

**RESPONSE TO REQUEST NO. 29:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request is not limited to relevant time period and is not limited in scope to issues relevant to any party's claims or defenses.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 30:**

Please produce complete and accurate copies of any and all communications regarding payments received by MTECHNOLOGY and/or YOU from Aligned or any Aligned employees.

**RESPONSE TO REQUEST NO. 30:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request is not limited to relevant time period and is not limited in scope to issues relevant to any party's claims or defenses.    This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.   This request seeks information Fairfax cannot disclose due to contractual obligations with third parties.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

RANDAZZA | LEGAL GROUP

**REQUEST NO. 31:**

Please produce complete and accurate copies of any and all bank records from 2011 to present in YOUR control reflecting financial transactions with individuals or entities affiliated with Aligned, Aligned Energy, Inertech, eBay, and/or Paypal.

**RESPONSE TO REQUEST NO. 31:**

Objection.  This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request is not limited in scope to any issue relevant to any party's claims or defenses.  This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks personal financial information of individuals unrelated to this litigation that will not be produced.  It is impossible for Fairfax to respond fully to this request, as it seeks records reflecting transactions with individuals or entities "affiliated with" numerous companies, and Fairfax cannot determine all individuals or entities affiliated with them.

Notwithstanding these objections, Fairfax responds as follows: other than eBay marketplace purchases and PayPal payments, Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 32:**

Please produce complete and accurate copies of any and all of YOUR cell phone records evidencing communications with individuals or entities affiliated with Aligned, Aligned Energy, Inertech, eBay, and/or Paypal between yourself and from 2010 to present.

**RESPONSE TO REQUEST NO. 32:**

Objection.  This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request is not limited in scope to any

1  issue relevant to any party's claims or defenses.  This request seeks proprietary,

2  confidential, and trade secret information that will not be produced until an

3  adequate protective order is on file in this matter.  This request seeks personal

4  communication information unrelated to this litigation that will not be produced.

5  It is impossible for Fairfax to respond fully to this request, as it seeks records

6  reflecting transactions with individuals or entities "affiliated with" numerous

7  companies, and Fairfax cannot determine all individuals or entities affiliated with

8  them.

9       Notwithstanding these objections, Fairfax responds as follows: Fairfax is not

10  in possession, custody, or control of responsive documents.

11  **REQUEST NO. 33:**

12       Please produce complete and accurate copies of any and all DATA

13  evidencing Aligned designs created between January 1, 2011, and the present.

14  **RESPONSE TO REQUEST NO. 33:**

15       Objection.  This request is overbroad, unduly burdensome, and is not

16  proportional to the needs of the case.  This request seeks essentially all information

17  in any form related to Aligned designs, regardless of whether such information

18  relates to any claim or defense in this matter, and regardless of whether Fairfax is

19  in possession of such information.  Read literally, the request seeks all documents

20  about Aligned designs created in the past 8 years by anyone anywhere in the

21  world, including third-party social media posts on subjects completely unrelated

22  to this litigation.  This request is vague and ambiguous as to the term "Aligned

23  designs."  The request seeks an extremely large number of documents and

24  searching for, reviewing, and producing all responsive documents would take an

25  absurd number of man hours.  This request seeks proprietary, confidential, and

26  trade secret information that will not be produced until an adequate protective

27  order is on file in this matter.  This request seeks information Fairfax cannot disclose

1   due to contractual obligations with third parties.  This request is an abuse of the

2   discovery process and shows an attempt by Switch to use this litigation to obtain

3   confidential information regarding direct competitors.

4       Notwithstanding these objections, Fairfax responds as follows: Fairfax is not

5   in possession, custody, or control of responsive documents.

6   **REQUEST NO. 34:**

7       Please produce complete and accurate copies of DATA evidencing

8   Aligned Energy designs created between January 1, 2011, and the present.

9   **RESPONSE TO REQUEST NO. 34:**

10       Objection.  This request is overbroad, unduly burdensome, and is not

11   proportional to the needs of the case. This request seeks essentially all information

12   in any form related to Aligned Energy designs, regardless of whether such

13   information relates to any claim or defense in this matter, and regardless of

14   whether Fairfax is in possession of such information.  Read literally, the request

15   seeks all documents about Aligned Energy designs created in the past 8 years by

16   anyone anywhere in the world, including third-party social media posts on

17   subjects completely unrelated to this litigation.  This request is vague and

18   ambiguous as to the term "Aligned Energy designs."  The request seeks an

19   extremely large number of documents and searching for, reviewing, and

20   producing all responsive documents would take an absurd number of man hours.

21   This request seeks proprietary, confidential, and trade secret information that will

22   not be produced until an adequate protective order is on file in this matter.  This

23   request seeks information Fairfax cannot disclose due to contractual obligations

24   with third parties. This request is an abuse of the discovery process and shows an

25   attempt by Switch to use this litigation to obtain confidential information

26   regarding direct competitors.

27

Stephen Fairfax's Responses to Switch's First Set of Requests for Production
2:17-cv-02651-GMN-VCF

RANDAZZA | LEGAL GROUP

1   Notwithstanding these objections, Fairfax responds as follows: Fairfax is not

2   in possession, custody, or control of responsive documents.

3   **REQUEST NO. 35:**

4   Please produce complete and accurate copies of DATA evidencing

5   Inertech designs created between January 1, 2011, and the present.

6   **RESPONSE TO REQUEST NO. 35:**

7   Objection.   This request is overbroad, unduly burdensome, and is not

8   proportional to the needs of the case.  This request seeks essentially all information

9   in any form related to Inertech designs, regardless of whether such information

10  relates to any claim or defense in this matter, and regardless of whether Fairfax is

11  in possession of such information.  Read literally, the request seeks all documents

12  about Inertech designs created in the past 8 years by anyone anywhere in the

13  world, including third-party social media posts on subjects completely unrelated

14  to this litigation.  This request is vague and ambiguous as to the term "Inertech

15  designs."   The request seeks an extremely large number of documents and

16  searching for, reviewing, and producing all responsive documents would take an

17  absurd number of man hours.  This request seeks proprietary, confidential, and

18  trade secret information that will not be produced until an adequate protective

19  order is on file in this matter.  This request seeks information Fairfax cannot disclose

20  due to contractual obligations with third parties.  This request is an abuse of the

21  discovery process and shows an attempt by Switch to use this litigation to obtain

22  confidential information regarding direct competitors.

