Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Stephen Fairfax and MTechnology

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD.,<br>a Nevada limited liability company,<br><br>   Plaintiff,<br><br>   vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>   Defendants. | Case No.: 2:17-cv-02651-GMN-EJY<br><br>**CERTIFICATE OF SERVICE** |

On October 22, 2019, this Court entered an Order of Suspension in *In re: Marc J. Randazza*, No. 2:19-cv-01765, suspending attorney Marc J. Randazza from practice before this Court.  Counsel for Defendants Stephen Fairfax and MTechnology received this Order on October 29, 2019.  Pursuant to LR IA 11-7(k), counsel for Defendants hereby certify that they provided notice of this Order to Defendants on November 4, 2019 via email and U.S. mail, attached as **Exhibit 1**.  Defendants' last known address is 2 Central Street, Saxonville, Massachusetts 01701.

Dated: November 4, 2019.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Defendants
Stephen Fairfax and MTechnology