Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com
Attorneys for Defendants
Stephen Fairfax and MTechnology

Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
Piers R. Tueller (14633)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200, Las Vegas, Nevada 89145
Telephone: (702) 385-2500
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
Qtueller@hutchlegal.com

Samuel Castor (NV Bar No. 11532)
Anne Marie-Birk (NV Bar No. 12330)
**SWITCH, LTD.**
7135 South Decatur Blvd. Las Vegas, NV 89118
Telephone: 702-444-4111
sam@switch.com
abirk@switch.com

Attorneys for Plaintiff
Switch, Ltd.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD.,<br>a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-EJY<br><br>**JOINT MOTION REGARDING [PROPOSED] STIPULATED PROTECTIVE ORDER** |

1   Plaintiff Switch, Ltd. ("Switch") and Defendants Stephen Fairfax and MTechnology ("MTech"), through counsel, hereby jointly move that the Court approve and execute the [Proposed] Stipulated Protective Order attached to this Joint Motion as **Exhibit 1**.

When the parties began negotiating the language of a Stipulated Protective Order in July of 2019, they were unable to agree on a few key provisions of the Stipulated Protective Order. This caused Defendants to file with the Court a Request for Pretrial Conference and Submission of Proposed Protective Order (Doc. # 48) on September 3, 2019. Defendants attached their proposed Protective Order as Exhibit A to their Request.

On September 17, 2019, Plaintiff filed its Response to Defendants' Request for Pretrial Conference and Submission of Proposed Protective Order (Doc. # 52). Plaintiff attached its proposed Protective Order as Exhibit 7 to its Response. On September 24, 2019, Defendants filed their Reply in Support of Defendants' Request for Pretrial Conference and Submission of proposed Protective Order (Doc. # 53).

After Defendants' Request was fully briefed, the parties continued to discuss the contents of the proposed Protective Order and subsequently agreed upon mutually acceptable language. The parties have attached their mutually agreed proposed Stipulated Protective Order as Exhibit 1 to this Joint Motion. The parties request that the Court approve and execute the attached proposed Order at its earliest convenience. The parties additionally agree that Defendants' Request for Pretrial Conference has been rendered moot by this Joint Motion.

Dated: November 18, 2019.   Respectfully submitted,

/s/ Ronald D. Green
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Defendants
Stephen Fairfax and MTechnology

/s/ Jacob A. Reynolds
Samuel Castor (NV Bar No. 11532)
Anne Marie-Birk (NV Bar No. 12330)
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, NV 89118

Mark A. Hutchison (NV Bar No. 4639)
Jacob A. Reynolds (NV Bar No. 10199)
Piers R. Tueller (NV Bar No. 14633)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200,
Las Vegas, Nevada 89145


Attorneys for Plaintiff
Switch, Ltd.

Case No. 2:17-cv-02651-GMN-EJY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Crystal Sabala
Employee,
Randazza Legal Group, PLLC