Exhibit 3



**Search for properties** >

*locations*

Explore your market(s) of interest. Learn more about our expertise in your region, city, and neighborhood.

Select your local office ▾

**Search all locations**

nevada

| Filter | Sort ⌄ |

**3** results for : "**nevada**"

### Las Vegas | Festival Plaza Drive

1980 Festival Plaza Drive, Suite 250

Las Vegas, Nevada 89135

Tel : +1 702 360 4907

Fax : +1 702 360 4927

View Las Vegas | Festival Plaza Drive page >

View Map

### Las Vegas | Las Vegas Boulevard

6671 South Las Vegas Boulevard

Building D, Suite 210, Office 279

Las Vegas, Nevada 89119

Tel : +1 702 488 5176

View Las Vegas | Las Vegas Boulevard page >

View Map

### Reno

5470 Kietzke Lane, Suite 300

Reno, Nevada 89511

Tel : +1 775 337 2600

Fax : +1 775 686 6066

View Reno page >

View Map

We use cookies to enhance your user experience. To see which cookies we use please see our **Cookie Statement**. If you accept, you agree to us storing and accessing cookies on your device.

Accept and close

11/5/2019 Case 2:17-cv-02651-GMN-EJY Document 66-3 Filed 03/20/20 Page 3 of 3
Locations | JLL



**Search for properties**



| Find & lease space | About JLL | Follow us |
| Manage property & portfolio | Careers | |
| Design & deliver projects | Newsroom | |
| Invest in real estate | Sustainability | |
| Transform with technology | Investor relations | |
| Industries & sectors | Contact us | |
| Trends & insights | | |

Privacy statement | Privacy commitment | Terms of Service | Cookie policy | Site map

Copyright 2019 Jones Lang LaSalle IP, Inc.

We use cookies to enhance your user experience. To see which cookies we use please see our **Cookie Statement**. If you accept, you agree to us storing and accessing cookies on your device.

Accept and close