Exhibit 4



Home | About Us | Solutions | Research | News | Media Room | Contact

## About Us

Who We Are | Case Studies | Testimonials | Clients Served

## Who We Are



### Mark Bauer

**National Director / Managing Director**

3131 East Camelback Road, Suite 400, Phoenix, Arizona 85016
**T** +1 602 282 6259 | **M** +1 602 418 7619 | **F** +1 312 938 1010
mark.bauer@am.jll.com

**Mark Bauer** has been involved in commercial real estate for over 25 years and has specialized in the data center and colocation industry for the past 15 years. Mark has served as broker to tenants, landlords, buyers and sellers, as well as serving as national consultant to a number of brokers, clients and data center developers across the United States. Mark's experience includes an in-depth knowledge of the data center and telecommunications industries that assists clients with their mission-critical primary data center and disaster recovery needs. Mark has established himself as a master leader and recognized expert in his field and is a Managing Director and National Director at Jones Lang LaSalle and is a leader in their Data Center Solutions (DCS) group that focuses on globally representing companies with their real estate planning and the execution of mission-critical data center relocations and expansions.

## Case Studies

### Fortune 100 Bank

A need was present to update the current Data Center facilities of a global Fortune 100 bank to support modern design and emerging technology. Through financial modeling derived from in-depth research and records, the board approved the project to move forward to close on the two development sites and proceed to engage in the development of the new facilities for the worldwide operations of the bank.

### Fortune 500 e-commerce firm

With explosive growth and the need to expand rapidly to meet server demand, this Fortune 500 e-commerce firm had to re-evaluate its Data Center footprint. This firm was able to acquire from a local Data Center developer a partially built out facility that would support their growth for the next seven to ten years. This also allowed them to deploy their capital to expand, as needed.

### Fortune 500 Systems Integrator

Looking to change their data center strategy, this Fortune 500 systems integrator engaged with the Data Center Solutions team to evaluate options across the data center market and negotiate a transaction in less than 90 days. The team was able to achieve flexibility in deploying data center capacity in a "ramped in" fashion, not committing to more power than necessary while preserving the ability to add power in the future at a pre-determined cost.

# Testimonials

"The technical knowledge gap usually encountered when dealing with commercial real estate brokers on our data center transactions can sometimes make for a very challenging and frustrating acquisition. The Data Center Solutions team are among the most knowledgeable brokers out there and knew exactly what I was asking for, what it would take to get there and how to expertly negotiate it. Very refreshing."

**Steve Engerer** - *Director of U.S. IT Enterprise Operations*
Toyota Financial Services

"Mark Bauer and his team truly did a fantastic job representing eBay's interests with the first of four potential data center deals. There was a tremendous amount of consulting and pre-transactional work that went in to Phase I which will make the remaining phases move quicker. We now, through Mark's team, have a roadmap for success."

**Kevin Kearns** - *Director, Global Real Estate*
eBay

# Clients Served

Mark and team have served a wide range of firms in data center requirements, colocation service level agreement negotiations, mission critical consulting assignments, and national site selection searches. Here is a sample of the clients the team has served.

| | | |
|---|---|---|
| American Express | DirecTV | Sterling Partners |
| Aplus.net | eBay | T-Systems |
| Arizona State University | Go Daddy | tw Telecom |
| AT&T | Guitar Centers | Toyota Financial Services |
| Banner Health | HomeStore.com | Toyota Motor Credit Corporation |
| Big Fish Games | IO | University of Phoenix |
| Boeing | JDA Software | Vantage Data Centers |
| Cognizant | Level(3) | Verizon |
| CyrusOne | Maricopa Community Colleges | Wells Fargo |
| Digital Realty | Scottrade | XO Communications |
| | Starwood Hotels and Resorts | |

Connect With Us on Twitter | JONES LANG LASALLE CORPORATE | © 2011-2015 Mark Bauer. All Rights Reserved.