Exhibit 5



### Rich Reyher - Chapter President

Rich Reyher is a Director, Global Data Center Services for PayPal Inc., the world's leading global payments platform. After serving several years first in the U.S. Army military police and then as a federal officer in the U.S. Department of Justice, Rich started as a systems engineer for Aether Systems, a wireless web communications developer, where he managed operations of their flagship data center in Phoenix as Chief Engineer until the site was sold in 2003.

Rich began his career on the eBay team as Chief Engineer, overseeing construction and maintenance of eBay's first, and largest Tier IV data center at the time. Promoted to Director in 2015, Rich led the expansion of the Phoenix region into the largest portfolio within Global Data Center Services. He championed operational excellence, drove efficiencies and implemented industry best practices, with a proven up-time record of 99.999%. Rich recently moved to PayPal with the primary responsibility to run day to day critical infrastructure operations and decide strategy for all data centers globally for PayPal. Rich is an active member of the Uptime Institute and Data Center Pulse.



### Mark Bauer - Chapter Vice President

Mr. Bauer has been involved in commercial real estate for over 28 years and has specialized in the data center and colocation industry for the past 16 years. Mark has served as an advisor to tenants, landlords, buyers and sellers, as well as serving as national consultant to a number of brokers, clients and data center developers across the United States.

Mark's experience includes an in-depth knowledge of the data center and telecommunications industries that assists clients with their mission-critical deployments of primary and disaster recovery data center needs. Mark has established himself as a master leader and recognized expert in his field and is a Managing Director and National Director at Jones Lang LaSalle in their Data Center Solutions (DCS) group that focuses on globally representing companies with their real estate planning and the execution of mission-critical data center relocations and expansions. His experience in the growing multi-tenant data center environments (colocation and wholesale colocation) is unmatched in the industry.



### Bill Headley - Chapter Treasurer

After graduating with a degree in Architectural Engineering Construction Management from Pennsylvania State University, Bill began his career with Holder Construction. Over the last 25 years, Bill has been directly involved with putting more than $1.9B of work in place on a wide variety of projects including corporate and commercial office, higher education, hospitality, and mission critical. His resume is extensive and includes projects all over the United Stated for clients such as American Express, Banner Health, Cox Communications, State Farm, Charles Schwab, JP Morgan Chase, MUFG and Arizona State University.

As Senior Vice President, Bill has built his career managing large, complex projects and teams, as well as company-wide initiatives within Holder Construction. He and his wife have 4 children, and spends his time hiking, biking, playing tennis, and anything else outdoors! Bill is a Licensed Professional Engineer and LEED AP BD+C Accredited Professional.



### Harold Simmons - Chapter Secretary

Mr. Simmons is an experienced big picture strategist with the unique ability to evaluate business landscapes and help companies create/implement strategic plans that lead to a competitive advantage.