Exhibit 6





# Phoenix Data Center
2500 W Union Hills Drive   Phoenix, AZ 85027

# The Evolved Data Center



### A LEGACY OF INNOVATION

Over the past 25 years, our veteran team has worked with some of the largest and most innovative organizations in the world. From engineering, to building, to operating data centers, our experience has shaped our belief in a better way to build, power, cool, and utilize space.

We understand that to accommodate the exponential demand for power and water in environments scarce of these resources, data centers need to be elastic, efficient, reliable, secure, and sustainable.

Hence, we have transformed the data center model. With Aligned Data Centers, you only pay for what you actually use.

### PAY LESS AND REDUCE RISK

Our pricing model allows your total cost to align with your actual usage. For up to 70% less cost than traditional colocation providers, we scale to match your needs and lower your monthly power usage with a guarantee 1.15 PUE.

### SCALE SMARTER AND FASTER

Our client portal provides the visibility you need to make informed, insight-driven decisions, with a customizable DCIM dashboard.

Our integrated supply chain allows you to provision additional capacity in 8 to 12 weeks.

### RELIABILITY + EFFICIENCY

We have engineered our data centers to be highly resilient and energy efficient, removing the complexities of traditional infrastructure while using less power and water.

Our patented, award-winning electrical and mechanical systems have been commissioned in some of the most demanding production environments. They are designed for concurrent maintainability, provide 2N redundancy, and have less moving parts for less chances of failure.

We offer a 100% uptime service level agreement and carrier-neutral connectivity to ensure your IT operation is always online.





## SECURITY AND COMPLIANCE

Your data is safe and secure with our comprehensive and compliant multi-layer security control systems. This includes: 24x7x365 in-house security, global monitoring, perimeter fencing, laser detection and RFID tracking.

Our client portal provides real-time visibility meaning you know exactly what is going on inside your data center.



Personalized DCIM dashboards let you monitor your environment in real-time so you can easily identify how to improve efficiency, reduce cost, and ensure you have the capacity you need – when you need it.



# Phoenix Site Overview

## CO-LO CONVENIENCE

Our colocation data center is close to Interstate 17 and located only 20 minutes from the Phoenix Sky Harbor International Airport. This 550,000 square foot building (full build) is situated on more than 52 acres providing ample room to expand.

## CONTROL YOUR DATA CENTER

We support mixed densities within the same row, so you have greater control over how you configure your data center. This "future-proofs" your business against advances in technology.

## SEE MORE, SAVE MORE, DO MORE

With your personalized DCIM dashboard, you can monitor your environment in real-time, and trend power consumption and utilization data down to rack level. Your intuitive user-interface allows you to easily identify opportunities that can improve efficiency, reduce cost, and ensure you have the capacity you need – when you need it.

## OUR EVOLVED DATA CENTER GIVES YOU

- 100% uptime SLA while reducing energy and cutting costs.
- Consumption-based, pay-for-use pricing allows you to align supply with demand - take data center capacity up or down as you need it.
- High and mixed densities that flex with future IT advances and business demands.
- A lower upfront contract commitment, which eliminates the need for long-term forecasting.

### Aligned Data Centers (ADC) vs Traditional Data Centers (TDC)

| | ADC | TDC |
|---|---|---|
| Colocation And Managed Services | ✓ | ✓ |
| Pay-For-Use | ✓ | ✗ |
| Dramatic Savings | ✓ | ✗ |
| Mixed Density - In The Same Row From 1 - 25kW | ✓ | ✗ |
| Asset Deployed Visibility | ✓ | ✗ |
| Guaranteed PUE 1.15 | ✓ | ✗ |
| 2N Redundancy | ✓ | ✗ |
| 100% Uptime SLA | ✓ | ✗ |
| Sustainable – Uses Up To 85% Less Water | ✓ | ✗ |



# The Phoenix Data Center Market



### THE PHOENIX DATA CENTER MARKET.

#### According to 451 Research, Phoenix is a top 10 U.S. multi-tenant data center market.

- The lowest threats from natural disasters, according to data from the National Oceanic and Atmospheric Administration, University of Miami, and U.S. Geological Survey.
- The cost of doing business in Phoenix is below the national average according to PriceWaterhouseCoopers. In addition, the Arizona Commerce Authority has a program that incentivizes companies with a sales tax exemption to colocate to Phoenix.
- Arizona public utilities generate power from a variety of stable sources and, according to the U.S. Energy Information Association, charge substantially less, per kWh than other Western states.
- Internet connectivity is robust with a heavy concentration of top-tier telecommunication providers. According to the Ookla Net Index Internet speed and mobile networks in Phoenix are among the country's fastest among the country's fastest.

Most eligible data center owners get the tax exemption for 10 years. Because Aligned Data Centers Phoenix facility is a "sustainable redevelopment project" we get the tax exemption for 20 years – and so do our customers.



# Phoenix, Arizona Colocation Site Specifications
2500 W Union Hills Drive   Phoenix, AZ 85027



## GENERAL

| | |
|---|---|
| Renovated | 2016 |
| Ownership | Leased |
| Campus | 51 Acres |
| Total Building SF | Full build: 550,000 sq. ft. |
| Total Data Hall SF | Full build: ~300,000 sq. ft. |
| Building Construction | Concrete slab-on-grade and structured steel |
| Structure | Three single-story, multi-tenant buildings |
| Loading Dock | Three bays with delivery platform and equipment trap |
| Office Space | Dedicated: available for rent Shared: conference rooms and drop-in office pods |
| Storage Space | Available for rent |
| Access | 24x7x365 |
| PUE | Guaranteed 1.15 at all utilization rates |
| Design | Designed to Uptime Institute Tier III standards |
| Reliability SLA | 100% Uptime SLA |

## TELECOMMUNICATIONS

| | |
|---|---|
| Telco Duct Banks | Three diverse entry points |
| Carrier Neutral | Multiple carrier providers |
| Carriers | CenturyLink, Level(3), ELI/Integra, Cox, SRP, Zayo |
| Meet-me-rooms | Three diverse MMRs |

## POWER

| | |
|---|---|
| Utility Power | Full build: 62 MW |
| Generators | N+4 generator redundancy (N+1 Power Blocks) |
| Distribution | Redundant A+B distribution systems to each cabinet |
| Power Metering | Revenue-grade, transparent/real-time metered at the rack level |



## SECURITY

| | |
|---|---|
| Facility Perimeter | 8' Impasse steel security fencing |
| Entrance | Four layer security design; Motorized gates |
| Access Gates | Card reader access |
| On-site Security | 24x7x365 with security guards |
| Facility-wide Features | Multiple check-points: mantraps, dual-authentication (biometrics and RFID badge readers) |



## FIRE PROTECTION

| | |
|---|---|
| Zones | Separately zoned data halls |
| Smoke Detection | VESDA (Very Early Smoke Detection Apparatus) |
| Sprinkler System | Double interlocked, pre-action |

## COOLING

| | |
|---|---|
| System | Inertech patented modular cooling system; closed coupled heat removal (hot aisle containment) |
| Reliability | 2N to the rack level; N+2 heat rejection |
| Water Storage | 24 hour on-site water storage |



## SUSTAINABILITY

| | saves up to: |
|---|---|
| Water | 85% |
| Power | 80% |








Join The Evolution

Contact us for more information
or questions about
Aligned Data Centers.



Mark Bauer          1.602.282.6259     mark.bauer@jll.com