UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN FAIRFAX; MTECHNOLOGY, et al., <br><br> Defendants. | Case No. 2:17-cv-02651-GMN-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL THIRD-PARTY JONES LANG LASALLE TO PROVIDE REQUESTED DOCUMENTS** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL THIRD-PARTY JONES LANG LASALLE TO PROVIDE REQUESTED DOCUMENTS**

Plaintiff SWITCH, LTD. ("Switch") and Third-Party JONES LANG LASALLE, INC. ("Jones Lang LaSalle") (collectively, the "Parties"), by an through their undersigned counsel, hereby STIPULATE and AGREE, subject to the approval of the Court, as follows:

1. On March 20, 2020, Plaintiff Switch filed its Motion to Compel Third-Party Jones Lang LaSalle to Provide Documents, ECF No. 66 (the "Motion to Compel"). A response deadline of April 3, 2020, was given by the Court.

2. On that same day, due to restrictions related to COVID-19, Plaintiff Switch emailed a copy of the Motion to Compel to Third-Party Jones Lang LaSalle.

3. The Parties dispute whether the email constituted effective service under Fed. R. Civ. P. 5.

4. In order to resolve their dispute, the Parties hereby agree that the last day to file a response to the Motion to Compel shall be April 9, 2020. The Parties further agree that the last day to file a reply in support of the Motion to Compel shall be April 16, 2020.

5. This is the first motion for an extension of time related to the Motion to Compel.

6. By entering this limited stipulation, third-party Jones Lang LaSalle does not consent to the jurisdiction of this Court for any other purpose, and reserves all rights with respect to its ability to oppose the Motion to Compel.

SO STIPULATED AND AGREED, this 3rd day of April, 2020.

Respectfully submitted,

| SWITCH, LTD. | JOLLEY URGA WOODBURY & HOLTHUS |
|---|---|
| By: */s/ Samuel Castor* <br> SAMUEL CASTOR, ESQ. 11532 <br> 7135 S. Decatur Blvd. <br> Las Vegas, NV 89118 <br> T: (702) 444-4111 <br> Email: policy@switch.com <br> *Attorney for Plaintiff* <br> SWITCH, LTD. | By: */s/ William R. Urga* <br> WILLIAM R. URGA, ESQ. #1195 <br> 330 S. Rampart Blvd. #380 <br> Las Vegas, NV 89145 <br> T: (702) 699-7500 <br> Email: wru@juwlaw.com <br> *Attorney for Third Party* <br> JONES LANG LASALLE, INC. |