UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD,<br><br>        Plaintiff,<br><br>   v.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY, et al.,<br><br>        Defendants. | Case No. 2:17-cv-02651-GMN-EJY |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. The date for third-party Jones Lang LaSalle to file a response to Plaintiff's Motion to Compel Third-Party Jones Lang LaSalle to Provide Documents, ECF No. 66, is extended to April 9, 2020.

2. The date to file a reply in support of Plaintiff's Motion to Compel Third-Party Jones Lang LaSalle to Provide Documents, ECF No. 66, is extended to April 16, 2020.

IT IS SO ORDERED.

Dated: April ____, 2020.

**ELAYNA J. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**