WILLIAM R. URGA (SBN 1195)
wru@juwlaw.com
**JOLLEY URGA WOODBURY & HOLTHUS**
330 S. Rampart Boulevard, Suite 380
Las Vegas, Nevada 89145
Telephone: (702) 699-7500
Facsimile: (702) 699-7555

MICHAEL A. BERTA (*pro hac vice* forthcoming)
michael.berta@arnoldporter.com
JOSEPH FARRIS (*pro hac vice* forthcoming)
joseph.farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Third Party*
*JONES LANG LASALLE, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02651-GMN-EJY<br><br>**DECLARATION OF MARK BAUER IN SUPPORT OF JONES LANGE LASALLE, INC.'S OPPOSITION TO PLAINTIFF SWITCH, LTD.'S MOTION TO COMPEL THIRD PARTY JONES LANG LASALLE TO PROVIDE REQUESTED DOCUMENTS** |

I, Mark Bauer, declare as follows:

1. I have personal knowledge of the facts stated herein, and I make this declaration in support of Jones Lang LaSalle, Inc.'s Opposition to Switch, Ltd.'s Motion to Compel Documents (the "Motion").

2. I am employed as the Managing Director / National Director in the Data Center Solutions Group at Jones Lang LaSalle Americas, Inc. ("JLL Americas"), which is a subsidiary of Jones Lange LaSalle, Inc. (collectively, I refer to those companies as "JLL"). I reside in Phoenix, Arizona and work in JLL Americas' office in Phoenix.

3. I have been with JLL since 2011 and, in total, I have over 25 years of experience working in the data center industry. At JLL Americas, I lead the Data Center Solutions Group, which assists JLL clients with various types of project related to commercial real estate for data centers, including strategic planning, site selection, relocations, renewals, and expansions of data centers.

4. **Stephen Fairfax & MTechnology.** JLL has never had a professional relationship of any kind with Defendants Stephen Fairfax or MTechnology, Inc. I am not aware that JLL has ever had any communications with Defendants Fairfax or MTechnology. I understand that Switch's counsel stated that **Exhibit 7** to his Declaration, which is a brochure for an Aligned Data Centers facility, is "JLL's advertising." That is not accurate. Although the brochure lists JLL as a contact for potential data center tenants, the brochure was prepared by Aligned without involvement from JLL.

5. **Aligned Data Centers and Aligned Energy.** I am familiar with all aspects of JLL's relationship with Aligned Data Centers and Aligned Energy (together, "Aligned") because Aligned is a client of JLL and I am in charge of that client relationship. Aligned first became a JLL client in 2015. Around that time, JLL assisted Aligned with leasing, and then later purchasing, property in Phoenix, Arizona, which Aligned intended to use as a data center site. JLL continues to work with Aligned to provide marketing services in connection with the Phoenix data center property and on other real estate matters. JLL was not and has never been involved in providing services related to the design or technical implementations for any Aligned data centers.

6. **Inertech.** I understand that Switch states that Inertech is a subsidiary of Aligned, however JLL has never done business with Inertech and or provided real estate services to it in connection with any Inertech data center. I am not aware that JLL has ever had any communications with Inertech.

7. **eBay.** I am familiar with all aspects of JLL's relationship with eBay because eBay is a client of JLL and I am in charge of that client relationship. eBay first became a JLL client in 2011, but eBay was my client at CRBE for years before I came to JLL. To my recollection, neither I nor JLL were substantively involved in eBay's use of any colocation services offered by Plaintiff Switch Ltd. ("Switch").

8. **PayPal.** I am familiar with all aspects of JLL's relationship with PayPal because PayPal is a JLL client and I am in charge of that client relationship. Before JLL had any relationship with PayPal, I had pre-existing relationships at PayPal stemming from my work for eBay. One of my principal contacts at PayPal is Rich Reyher, who is involved in PayPal's data center operations. PayPal uses Switch colocation services and JLL has been involved in that relationship. However, JLL's communications with its client, PayPal, about PayPal's use of Switch services is confidential to PayPal. Switch has no legitimate business need for that communication. Any such communications have nothing to do with the Defendants Fairfax or MTechnologies in this matter.

9. **Uber.** I am aware that Uber is an Aligned customer. However, JLL was not involved in Uber's decision to use Aligned for its colocation data center in Phoenix. I am not aware that JLL has ever had any communications with Uber that in any way involved the Defendants Fairfax or MTechnologies in this matter.

10. I am familiar with Switch from my experience in the data center industry. Switch is a direct competitor of JLL's client Aligned and also does business with other third parties named in its subpoena. As such, JLL's confidential communications with other parties that may mention Switch are highly competitively sensitive documents that Switch should not have any access to. Providing Switch with JLL correspondence with competitors and customers as to Switch would put JLL's relationships with these customers and clients at serious risk. And, because I am not aware

that there is any information in any correspondence having anything to do with Defendants Fairfax or MTechnologies, I have serious concerns that Switch could and intends to misuse that confidential information to disrupt the business relationships of JLL or its clients.  JLL also has separate non-disclosure obligations with its clients, who have an interest in preventing Switch from obtaining their confidential information.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

     Executed this 9th day of April, 2020, in Phoenix, Arizona.


Mark D. Bauer (Apr 9, 2020)

                MARK BAUER