WILLIAM R. URGA (SBN 1195)
wru@juwlaw.com
**JOLLEY URGA WOODBURY & HOLTHUS**
330 S. Rampart Boulevard, Suite 380
Las Vegas, Nevada  89145
Telephone:     (702) 699-7500
Facsimile:      (702) 699-7555

MICHAEL A. BERTA (*pro hac vice* forthcoming)
michael.berta@arnoldporter.com
JOSEPH FARRIS (*pro hac vice* forthcoming)
joseph.farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California  94111
Telephone:     (415) 471-3100
Facsimile:      (415) 471-3400

*Attorneys for Third Party*
*JONES LANG LASALLE, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-02651-GMN-EJY<br><br>**DECLARATION OF HELEN ARNOLD IN SUPPORT OF JONES LANGE LASALLE, INC.'S OPPOSITION TO PLAINTIFF SWITCH, LTD.'S MOTION TO COMPEL THIRD PARTY JONES LANG LASALLE TO PROVIDE REQUESTED DOCUMENTS** |

I, Helen Arnold, declare as follows:

1. I have personal knowledge of the facts stated herein, and I make this declaration in support of Jones Lang LaSalle, Inc.'s ("JLL Inc.") Opposition to Switch, Ltd.'s Motion to Compel Documents (the "Motion").

2. I am employed as Litigation Counsel at Jones Lang LaSalle Americas, Inc. ("JLL Americas").  I reside in Chicago, Illinois and work at JLL Americas' office in Chicago.

3. JLL Inc. is a professional services firm that specializes in real estate and investment management, organized under the laws of Maryland and Illinois, with its headquarters in Chicago, Illinois.

4. JLL Inc. is not registered to do business in Nevada as a foreign corporation.  JLL Inc. also has no offices or employees in Nevada.

5. JLL Inc. is the parent company of Jones Lange LaSalle Americas, Inc. ("JLL Americas").

6. JLL Americas is a corporation organized under the laws of Maryland, with its headquarters in Chicago, Illinois.

7. JLL Americas is registered as a foreign corporation in Nevada.  JLL Americas maintains three offices in Nevada (two in the Las Vegas area and one in Reno), and has employees that are located at those offices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of April, 2020, in Chicago, Illinois.

*Helen Arnold*
Helen Arnold (Apr 9, 2020)

HELEN ARNOLD