SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
ANNE-MARIE BIRK, ESQ.
Nevada Bar No. 12330
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111
policy@switch.com

MARK A. HUTCHISON
Nevada Bar No. 4639
JACOB A. REYNOLDS
Nevada Bar No. 10199
PIERS R. TUELLER
Nevada Bar No. 14633
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02651-GMN-EJY<br><br>**STIPULATION TO LIMIT DISCOVERY TO SPECIFIC SWITCH CAMPUSES** |

This Stipulation to Limit Discovery to Specific Switch Campuses is hereby entered into by and on behalf of Plaintiff SWITCH, LTD. ("Plaintiff"), and Defendants STEPHEN FAIRFAX and MTECHNOLOGY ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, as follows:

///

1

1. All allegations regarding Defendants' alleged conduct contained within Plaintiff's Complaint filed in District Court, Clark County, Nevada on September 12, 2017 and removed to this Court on October 12, 2017 [Doc. 1-1] are limited to Plaintiff's Tahoe Reno Campus, known as "The Citadel Campus," and the Las Vegas Campus, known as "The Core Campus."

2. Plaintiff makes no allegations regarding Defendants' alleged conduct with respect to the following facilities: (a) Switch's Grand Rapids Campus, known as "The Pyramid Campus," (b) Switch's Atlanta Campus, known as "the Keep Campus," (c) Switch's SUPERNAP Italia, known as "The Milano Campus," and (d) Switch's SUPERNAP Thailand, known as "The Bangkok Campus."

3. Because Switch makes no allegations regarding Defendants' alleged conduct with respect to the facilities identified in Paragraph 2 of this Stipulation, no discovery is required with regard to those facilities.

4. Accordingly, all discovery shall be limited to Plaintiff's Tahoe Reno Campus, known as "The Citadel Campus," and the Las Vegas Campus, known as "The Core Campus."

IT IS SO STIPULATED.

DATED this 9th day of April, 2020.　　　　DATED this 9th day of April, 2020.

**SWITCH, LTD.**　　　　　　　　　　　　　**RANDAZZA LEGAL GROUP, PLLC**

 /s/: Samuel Castor 　　　　　　　　　　 /s/: Ronald D. Green 
SAMUEL CASTOR, ESQ.　　　　　　　　MARC J. RANDAZZA, ESQ.
Nevada Bar No. 11532　　　　　　　　　Nevada Bar No. 12265
ANNE-MARIE BIRK, ESQ.　　　　　　　RONALD D. GREEN, ESQ.
Nevada Bar No. 12330　　　　　　　　　Nevada Bar No. 7360
7135 South Decatur Blvd.　　　　　　　ALEX J. SHEPARD, ESQ.
Las Vegas, Nevada 89118　　　　　　　Nevada Bar No. 13582
　　　　　　　　　　　　　　　　　　　2764 Lake Sahara Drive, Suite 109
MARK A. HUTCHISON　　　　　　　　Las Vegas, Nevada 89117
Nevada Bar No. 4639　　　　　　　　　*Attorneys for Defendants*
JACOB A. REYNOLDS
Nevada Bar No. 10199
PIERS R. TUELLER　　　　　　　　　**IT IS SO ORDERED.**
Nevada Bar No. 14633
**HUTCHISON & STEFFEN, PLLC**　　_____
Peccole Professional Park　　　　　　　UNITED STATES MAGISTRATE JUDGE
10080 West Alta Drive, Suite 200　　　April 10, 2020
Las Vegas, Nevada 89145　　　　　　　_____
*Attorneys for Plaintiff*　　　　　　　　DATED

2