Exhibit 2

| | |
|---|---|
| **From:** | Sam Castor |
| **To:** | Ron Green; Policy; Tanya Paonessa |
| **Cc:** | Alex Shepard; Trey Rothell |
| **Subject:** | Re: MTech adv. Switch |
| **Date:** | Thursday, April 9, 2020 11:25:09 AM |

Ron,

Good morning. I hope you're well.

Your edits suggest that your supplementing responses. When will those be provided? As you can appreciate, while Switch has produced numerous documents, we have received very few from your client. This leaves us with remedy through a Motion to Compel or asserting evidentiary inferences (negative or adverse inference) given the clear marketing materials showing your client designed the Aligned facilities.

Can you give us an estimated ETA update?



**SAM CASTOR**
EVP OF POLICY
DEPUTY GENERAL COUNSEL

o   +1 (702) 444-4102
m   +1 (702) 371-0724
e   sam@switch.com

---

**From:** Ron Green <rdg@randazza.com>
**Date:** Thursday, April 9, 2020 at 11:21 AM
**To:** Policy <policy@switch.com>, Tanya Paonessa <tpaonessa@switch.com>
**Cc:** Alex Shepard <ajs@randazza.com>, Trey Rothell <tar@randazza.com>
**Subject:** MTech adv. Switch

> CAUTION: This email originated from outside of the organization. Do not follow guidance, click links, or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Paonessa:

Our proposed revisions to the Stipulation to Extend Discovery are attached. You have my permission to place my electronic signature on the document if you don't have any additional revisions. Regarding the Stipulation to Limit Discovery to Switch's Las Vegas and Tahoe campuses, you have my

permission to affix my electronic signature on the document you emailed me on April 7, 2020

Thank you.

_____
**Ronald D. Green\*** | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: rdg@randazza.com
_____
\* Licensed to practice law in Nevada.