WILLIAM R. URGA (SBN 1195)
wru@juwlaw.com
**JOLLEY URGA WOODBURY & HOLTHUS**
330 S. Rampart Boulevard, Suite 380
Las Vegas, Nevada 89145
Telephone: (702) 699-7500
Facsimile: (702) 699-7555

MICHAEL A. BERTA (*pro hac vice* forthcoming)
michael.berta@arnoldporter.com
JOSEPH FARRIS (*pro hac vice* forthcoming)
joseph.farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Third Party*
*JONES LANG LASALLE, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>              Plaintiff,<br><br>     vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>              Defendants. | Case No. 2:17-cv-02651-GMN-EJY<br><br>**NOTICE OF REQUEST FOR ORAL ARGUMENT BY THIRD PARTY JONES LANG LASALLE, INC.'S REGARDING PLAINTIFF SWITCH, LTD.'S MOTION TO COMPEL THIRD PARTY JONES LANG LASALLE TO PROVIDE REQUESTED DOCUMENTS (ECF No. 66)** |

PLEASE TAKE NOTICE that Third Party Jones Lang LaSalle, Inc. ("JLL Inc.") hereby requests, subject to the Court's approval, the opportunity to offer oral argument in opposition to Plaintiff Switch, Ltd.'s Motion to Compel Third Party Jones Lang Lasalle to Provide Requested Documents (ECF No. 66).  On April 9, 2020, JLL Inc. filed an Opposition to Plaintiff Switch, Ltd.'s Motion to Compel Third Party Jones Lang Lasalle to Provide Requested Documents (ECF No. 71), but did not request oral argument at that time.  On Friday, April 10, 2020, Switch Ltd. filed a Reply (ECF No 75).  Based on certain points raised in the Reply, JLL Inc. now respectfully requests that oral argument be heard on the Motion.

Additionally, pursuant to the Court's Temporary General Order 2020-04, JLL Inc. respectfully requests that the argument be conducted by video conference or telephone.

Dated:  April 15, 2020.                Respectfully submitted,

**JOLLEY URGA WOODBURY & HOLTHUS**
WILLIAM R. URGA

**ARNOLD & PORTER KAYE SCHOLER LLP**
MICHAEL A. BERTA (*pro hac vice* forthcoming)
JOSEPH R. FARRIS (*pro hac vice* forthcoming)

By:  /s/ *William R. Urga*
       WILLIAM R. URGA

*Attorneys for Third Party*
*JONES LANG LASALLE, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing THIRD PARTY JONES LANG LASALLE, INC.'S NOTICE OF REQUEST FOR ORAL ARGUMENT REGARDING PLAINTIFF SWITCH, LTD.'S MOTION TO COMPEL THIRD PARTY JONES LANG LASALLE TO PROVIDE REQUESTED DOCUMENTS via the Court's CM/ECF system on April 15, 2020.

/s/ *William R. Urga*
WILLIAM R. URGA