SAMUEL CASTOR, ESQ. (NVB 11532)
ANNE-MARIE BIRK, ESQ. (NVB 12330)
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111
policy@switch.com

MARK A. HUTCHISON (NVB 4639)
JACOB A. REYNOLDS (NVB 10199)
PIERS R. TUELLER (NVB 14633)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN FAIRFAX; MTECHNOLOGY, et al., <br><br> Defendants. | Case No. 2:17-cv-02651-GMN-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO [ECF NO. 71] JONES LANG LASALLE, INC.'S OPPOSITION TO PLAINTIFF SWITCH, LTD.'S MOTION TO COMPEL THIRD-PARTY JONES LANG LASALLE TO PROVIDE REQUESTED DOCUMENTS** |

Plaintiff SWITCH, LTD. ("Switch") and Third-Party JONES LANG LASALLE, INC. ("Jones Lang LaSalle") (collectively, the "Parties"), by and through their undersigned counsel, hereby STIPULATE and AGREE, subject to the approval of the Court, as follows:

1. On March 20, 2020, Plaintiff, Switch, filed its Motion to Compel Third-Party Jones Lang LaSalle to Provide Documents, ECF No. 66 (the "Motion to Compel").

2. Defendants filed their Response to Motion to Compel Third-Party Jones Lang LaSalle to Provide Requested Documents (ECF No. 68) on April 3, 2020, and Plaintiff filed its Reply on April 10, 2020 (ECF No. 75).

///

1

3. On April 13, 2020, the Parties stipulated that Third-Party Jones Lang LaSalle shall be deemed to have accepted service effective March 26, 2020, that Third-Party Jones Lang LaSalle's response to the Motion to Compel be filed by April 9, 2020, and that Plaintiff's reply to Jones Lang LaSalle's response shall be filed by April 16, 2020 (ECF No. 77).

4. On April 15, 2020, Third-Party Jones Lang LaSalle filed a Notice of Request for Oral Argument on the Motion to Compel (ECF No. 78),

5. Due to a family issue of one of Switch's team members related to the current circumstances, Plaintiff's reply to Jones Lang LaSalle, Inc.'s Opposition (ECF No. 71) shall be continued from April 16, 2020, to April 24, 2020.

6. This is the second request for an extension of time related to the reply to Motion to Compel.

7. By entering this limited stipulation, Third-Party Jones Lang LaSalle does not consent to the jurisdiction of this Court for any other purpose, and reserves all rights with respect to its ability to oppose the Motion to Compel.

SO STIPULATED AND AGREED, this 17th of April, 2020.

| | |
|---|---|
| **SWITCH, LTD.** | **JOLLEY URGA WOODBURY & HOLTHUS** |
| /s/: Samuel Castor | /s/: William R. Urga |
| SAMUEL CASTOR, ESQ. (NVB 11532) | WILLIAM R. URGA, ESQ. (NVB 1195) |
| ANNE-MARIE BIRK, ESQ. (NVB 12330) | 330 South Rampart Blvd., #380 |
| 7135 South Decatur Blvd. | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada 89118 | Telephone: (702) 699-7500 |
| Telephone: (702) 444-4111 | Email: wru@juwlaw.com |
| Email: policy@switch.com | *Attorneys for Third-Party* |
| *Attorneys for Plaintiff* | *Jones Lang LaSalle, Inc.* |

## ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

The date to file a reply to Third-Party Jones Lang LaSalle's Opposition to Plaintiff's Motion to Compel (ECF No. 71) is extended to April 24, 2020.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

April 20, 2020
_____
DATED

2