Exhibit 3



United States 



Las Vegas Commercial Real Estate Services

# Find commercial real estate services including investment sales, leasing, and project management in Las Vegas.

Find space in Las Vegas

**Local**
*research*

**Local**
*insights*




**Need short-term office space? Better call a JLL "Flexpert"**

Improving w




United States



**JLL completes $57M sale of Red Rock Resorts headquarters**



**JLL completes $ 18.3M sale of Las Vegas office building**





 United States 



**Gindi Capital Pays $172 Million for Property on Las Vegas Strip**



**JLL completes $19.9 million sale of Summerlin – Las Vegas office asset**

## Las Vegas
*leadership*

**Market Director, Southwest Region**

### Peter Belisle
Market Director, Southwest Region



**Market Lead, Brokerage**

### Bret Davis
EVP, Brokerage



License #: NV - B.1000836. CORP  +1

**Corporate Solutions**

### Jan Pope
Division President, West Region, Corporate Solutions



**Hotels**

### John Strauss
Senior Managing Director



License #: 01255945



 

**Integrated Portfolio Services**  **Project & Development Services**  **Property Management**

**Wyn H. Channer**
Managing Director,
Integrated Portfolio Services

 

**Jay Pich**
Managing Director

 

**Bob Nowak**
Managing Director, Business Development

 

## How can we help you achieve your real estate *ambitions?*




Find & lease space



Manage property & portfolio



Design & deliver projects



Invest in real estate



Transform with technology



### Talk to us about your real estate needs

Let us know what's on your mind, and we'll connect you with the local expert best suited to help.

Let's talk

---

Get in touch +



**Find & lease space**          About JLL                    Follow us
Manage property & portfolio     Careers                       
Design & deliver projects       Newsroom
Invest in real estate           Sustainability
Transform with technology       Investor relations
Industries & sectors            Contact us
Trends & insights

Copyright 2020 Jones Lang LaSalle IP, Inc.



 United States

