Exhibit 4



| | JLL | | | | | | Sign i |

Q All  News  Maps  Images  Videos  More  Settings  Tools

About 33,000,000 results (0.59 seconds)

www.us.jll.com

### JLL: Commercial real estate | Property investment

Find commercial real estate services and property investment strategies. We work with owners, tenants and investors in the local, national and global markets.

**Careers**
Explore careers with JLL to achieve your ambitions. We are ...

**Locations**
Northeast - Midwest - Southeast - West - ...

**About JLL**
Meet our leaders - View company information - Sustainability - ...

**People finder**
People finder. We're ready to help solve your commercial real ...

More results from jll.com »

### Latest from us.jll.com


Tenant needs in a post-pandemic world | 2020 Forecast Series
JLL
5 days ago


JLL to cut carbon emissions by over two-thirds
JLL
3 days ago


Retail Post COVID-19 Webinar - Reimagining the shopper experience
JLL
6 days ago



**A** JLL
Las Vegas, NV · In Downtown Summerlin
Closed · Opens 9AM Mon · (702) 360-4907
WEBSITE  DIRECTIONS

**B** JLL Las Vegas
Las Vegas, NV · In Town Square Las Vegas
(702) 488-5176
WEBSITE  DIRECTIONS

**C** Jll
DIRECTIONS

### People also ask

What does Jll do?  ⌄

Is Jll a Fortune 500 company?  ⌄



## JLL
Real estate company

🌐 us.jll.com

Jones Lang LaSalle Incorporated American commercial real estate services. The company also prov investment management service worldwide, including services to institutional and retail investors t net-worth individuals. It is the se largest company of its kind in the Wikipedia

**Stock price:** JLL (NYSE)
$102.48  +0.96 (+0.95%)
Apr 24, 4:02 PM EDT - Disclaimer

**Headquarters:** Chicago, IL
**Customer service:** 1 (312) 782-5
**CEO:** Christian Ulbrich (Oct 1, 201
**Subsidiaries:** Corrigo, Jones Lan LaSalle IP Inc, MORE

### Profiles
LinkedIn  Twitter

### People also search for
CBRE Group  Cushman & Wakefield  Colli Inter

More about JLL

Disclaimer

  

JLL

Does JLL own buildings?

Feedback

en.wikipedia.org › wiki › JLL_(company)
### JLL (company) - Wikipedia
**Jones Lang LaSalle** Incorporated (**JLL**) is an American commercial real estate services. The company also provides investment management services ...

**Founder**: Richard Winstanley  **Total assets**: $10.025 billion (2018)
**Net income**: $0.491 billion (2018)  **Industry**: Real estate

https://twitter.com/JLL
### JLL (@JLL) · Twitter

  

As China begins to loosen lockdown measures and reopen its economy, our new research explores what lessons other countries may be able to take from China's recovery. co.jll/eliq50zmiqi
Twitter · 2 days ago

Proud that JLL is leading the way by setting science-based targets to help keep a rise in global temperature to the 1.5C ambition of the Paris Agreement @sciencetargets co.jll/lhW950zlcTO #EarthDay #BuildingaBetterTomorrow #AchieveAmbitions #climateaction
Twitter · 2 days ago

To mark #EarthDay JLL is announcing an ambitious plan approved by the Science Based Initiative to cut carbon emissions by almost 70% @sciencetargets #BuildingaBetterTomorrow #AchieveAmbitions #climateaction Read more: co.jll/m6pl50zld1p
Twitter · 3 days ago

→ View on Twitter

www.linkedin.com › company › jll
### JLL | LinkedIn
**JLL** (NYSE: **JLL**) is a leading professional services firm that specializes in real estate and investment management. Our vision is to reimagine the world of real ...

www.facebook.com › ... › Business Consultant
### JLL - Home | Facebook
**JLL**, Chicago, IL. 146K likes. We're **JLL**. We're a professional services and investment management firm specializing in real estate. We help organizations...

www.youtube.com › channel
### JLL - YouTube
**JLL** is a leading professional services firm that specializes in real estate and investment management. Our vision is to reimagine the world of real estate, c...

**Real estate organizations**   View 4+ more



CBRE Group   NAIOP, Inc.   Cushman & Wakefield   Newmark Group   Fannie Mae   Better Homes and Gar...   National Association of Realto...

