1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SWITCH, LTD.,

    Plaintiff(s),

vs.

STEPHEN FAIRFAX; MTECHNOLOGY, et al.,

    Defendant(s).

Case #2:17-cv-02651-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Michael A. Berta_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

ARNOLD & PORTER KAYE SCHOLER LLP
(firm name)

with offices at _____Three Embarcadero Center, 10th Floor_____,
(street address)

___San Francisco___, ___California___, ___94111-4024___,
(city) (state) (zip code)

___(415) 471-3100___, ___michael.berta@arnoldporter.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Jones Lang LaSalle, Inc.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___March 27, 1998___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court, Northern District CA | 08/18/2000 | 194650 |
| US District Court, Central District CA | 07/18/2005 | 194650 |
| US District Court, District of Colorado | 11/15/2011 | 194650 |
| US District Court, Eastern District of Texas | 07/17/2012 | 194650 |
| US Court of Appeal for the Federal Circuit | 06/13/2001 | 194650 |
| US Court of Appeals for the First Circuit | 01/29/2009 | 1134560 |
| US Court of Appeals for the Ninth Circuit | 01/02/2009 | 194650 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)  None

1  6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give
2  particulars if ever denied admission):

3  (State "none" if Petitioner has never been denied admission.) None
4
5

6  7. That Petitioner is a member of good standing in the following Bar Associations.
7  (State "none" if Petitioner is not a member of other Bar Associations.)
   American Bar Association
8  Bar Association of San Francisco
9

10  8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2
11  (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/03/2017 | 2:17-cv-02054-JCM | USDC Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

19  (If necessary, please attach a statement of additional applications)
20  9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the
21  State of Nevada with respect to the law of this state governing the conduct of attorneys to the same
22  extent as a member of the State Bar of Nevada.
23  10. Petitioner agrees to comply with the standards of professional conduct required of
24  the members of the bar of this court.
25  11. Petitioner has disclosed in writing to the client that the applicant is not admitted to
26  practice in this jurisdiction and that the client has consented to such representation.
27
28

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
COUNTY OF San Francisco )

_____Michael A. Berta_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

12TH day of May, 2020.

_____
Notary Public or Clerk of Court

JANET G. BEVERLY
Notary Public – California
San Francisco County
Commission # 2212775
My Comm. Expires Oct 1, 2021

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____William R. Urga_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____330 S. Rampart Blvd., #380_____,
(street address)

___Las Vegas___, ___Nevada___, ___89145___,
(city)           (state)         (zip code)

___(702) 699-7500___, ___wru@juwlaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____William R. Urga_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

Jones Lang LaSalle, Inc.
*Helen Arnold*
Helen Arnold (May 8, 2020)
(party's signature)

Helen Arnold, Litigation Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Will R. U*
Designated Resident Nevada Counsel's signature

1195                            wru@juwlaw.com
Bar number                      Email address

APPROVED:
Dated this 14 day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MICHAEL ANTHONY BERTA*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MICHAEL ANTHONY BERTA, #194650, was on the 27th day of March 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 12th day of May 2020.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
T. Ma, Deputy Clerk