Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Stephen Fairfax and MTechnology

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company, Plaintiff, vs. STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, Defendants. | Case No.: 2:17-cv-02651-GMN-EJY **NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that Marc J. Randazza of Randazza Legal Group, PLLC, hereby enters his appearance in this action for Defendants Stephen Fairfax and MTechnology, and requests that all papers and pleadings in this action be served upon the undersigned.  On June 9, 2020, Attorney Randazza was reinstated as a member of the bar of this Court following successful completion of the discipline previously imposed.  A copy of the Order of reinstatement is attached hereto as **Exhibit A**.

Dated: June 15, 2020.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Defendants
Stephen Fairfax and MTechnology

Case No. 2:17-cv-02651-GMN-EJY

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Employee,
Randazza Legal Group, PLLC