Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Stephen Fairfax and MTechnology

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-02651-GMN-EJY <br><br> **INDEX OF EXHIBITS** |

| Ex. # | Description |
|---|---|
| - | Declaration of Marc J. Randazza |
| - | Declaration of Ronald D. Green |
| 1 | Defendants Stephen Fairfax and MTechnology's Notice of Deposition of Rob Roy |
| 2 | Email from Sam Castor dated June 30, 2020 |
| 3 | Letter from R. Green to S. Castor and A. Birk dated July 3, 2020 |
| 4 | Letter from R. Green to S. Castor and A. Birk dated July 13, 2020 |
| 5 | Emails Between Counsel |
| 6 | TTAB Order |
| 7 | Plaintiff's First Supplement to List of Witnesses and Documents Pursuant to FRCP 26 and LR 26-1 |