Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Stephen Fairfax and MTechnology

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02651-GMN-EJY<br><br>**DECLARATION OF<br>MARC J. RANDAZZA** |

I, Marc J. Randazza, under penalty of perjury, hereby declare as follows:

1. I am a partner at the law firm Randazza Legal Group, PLLC and counsel for Defendants Stephen Fairfax and MTechnology, Inc. in the above-referenced matter.

2. I make the statements in this declaration based upon my personal knowledge and would be competent to testify to them if called upon to do so.

3. On July 16, 2020, Ronald D. Green and I attended a meet and confer call with counsel for Plaintiff Switch, Ltd. ("Switch"), Samuel Castor.

4. During the meet and confer call, Mr. Castor explained that Plaintiff's founder and CEO, Rob Roy, could not be deposed for at least 120-days and required a 120-day discovery extension of discovery.

5. Mr. Castor explained that, between Mr. Roy's incredibly busy schedule and the "upcoming holidays," Mr. Roy simply could not find time for a deposition.

6. Confused, Mr. Green interjected and asked, "Which holidays?"

7. Mr. Castor replied, "Thanksgiving and Christmas."

8. I responded to Mr. Castor's comment with a laugh, sincerely believing that his comment was an attempt to inject levity into the conversation, considering that Thanksgiving was 133 days away at the time.

9. Mr. Castor, however, indicated that he was serious.

10. Upon further reflection, I still find Mr. Castor's comment humorous.

Executed on the 17th day of July 2020.

/s/ Marc J. Randazza
Marc J. Randazza