23  Notwithstanding these objections, Fairfax responds as follows: Fairfax is not

24  in possession, custody, or control of responsive documents.

25  **REQUEST NO. 36:**

26  Please produce complete and accurate copies of DATA evidencing YOUR

27  data center designs created between January 1, 2011, and the present.

RANDAZZA | LEGAL GROUP

**RESPONSE TO REQUEST NO. 36:**

Objection. This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents. Fairfax has never designed a data center.

**REQUEST NO. 37:**

Please produce complete and accurate copies of any and all DATA related to Switch from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 37:**

Objection. This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Switch, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether Fairfax is in possession of such information. Read literally, the request seeks all documents about Switch created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation. The request seeks an extremely large number of documents and searching for, reviewing, and producing all responsive documents would take an absurd number of man hours. This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter. This request seeks information Fairfax cannot disclose due to contractual obligations with third parties. This request is particularly abusive because Switch, by definition, is in possession of the majority of potentially responsive documents and there is no need to burden Fairfax with this overbroad request.

1      Notwithstanding these objections, Fairfax responds as follows: Fairfax is not
2 in possession, custody, or control of responsive documents.
3 **REQUEST NO. 38:**
4      Please produce complete and accurate copies of any and all DATA
5 related to Rob Roy from January 1, 2011, to the present.
6 **RESPONSE TO REQUEST NO. 38:**
7      Objection.   This request is overbroad, unduly burdensome, and is not
8 proportional to the needs of the case.  This request seeks essentially all information
9 in any form related to Rob Roy, regardless of whether such information relates to
10 any claim or defense in this matter, and regardless of whether Fairfax is in
11 possession of such information.   Read literally, the request seeks all documents
12 about Rob Roy created in the past 8 years by anyone anywhere in the world,
13 including third-party social media posts on subjects completely unrelated to this
14 litigation.   The request seeks an extremely large number of documents and
15 searching for, reviewing, and producing all responsive documents would take an
16 absurd number of man hours.  This request seeks proprietary, confidential, and
17 trade secret information that will not be produced until an adequate protective
18 order is on file in this matter. This request seeks information Fairfax cannot disclose
19 due to contractual obligations with third parties.   This request is particularly
20 abusive because Switch, by definition, is in possession of the majority of potentially
21 responsive documents and there is no need to burden Fairfax with this overbroad
22 request.
23      Notwithstanding these objections, Fairfax responds as follows: Fairfax is not
24 in possession, custody, or control of responsive documents.
25 **REQUEST NO. 39:**
26      Please produce all DATA related to your design work for Aligned.
27

Stephen Fairfax's Responses to Switch's First Set of Requests for Production
2:17-cv-02651-GMN-VCF

**RESPONSE TO REQUEST NO. 39:**

Objection. This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request is not limited to any relevant time period and is not limited in scope to issues related to any party's claims or defenses. This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter. This request seeks information Fairfax cannot disclose due to contractual obligations with third parties. This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 40:**

Please produce complete and accurate copies of your analysis of Aligned's designs created between January 1, 2011, and the present.

**RESPONSE TO REQUEST NO. 40:**

Objection. This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter. This request seeks information Fairfax cannot disclose due to contractual obligations with third parties. This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 41:**

Please produce complete and accurate copies of your analysis of Aligned Energy's designs created between January 1, 2011, and the present.

**RESPONSE TO REQUEST NO. 41:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks information Fairfax cannot disclose due to contractual obligations with third parties.  This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 42:**

Please produce complete and accurate copies of your analysis of Inertech's designs created between January 1, 2011, and the present.

**RESPONSE TO REQUEST NO. 42:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks information Fairfax cannot disclose due to contractual obligations with third parties.  This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 43:**

Please produce complete and accurate copies of all collaborations with Aligned regarding Aligned's data center designs created between January 1, 2011, and the present.

**RESPONSE TO REQUEST NO. 43:**

Objection.  This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks information Fairfax cannot disclose due to contractual obligations with third parties.  This request is vague and ambiguous as to the term "collaborations with Aligned regarding Aligned's data center designs."  This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

Notwithstanding these objections, Fairfax responds as follows: Fairfax is not in possession, custody, or control of responsive documents.

**REQUEST NO. 44:**

Please produce all DATA related to your retention as a consultant with Aligned.

**RESPONSE TO REQUEST NO. 44:**

Objection.  This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks information Fairfax cannot disclose due to contractual obligations with third parties.  This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

1  Notwithstanding these objections, Fairfax responds as follows: Fairfax is not
2  in possession, custody, or control of responsive documents.

3  **REQUEST NO. 45:**

4  Please produce complete and accurate copies of all DATA regarding
5  Aligned's data center designs created between January 1, 2011, and the
6  present.

7  **RESPONSE TO REQUEST NO. 45:**

8  Objection.  This request is overbroad, unduly burdensome, and is not
9  proportional to the needs of the case.  This request seeks essentially all information
10  in any form related to Aligned data center designs, regardless of whether such
11  information relates to any claim or defense in this matter, and regardless of
12  whether Fairfax is in possession of such information.  Read literally, the request
13  seeks all documents about Aligned data center designs created in the past 8
14  years by anyone anywhere in the world, including third-party social media posts
15  on subjects completely unrelated to this litigation.  The request seeks an extremely
16  large number of documents and searching for, reviewing, and producing all
17  responsive documents would take an absurd number of man hours.  This request
18  seeks proprietary, confidential, and trade secret information that will not be
19  produced until an adequate protective order is on file in this matter.  This request
20  seeks information Fairfax cannot disclose due to contractual obligations with third
21  parties.  This request is an abuse of the discovery process and shows an attempt
22  by Switch to use this litigation to obtain confidential information regarding direct
23  competitors.

24  Notwithstanding these objections, Fairfax responds as follows: Fairfax is not
25  in possession, custody, or control of responsive documents.

26

27

RANDAZZA | LEGAL GROUP

Dated: June 27, 2019.

Respectfully submitted,

/s/ Ronald D. Green

Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89147

Attorneys for Defendants
Stephen Fairfax and MTechnology

1      Case No. 2:17-cv-02651-GMN-VCF

2      **CERTIFICATE OF SERVICE**

3      I HEREBY CERTIFY that on this 27th day of June 2019, I served the foregoing

4      document upon counsel for the Plaintiff Switch, Ltd., listed below, via electronic

5      mail and U.S. Mail:

6
7                          Anne-Marie Birk
                           Sam Castor
8                          **Switch, LTD.**
                           <abirk@switch.com>
9                          <sam@switch.com>
                           7135 S. Decatur Blvd.
10                         Las Vegas, NV 89118

11                         F. Christopher Austin, Esq.
12                         **WEIDE & MILLER, LTD.**
                           10655 Park Run Drive, Suite 100
13                         Las Vegas, Nevada 89144
                           <caustin@weidemiller.com>
14
                           Attorneys for Plaintiff
15                         Switch, Ltd.

16

17                         Respectfully Submitted,

18                         /s/ Heather Ebert
19                         Employee,
                           Randazza Legal Group, PLLC

20

21

22

23

24

25

26

27

Stephen Fairfax's Responses to Switch's First Set of Requests for Production
2:17-cv-02651-GMN-VCF

1  Marc J. Randazza (NV Bar No. 12265)
2  Ronald D. Green (NV Bar No. 7360)
   Alex J. Shepard (NV Bar No. 13582)
3  **RANDAZZA LEGAL GROUP, PLLC**
   2764 Lake Sahara Drive, Suite 109
4  Las Vegas, NV 89117
   Telephone: 702-420-2001
5  ecf@randazza.com
6  Attorneys for Defendants
7  Stephen Fairfax and MTechnology

8                    **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**
10
   SWITCH, LTD.,                            Case No.: 2:17-cv-02651-GMN-VCF
11 a Nevada limited liability company,
12          Plaintiff,                       **DEFENDANT MTECHNOLOGY'S
                                             RESPONSES AND OBJECTIONS TO
13     vs.                                   PLAINTIFF'S FIRST SET OF REQUESTS
                                             FOR PRODUCTION OF DOCUMENTS**
14
   STEPHEN FAIRFAX; MTECHNOLOGY;
15 DOES 1 through 10; and ROE ENTITIES 11
   through 20, inclusive,
16
17          Defendants.
18
19        Defendant MTechnology, Inc. ("MTech") hereby submits its Responses and
20 Objections to Plaintiff's First Set of Requests for Production of Documents pursuant
21 to Federal Rules of Civil Procedure Rules 26 and 34.
22        These responses are made solely for the purpose of, and in relation to, this
23 action.  Each response is given subject to all appropriate objections (including
24 but not limited to objections concerning competency, relevancy, materiality,
25 propriety, and admissibility), which would require the exclusion of any statement
26 contained herein if the request were asked of, or any statement contained herein
27

1  was made by, a witness present and testifying in court.  All such objections and
2  grounds therefore are reserved and may be interposed at the time of trial.

3     Except for facts explicitly admitted herein, no admission of any nature
4  whatsoever is to be implied or inferred.  The fact that any request herein has been
5  responded upon should not be taken as an admission, or a concession, of the
6  existence of any facts set forth or assumed by such request, or that such response
7  constitutes evidence of any fact thus set forth or assumed.  All responses must be
8  construed as given on the basis of present recollection.

9                              **GENERAL OBJECTIONS**

10     1.     MTech objects to the subject requests to the extent that they request
11  the disclosure of information protected by the attorney-client privilege, the work-
12  product doctrine, or any other recognized privilege or immunity.

13     2.     MTech objects to the subject requests to the extent that they are not
14  reasonably calculated to lead to the discovery of admissible evidence.  The
15  providing of documents in response to any request is not to be deemed or
16  construed as an admission by MTech that the information is in fact relevant to this
17  action.

18     3.     MTech objects to the subject requests to the extent that they call for
19  the production of documents not in the possession, custody, or control of MTech.

20     4.     To the extent words or phrases used in the requests are vague,
21  ambiguous, or otherwise overbroad, MTech shall respond in a manner in which
22  they believe, in good faith, to be requested thereby.

23     5.     MTech states that discovery in this matter is continuing and ongoing
24  and that it is possible that additional information responsive to the requests will be
25  identified subsequent to the date of this response.

26     6.     All responses made herein are based upon the best knowledge,
27  information and belief held by MTech at the time of the response.

7.      MTech objects to the Definitions to the extent they conflict with the definitions applicable in the Federal Rules of Civil Procedure and/or Local Civil Rule 26.

8.      MTech objects to the Instructions to the extent they impose any obligation beyond that required by the Federal Rules of Civil Procedure or the Local Rules of this Court.

9.      MTech objects to the requests to the extent they encompass documents subject to attorney-client privilege created subsequent to the initiation of this litigation and will neither produce nor create a privilege log as to same.

10.     MTech incorporates these General Objections into each and every specific response as if fully set forth therein.

Subject to and without waiving the foregoing General Objections, MTech specifically responds to each numbered Request as follows:

## RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

Please produce complete and accurate copies of any and all DATA regarding MTECHNOLOGY and Aligned from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 1:**

Objection.  This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request seeks essentially all information in any form related to MTech and Aligned, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether MTech is in possession of such information.  Read literally, the request seeks all documents about either entity created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation.  The request seeks an extremely large number of documents and

RANDAZZA | LEGAL GROUP

1  searching for, reviewing, and producing all responsive documents would take an
2  absurd number of man hours.  This request seeks proprietary, confidential, and
3  trade secret information that will not be produced until an adequate protective
4  order is on file in this matter.  This request seeks information MTech cannot disclose
5  due to contractual obligations with third parties.  This request is an abuse of the
6  discovery process and shows an attempt by Switch to use this litigation to obtain
7  confidential information regarding direct competitors.

8  **REQUEST NO. 2:**

9      Please produce complete and accurate copies of all agreements
10  between MTECHNOLOGY and Aligned.

11  **RESPONSE TO REQUEST NO. 2:**

12      Objection.  This request is overbroad, unduly burdensome, and is not
13  proportional to the needs of the case.  This request is not limited to information
14  related to the parties' claims or defenses and is not limited to any relevant time
15  period.  This request seeks proprietary, confidential, and trade secret information
16  that will not be produced until an adequate protective order is on file in this
17  matter.  This request seeks information MTech cannot disclose due to contractual
18  obligations with third parties.

19  **REQUEST NO. 3:**

20      Please produce complete and accurate copies of all agreements
21  between FAIRFAX and Aligned.

22  **RESPONSE TO REQUEST NO. 3:**

23      No responsive documents are in MTech's custody, possession, or control.

24  **REQUEST NO. 4:**

25      Please produce complete and accurate copies of any and all DATA
26  related to Aligned Energy from January 1, 2011, to the present.

27

RANDAZZA | LEGAL GROUP

1  **RESPONSE TO REQUEST NO. 4:**

2       Objection.  This request is overbroad, unduly burdensome, and is not
3  proportional to the needs of the case. This request seeks essentially all information
4  in any form related to Aligned Energy, regardless of whether such information
5  relates to any claim or defense in this matter, and regardless of whether MTech is
6  in possession of such information.  Read literally, the request seeks all documents
7  about Aligned Energy created in the past 8 years by anyone anywhere in the
8  world, including third-party social media posts on subjects completely unrelated
9  to this litigation. The request seeks an extremely large number of documents and
10 searching for, reviewing, and producing all responsive documents would take an
11 absurd number of man hours.  This request seeks proprietary, confidential, and
12 trade secret information that will not be produced until an adequate protective
13 order is on file in this matter. This request seeks information MTech cannot disclose
14 due to contractual obligations with third parties.  This request is an abuse of the
15 discovery process and shows an attempt by Switch to use this litigation to obtain
16 confidential information regarding direct competitors.

17 **REQUEST NO. 5:**

18      Please produce complete and accurate copies of any and all DATA
19 related to Inertech from January 1, 2011 to the present.

20 **RESPONSE TO REQUEST NO. 5:**

21      Objection.  This request is overbroad, unduly burdensome, and is not
22 proportional to the needs of the case. This request seeks essentially all information
23 in any form related to Inertech, regardless of whether such information relates to
24 any claim or defense in this matter, and regardless of whether MTech is in
25 possession of such information.  Read literally, the request seeks all documents
26 about Inertech created in the past 8 years by anyone anywhere in the world,
27 including third-party social media posts on subjects completely unrelated to this

RANDAZZA | LEGAL GROUP

1  litigation.   The request seeks an extremely large number of documents and
2  searching for, reviewing, and producing all responsive documents would take an
3  absurd number of man hours.  This request seeks proprietary, confidential, and
4  trade secret information that will not be produced until an adequate protective
5  order is on file in this matter.  This request seeks information MTech cannot disclose
6  due to contractual obligations with third parties.  This request is an abuse of the
7  discovery process and shows an attempt by Switch to use this litigation to obtain
8  confidential information regarding direct competitors.

9  **REQUEST NO. 6:**

10      Please produce complete and accurate copies of any and all DATA
11  related to Uber from January 1, 2011, to the present.

12  **RESPONSE TO REQUEST NO. 6:**

13      Objection.   This request is overbroad, unduly burdensome, and is not
14  proportional to the needs of the case. This request seeks essentially all information
15  in any form related to Uber, regardless of whether such information relates to any
16  claim or defense in this matter, and regardless of whether MTech is in possession
17  of such information.  Read literally, the request seeks all documents about Uber
18  created in the past 8 years by anyone anywhere in the world, including third-party
19  social media posts on subjects completely unrelated to this litigation. The request
20  seeks an extremely large number of documents and searching for, reviewing, and
21  producing all responsive documents would take an absurd number of man hours.
22  This request seeks proprietary, confidential, and trade secret information that will
23  not be produced until an adequate protective order is on file in this matter.  This
24  request seeks personal ride share information of individuals unrelated to this
25  litigation that will not be produced.  This request seeks information MTech cannot
26  disclose due to contractual obligations with third parties.

27

RANDAZZA | LEGAL GROUP

**REQUEST NO. 7:**

Please produce complete and accurate copies of any and all DATA related to eBay from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 7:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to eBay, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether MTech is in possession of such information.   Read literally, the request seeks all documents about eBay created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation.  The request seeks an extremely large number of documents and searching for, reviewing, and producing all responsive documents would take an absurd number of man hours. This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter.  This request seeks personal purchasing information of individuals unrelated to this litigation that will not be produced.  This request seeks information MTech cannot disclose due to contractual obligations with third parties.

**REQUEST NO. 8:**

Please produce complete and accurate copies of any and all DATA related to PayPal from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 8:**

Objection.   This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Paypal, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether MTech is in possession of such information.  Read literally, the request seeks all documents

RANDAZZA | LEGAL GROUP

1  about Paypal created in the past 8 years by anyone anywhere in the world,
2  including third-party social media posts on subjects completely unrelated to this
3  litigation.   The request seeks an extremely large number of documents and
4  searching for, reviewing, and producing all responsive documents would take an
5  absurd number of man hours.  This request seeks personal financial information of
6  individuals unrelated to this litigation that will not be produced.

7  **REQUEST NO. 9:**

8      Please produce complete and accurate copies of any and all DATA
9  related to Theresa Gardner from January 1, 2011, to the present.

10 **RESPONSE TO REQUEST NO. 9:**

11      No responsive documents are in MTech's possession, custody, or control.

12 **REQUEST NO. 10:**

13      Please produce complete and accurate copies of any and all DATA
14 related to Mark Bauer from January 1, 2011, to the present.

15 **RESPONSE TO REQUEST NO. 10:**

16      Objection.   This request is overbroad, unduly burdensome, and is not
17 proportional to the needs of the case. This request seeks essentially all information
18 in any form related to Mark Bauer, regardless of whether such information relates
19 to any claim or defense in this matter, and regardless of whether MTech is in
20 possession of such information.  Read literally, the request seeks all documents
21 about Mark Bauer created in the past 8 years by anyone anywhere in the world,
22 including third-party social media posts on subjects completely unrelated to this
23 litigation.   The request seeks an extremely large number of documents and
24 searching for, reviewing, and producing all responsive documents would take an
25 absurd number of man hours.  This request seeks proprietary, confidential, and
26 trade secret information that will not be produced until an adequate protective
27

1  order is on file in this matter.  This request seeks information MTech cannot disclose
2  due to contractual obligations with third parties.

3  **REQUEST NO. 11:**

4       Please produce complete and accurate copies of any and all DATA
5  related to Carter Robinson from January 1, 2011, to the present.

6  **RESPONSE TO REQUEST NO. 11:**

7       No responsive documents are in MTech's possession, custody, or control.

8  **REQUEST NO. 12:**

9       Please produce complete and accurate copies of any all DATA related to
10 Marew Klokkenja from January 1, 2011, to the present.

11 **RESPONSE TO REQUEST NO. 12:**

12      No responsive documents are in MTech's possession, custody, or control.

13 **REQUEST NO. 13:**

14      Please produce complete and accurate copies of any and all DATA
15 related to Bret Davis from January 1, 2011, to the present.

16 **RESPONSE TO REQUEST NO. 13:**

17      No responsive documents are in MTech's possession, custody, or control.

18 **REQUEST NO. 14:**

19      Please produce complete and accurate copies of any and all DATA
20 related to Mike Lewis from January 1, 2011, to the present.

21 **RESPONSE TO REQUEST NO. 14:**

22      Objection.   This request is overbroad, unduly burdensome, and is not
23 proportional to the needs of the case. This request seeks essentially all information
24 in any form related to Mike Lewis, regardless of whether such information relates
25 to any claim or defense in this matter, and regardless of whether MTech is in
26 possession of such information.  Read literally, the request seeks all documents
27 about Mike Lewis created in the past 8 years by anyone anywhere in the world,

RANDAZZA | LEGAL GROUP

1  including third-party social media posts on subjects completely unrelated to this
2  litigation.    The request seeks an extremely large number of documents and
3  searching for, reviewing, and producing all responsive documents would take an
4  absurd number of man hours.  This request seeks proprietary, confidential, and
5  trade secret information that will not be produced until an adequate protective
6  order is on file in this matter. This request seeks information MTech cannot disclose
7  due to contractual obligations with third parties.

8  **REQUEST NO. 15:**

9      Please produce complete and accurate copies of any and all DATA
10  related to Dean Nelson from January 1, 2011, to the present.

11  **RESPONSE TO REQUEST NO. 15:**

12      Objection.   This request is overbroad, unduly burdensome, and is not
13  proportional to the needs of the case. This request seeks essentially all information
14  in any form related to Dean Nelson, regardless of whether such information relates
15  to any claim or defense in this matter, and regardless of whether MTech is in
16  possession of such information.   Read literally, the request seeks all documents
17  about Dean Nelson created in the past 8 years by anyone anywhere in the world,
18  including third-party social media posts on subjects completely unrelated to this
19  litigation.    The request seeks an extremely large number of documents and
20  searching for, reviewing, and producing all responsive documents would take an
21  absurd number of man hours.  This request seeks proprietary, confidential, and
22  trade secret information that will not be produced until an adequate protective
23  order is on file in this matter. This request seeks information MTech cannot disclose
24  due to contractual obligations with third parties.

25  **REQUEST NO. 16:**

26      Please produce complete and accurate copies of any and all DATA
27  related to Mazen Rawashdeh from January 1, 2011, to the present.

RANDAZZA | LEGAL GROUP

**RESPONSE TO REQUEST NO. 16:**

No responsive documents are in MTech's possession, custody, or control.

**REQUEST NO. 17:**

Please produce complete and accurate copies of any and all DATA related to Thomas Price from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 17:**

No responsive documents are in MTech's possession, custody, or control.

**REQUEST NO. 18:**

Please produce complete and accurate copies of any and all DATA related to Paul Santana from January 1, 2011, to the present.

**RESPONSE TO REQUEST NO. 18:**

Objection.  This request is overbroad, unduly burdensome, and is not proportional to the needs of the case.  This request seeks essentially all information in any form related to Paul Santana, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether MTech is in possession of such information.  Read literally, the request seeks all documents about Paul Santana created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation.  The request seeks an extremely large number of documents and searching for, reviewing, and producing all responsive documents would take an absurd number of man hours.  This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter. This request seeks information MTech cannot disclose due to contractual obligations with third parties.

**REQUEST NO. 19:**

Produce complete and accurate copies of any and all DATA related to Stephen Harlett from January 1, 2011, to the present.

1  **RESPONSE TO REQUEST NO. 19:**

2      No responsive documents are in MTech's possession, custody, or control.

3  **REQUEST NO. 20:**

4      Please produce complete and accurate copies of any and all DATA

5  related to Richard Reyher from January 1, 2011, to the present.

6  **RESPONSE TO REQUEST NO. 20:**

7      Objection.  This request is overbroad, unduly burdensome, and is not

8  proportional to the needs of the case. This request seeks essentially all information

9  in any form related to Richard Reyher, regardless of whether such information

10 relates to any claim or defense in this matter, and regardless of whether MTech is

11 in possession of such information.  Read literally, the request seeks all documents

12 about Richard Reyher created in the past 8 years by anyone anywhere in the

13 world, including third-party social media posts on subjects completely unrelated

14 to this litigation.  The request seeks an extremely large number of documents and

15 searching for, reviewing, and producing all responsive documents would take an

16 absurd number of man hours.  This request seeks proprietary, confidential, and

17 trade secret information that will not be produced until an adequate protective

18 order is on file in this matter. This request seeks information MTech cannot disclose

19 due to contractual obligations with third parties.

20 **REQUEST NO. 21:**

21     Please produce complete and accurate copies of any and all DATA

22 related to Seth Feldman from January 1, 2011, to the present.

23 **RESPONSE TO REQUEST NO. 21:**

24     No responsive documents are in MTech's possession, custody, or control.

25 **REQUEST NO. 22:**

26     Please produce complete and accurate copies of any and all DATA

27 related to Devin Wenig from January 1, 2011, to the present.

1 **RESPONSE TO REQUEST NO. 22:**

2       No responsive documents are in MTech's possession, custody, or control.

3 **REQUEST NO. 23:**

4       Please produce complete and accurate copies of any and all DATA

5 related to Jakob Carnemark from January 1, 2011, to the present.

6 **RESPONSE TO REQUEST NO. 23:**

7       Objection.   This request is overbroad, unduly burdensome, and is not

8 proportional to the needs of the case.  This request seeks essentially all information

9 in any form related to Jakob Carnemark, regardless of whether such information

10 relates to any claim or defense in this matter, and regardless of whether MTech is

11 in possession of such information.  Read literally, the request seeks all documents

12 about Jakob Carnemark created in the past 8 years by anyone anywhere in the

13 world, including third-party social media posts on subjects completely unrelated

14 to this litigation.  The request seeks an extremely large number of documents and

15 searching for, reviewing, and producing all responsive documents would take an

16 absurd number of man hours.  This request seeks proprietary, confidential, and

17 trade secret information that will not be produced until an adequate protective

18 order is on file in this matter.  This request seeks information MTech cannot disclose

19 due to contractual obligations with third parties.  This request is an abuse of the

20 discovery process and shows an attempt by Switch to use this litigation to obtain

21 confidential information regarding direct competitors.

22 **REQUEST NO. 24:**

23       Please produce complete and accurate copies of any and all DATA

24 related to Andrew Schaap from January 1, 2011, to the present.

25 **RESPONSE TO REQUEST NO. 24:**

26       Objection.   This request is overbroad, unduly burdensome, and is not

27 proportional to the needs of the case.  This request seeks essentially all information

RANDAZZA | LEGAL GROUP

1  in any form related to Andrew Schaap, regardless of whether such information
2  relates to any claim or defense in this matter, and regardless of whether MTech is
3  in possession of such information.  Read literally, the request seeks all documents
4  about Andrew Schaap created in the past 8 years by anyone anywhere in the
5  world, including third-party social media posts on subjects completely unrelated
6  to this litigation. The request seeks an extremely large number of documents and
7  searching for, reviewing, and producing all responsive documents would take an
8  absurd number of man hours.  This request seeks proprietary, confidential, and
9  trade secret information that will not be produced until an adequate protective
10  order is on file in this matter. This request seeks information MTech cannot disclose
11  due to contractual obligations with third parties. This request is an abuse of the
12  discovery process and shows an attempt by Switch to use this litigation to obtain
13  confidential information regarding direct competitors.

14  **REQUEST NO. 25:**

15      Please produce complete and accurate copies of any and all DATA
16  related to Stephen Smith from January 1, 2011, to the present.

17  **RESPONSE TO REQUEST NO. 25:**

18      No responsive documents are in MTech's possession, custody, or control.

19  **REQUEST NO. 26:**

20      Please produce complete and accurate copies of any and all DATA
21  related to Rajendran Avadaiappan from January 1, 2011, to the present.

22  **RESPONSE TO REQUEST NO. 26:**

23      No responsive documents are in MTech's possession, custody, or control.

24  **REQUEST NO. 27:**

25      Please produce complete and accurate copies of any and all video
26  footage, including b-roll footage, YOU received and/or have in YOUR possession,
27  with regard to the ALIGNED videos.

1 | **RESPONSE TO REQUEST NO. 27:**

2 |     Objection.  This request is overbroad, unduly burdensome, and is not

3 | proportional to the needs of the case.  This request is vague and ambiguous as to

4 | the term "ALIGNED videos" in that it does not identify any potentially responsive

5 | videos.  This request thus appears to seek documents pertaining to all videos

6 | created by or concerning ALIGNED, regardless of their relevance to any party's

7 | claims or defenses or when such videos were created.

8 |     Notwithstanding these objections, MTech responds as follows: The only

9 | responsive document is in Switch's possession and was produced to MTech as

10 | Bates No. SWITCH 000044.

11 | **REQUEST NO. 28:**

12 |     Please produce complete and accurate copies of any and all payments

13 | made to YOU and/or FAIRFAX by Aligned or any Aligned employees.

14 | **RESPONSE TO REQUEST NO. 28:**

15 |     Objection.  This request is overbroad, unduly burdensome, and is not

16 | proportional to the needs of the case.  This request is not limited to relevant time

17 | period and is not limited in scope to issues relevant to any party's claims or

18 | defenses.

19 |     Notwithstanding these objections, MTech responds as follows: Fairfax is not

20 | in possession, custody, or control of responsive documents.

21 | **REQUEST NO. 29:**

22 |     Please produce complete and accurate copies of any and all

23 | communications regarding payments received by YOU and/or FAIRFAX from

24 | Aligned or any Aligned employees.

25 | **RESPONSE TO REQUEST NO. 29:**

26 |     Objection.  This request is overbroad, unduly burdensome, and is not

27 | proportional to the needs of the case.  This request is not limited to relevant time

RANDAZZA | LEGAL GROUP

1  period and is not limited in scope to issues relevant to any party's claims or
2  defenses.   This request seeks proprietary, confidential, and trade secret
3  information that will not be produced until an adequate protective order is on file
4  in this matter.   This request seeks information MTech cannot disclose due to
5  contractual obligations with third parties.

6  Notwithstanding these objections, MTech responds as follows: Fairfax is not
7  in possession, custody, or control of responsive documents.

8  **REQUEST NO. 30:**

9  Please produce complete and accurate copies of any and all bank
10 records from 2011 to present in YOUR control reflecting financial transactions with
11 individuals or entities affiliated with Aligned, Aligned Energy, Inertech, eBay,
12 and/or Paypal.

13 **RESPONSE TO REQUEST NO. 30:**

14 Objection.   This request is overbroad, unduly burdensome, and is not
15 proportional to the needs of the case.  This request is not limited in scope to any
16 issue relevant to any party's claims or defenses.  This request seeks proprietary,
17 confidential, and trade secret information that will not be produced until an
18 adequate protective order is on file in this matter.  This request seeks personal
19 financial information of individuals unrelated to this litigation that will not be
20 produced.  It is impossible for MTech to respond fully to this request, as it seeks
21 records reflecting transactions with individuals or entities "affiliated with"
22 numerous companies, and MTech cannot determine all individuals or entities
23 affiliated with them.

24 Notwithstanding these objections, MTech responds as follows: MTech is not
25 in possession, custody, or control of responsive documents.

26

27

RANDAZZA | LEGAL GROUP

**REQUEST NO. 31:**

Please produce complete and accurate copies of any and all DATA evidencing Aligned designs created between January 1, 2011, and the present.

**RESPONSE TO REQUEST NO. 31:**

Objection. This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Aligned designs, regardless of whether such information relates to any claim or defense in this matter, and regardless of whether MTech is in possession of such information. Read literally, the request seeks all documents about Aligned designs created in the past 8 years by anyone anywhere in the world, including third-party social media posts on subjects completely unrelated to this litigation. This request is vague and ambiguous as to the term "Aligned designs." The request seeks an extremely large number of documents and searching for, reviewing, and producing all responsive documents would take an absurd number of man hours. This request seeks proprietary, confidential, and trade secret information that will not be produced until an adequate protective order is on file in this matter. This request seeks information MTech cannot disclose due to contractual obligations with third parties. This request is an abuse of the discovery process and shows an attempt by Switch to use this litigation to obtain confidential information regarding direct competitors.

**REQUEST NO. 32:**

Please produce complete and accurate copies of DATA evidencing Aligned Energy designs created between January 1, 2011, and the present.

**RESPONSE TO REQUEST NO. 32:**

Objection. This request is overbroad, unduly burdensome, and is not proportional to the needs of the case. This request seeks essentially all information in any form related to Aligned Energy designs, regardless of whether such

RANDAZZA | LEGAL GROUP

1  information relates to any claim or defense in this matter, and regardless of
2  whether MTech is in possession of such information.  Read literally, the request
3  seeks all documents about Aligned Energy designs created in the past 8 years by
4  anyone anywhere in the world, including third-party social media posts on
5  subjects completely unrelated to this litigation.  This request is vague and
6  ambiguous as to the term "Aligned Energy designs."  The request seeks an
7  extremely large number of documents and searching for, reviewing, and
8  producing all responsive documents would take an absurd number of man hours.
9  This request seeks proprietary, confidential, and trade secret information that will
10 not be produced until an adequate protective order is on file in this matter.  This
11 request seeks information MTech cannot disclose due to contractual obligations
12 with third parties. This request is an abuse of the discovery process and shows an
13 attempt by Switch to use this litigation to obtain confidential information
14 regarding direct competitors.

15 **REQUEST NO. 33:**

16     Please produce complete and accurate copies of DATA evidencing
17 Inertech designs created between January 1, 2011, and the present.

18 **RESPONSE TO REQUEST NO. 33:**

19     Objection.  This request is overbroad, unduly burdensome, and is not
20 proportional to the needs of the case. This request seeks essentially all information
21 in any form related to Inertech designs, regardless of whether such information
22 relates to any claim or defense in this matter, and regardless of whether MTech is
23 in possession of such information.  Read literally, the request seeks all documents
24 about Inertech designs created in the past 8 years by anyone anywhere in the
25 world, including third-party social media posts on subjects completely unrelated
26 to this litigation.  This request is vague and ambiguous as to the term "Inertech
27 designs."  The request seeks an extremely large number of documents and

1  searching for, reviewing, and producing all responsive documents would take an
2  absurd number of man hours.  This request seeks proprietary, confidential, and
3  trade secret information that will not be produced until an adequate protective
4  order is on file in this matter.  This request seeks information MTech cannot disclose
5  due to contractual obligations with third parties.  This request is an abuse of the
6  discovery process and shows an attempt by Switch to use this litigation to obtain
7  confidential information regarding direct competitors.

8  **REQUEST NO. 34:**

9       Please produce complete and accurate copies of any and all DATA
10  related to Switch from January 1, 2011, to the present.

11  **RESPONSE TO REQUEST NO. 34:**

12       Objection.  This request is overbroad, unduly burdensome, and is not
13  proportional to the needs of the case. This request seeks essentially all information
14  in any form related to Switch, regardless of whether such information relates to
15  any claim or defense in this matter, and regardless of whether MTech is in
16  possession of such information.  Read literally, the request seeks all documents
17  about Switch created in the past 8 years by anyone anywhere in the world,
18  including third-party social media posts on subjects completely unrelated to this
19  litigation.   The request seeks an extremely large number of documents and
20  searching for, reviewing, and producing all responsive documents would take an
21  absurd number of man hours.  This request seeks proprietary, confidential, and
22  trade secret information that will not be produced until an adequate protective
23  order is on file in this matter. This request seeks information MTech cannot disclose
24  due to contractual obligations with third parties.   This request is particularly
25  abusive because Switch, by definition, is in possession of the majority of potentially
26  responsive documents and there is no need to burden MTech with this overbroad
27  request.

RANDAZZA | LEGAL GROUP

1  **REQUEST NO. 35:**

2      Please produce complete and accurate copies of any and all DATA

3  related to Rob Roy from January 1, 2011, to the present.

4  **RESPONSE TO REQUEST NO. 35:**

5      Objection.  This request is overbroad, unduly burdensome, and is not

6  proportional to the needs of the case. This request seeks essentially all information

7  in any form related to Rob Roy, regardless of whether such information relates to

8  any claim or defense in this matter, and regardless of whether MTech is in

9  possession of such information.  Read literally, the request seeks all documents

10 about Rob Roy created in the past 8 years by anyone anywhere in the world,

11 including third-party social media posts on subjects completely unrelated to this

12 litigation.  The request seeks an extremely large number of documents and

13 searching for, reviewing, and producing all responsive documents would take an

14 absurd number of man hours.  This request seeks proprietary, confidential, and

15 trade secret information that will not be produced until an adequate protective

16 order is on file in this matter. This request seeks information MTech cannot disclose

17 due to contractual obligations with third parties.  This request is particularly

18 abusive because Switch, by definition, is in possession of the majority of potentially

19 responsive documents and there is no need to burden MTech with this overbroad

20 request.

21 **REQUEST NO. 36:**

22      Please produce all DATA related to your design work for Aligned.

23 **RESPONSE TO REQUEST NO. 36:**

24     Objection.  This request is overbroad, unduly burdensome, and is not

25 proportional to the needs of the case.  This request is not limited to any relevant

26 time period and is not limited in scope to issues related to any party's claims or

27 defenses.  This request seeks proprietary, confidential, and trade secret

RANDAZZA | LEGAL GROUP

1   information that will not be produced until an adequate protective order is on file
2   in this matter.   This request seeks information MTech cannot disclose due to
3   contractual obligations with third parties. This request is an abuse of the discovery
4   process and shows an attempt by Switch to use this litigation to obtain
5   confidential information regarding direct competitors.

6          Notwithstanding these objections, MTech responds as follows: MTech is not
7   in possession, custody, or control of responsive documents.

8   **REQUEST NO. 37:**

9          Please produce complete and accurate copies of your analysis of
10  Aligned's designs created between January 1, 2011, and the present.

11  **RESPONSE TO REQUEST NO. 37:**

12         Objection.   This request is overbroad, unduly burdensome, and is not
13  proportional to the needs of the case. This request seeks proprietary, confidential,
14  and trade secret information that will not be produced until an adequate
15  protective order is on file in this matter.   This request seeks information MTech
16  cannot disclose due to contractual obligations with third parties.  This request is
17  an abuse of the discovery process and shows an attempt by Switch to use this
18  litigation to obtain confidential information regarding direct competitors.

19  **REQUEST NO. 38:**

20         Please produce complete and accurate copies of your analysis of Aligned
21  Energy's designs created between January 1, 2011, and the present.

22  **RESPONSE TO REQUEST NO. 38:**

23         Objection.   This request is overbroad, unduly burdensome, and is not
24  proportional to the needs of the case. This request seeks proprietary, confidential,
25  and trade secret information that will not be produced until an adequate
26  protective order is on file in this matter.   This request seeks information MTech
27  cannot disclose due to contractual obligations with third parties.  This request is

RANDAZZA | LEGAL GROUP

1 an abuse of the discovery process and shows an attempt by Switch to use this
2 litigation to obtain confidential information regarding direct competitors.

3 **REQUEST NO. 39:**

4   Please produce complete and accurate copies of your analysis of
5 Inertech's designs created between January 1, 2011, and the present.

6 **RESPONSE TO REQUEST NO. 39:**

7   Objection.  This request is overbroad, unduly burdensome, and is not
8 proportional to the needs of the case. This request seeks proprietary, confidential,
9 and trade secret information that will not be produced until an adequate
10 protective order is on file in this matter.  This request seeks information MTech
11 cannot disclose due to contractual obligations with third parties.  This request is
12 an abuse of the discovery process and shows an attempt by Switch to use this
13 litigation to obtain confidential information regarding direct competitors.

14 **REQUEST NO. 40:**

15   Please produce complete and accurate copies of all collaborations with
16 Aligned regarding Aligned's data center designs created between January 1,
17 2011, and the present.

18 **RESPONSE TO REQUEST NO. 40:**

19   Objection.  This request is overbroad, unduly burdensome, and is not
20 proportional to the needs of the case. This request seeks proprietary, confidential,
21 and trade secret information that will not be produced until an adequate
22 protective order is on file in this matter.  This request seeks information MTech
23 cannot disclose due to contractual obligations with third parties.  This request is
24 vague and ambiguous as to the term "collaborations with Aligned regarding
25 Aligned's data center designs."  This request is an abuse of the discovery process
26 and shows an attempt by Switch to use this litigation to obtain confidential
27 information regarding direct competitors.

1  **REQUEST NO. 41:**

2      Please produce all DATA related to your and/or FAIRFAX's retention as a
3  consultant with Aligned.

4  **RESPONSE TO REQUEST NO. 41:**

5      Objection.  This request is overbroad, unduly burdensome, and is not
6  proportional to the needs of the case. This request seeks proprietary, confidential,
7  and trade secret information that will not be produced until an adequate
8  protective order is on file in this matter.  This request seeks information MTech
9  cannot disclose due to contractual obligations with third parties.  This request is
10 an abuse of the discovery process and shows an attempt by Switch to use this
11 litigation to obtain confidential information regarding direct competitors.

12     Notwithstanding these objections, MTech responds as follows: Fairfax is not
13 in possession, custody, or control of responsive documents.

14 **REQUEST NO. 42:**

15     Please produce complete and accurate copies of all DATA regarding
16 Aligned's data center designs created between January 1, 2011, and the
17 present.

18 **RESPONSE TO REQUEST NO. 42:**

19     Objection.  This request is overbroad, unduly burdensome, and is not
20 proportional to the needs of the case. This request seeks essentially all information
21 in any form related to Aligned data center designs, regardless of whether such
22 information relates to any claim or defense in this matter, and regardless of
23 whether MTech is in possession of such information.  Read literally, the request
24 seeks all documents about Aligned data center designs created in the past 8
25 years by anyone anywhere in the world, including third-party social media posts
26 on subjects completely unrelated to this litigation. The request seeks an extremely
27 large number of documents and searching for, reviewing, and producing all

RANDAZZA | LEGAL GROUP

1   responsive documents would take an absurd number of man hours.  This request

2   seeks proprietary, confidential, and trade secret information that will not be

3   produced until an adequate protective order is on file in this matter.  This request

4   seeks information MTech cannot disclose due to contractual obligations with third

5   parties.  This request is an abuse of the discovery process and shows an attempt

6   by Switch to use this litigation to obtain confidential information regarding direct

7   competitors.

8

9   Dated: June 27, 2019.                    Respectfully submitted,

10                                            /s/ Ronald D. Green

11                                            Marc J. Randazza (NV Bar No. 12265)
                                             Ronald D. Green (NV Bar No. 7360)
12                                           Alex J. Shepard (NV Bar No. 13582)
                                             RANDAZZA LEGAL GROUP, PLLC
13                                           2764 Lake Sahara Drive, Suite 109
                                             Las Vegas, Nevada 89147
14
                                             Attorneys for Defendants
15                                           Stephen Fairfax and MTechnology

16

17

18

19

20

21

22

23

24

25

26

27

- 24 -
MTechnology's Responses to Switch's First Set of Requests for Production
2:17-cv-02651-GMN-VCF

RANDAZZA | LEGAL GROUP

Case No. 2:17-cv-02651-GMN-VCF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June 2019, I served the foregoing document upon counsel for the Plaintiff Switch, Ltd., listed below, via electronic mail and U.S. Mail:

Anne-Marie Birk
Sam Castor
**Switch, LTD.**
<abirk@switch.com>
<sam@switch.com>
7135 S. Decatur Blvd.
Las Vegas, NV 89118

F. Christopher Austin, Esq.
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
<caustin@weidemiller.com>

Attorneys for Plaintiff
Switch, Ltd.

Respectfully Submitted,

/s/ Heather Ebert

Employee,
Randazza Legal Group, PLLC