# EXHIBIT 1

Defendants Stephen Fairfax and MTechnology's Notice of Deposition of Rob Roy

1  Marc J. Randazza (NV Bar No. 12265)
   Ronald D. Green (NV Bar No. 7360)
2  Alex J. Shepard (NV Bar No. 13582)
   RANDAZZA LEGAL GROUP, PLLC
3  2764 Lake Sahara Drive, Suite 109
   Las Vegas, Nevada 89117
4  Telephone: 702-420-2001
   ecf@randazza.com
5
   Attorneys for Defendants
6  Stephen Fairfax and MTechnology

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>  Defendants. | Case No.: 2:17-cv-02651-GMN-EJY<br><br>**DEFENDANTS STEPHEN FAIRFAX AND MTECHNOLOGY'S NOTICE OF DEPOSITION OF ROB ROY** |

**DEFENDANTS STEPHEN FAIRFAX AND MTECHNOLOGY'S**
**NOTICE OF DEPOSITION OF ROB ROY**

PLEASE TAKE NOTICE that pursuant to Nevada Rule of Civil Procedure 30, Defendants, Stephen Fairfax and MTechnology, by and through their counsel of record, Randazza Legal Group, will take the deposition upon oral examination of Rob Roy in the above captioned matter. The deposition will take place at **All-American Court Reporters, 1160 N. Town Center Drive, Suite 300, Las Vegas, NV 89144, on July 27, 2020 at 9:30 a.m.,** before a Notary Public or some other officer authorized to administer oaths at depositions. The deposition will be recorded by stenographic means and may also be recorded by video. The deposition

1 will continue from day to day until completed or continued. You are invited to
2 attend, and cross examine.

Dated: June 29, 2020.        Respectfully submitted,

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Defendants
Stephen Fairfax and MTechnology

Case No. 2:17-cv-02651-GMN-EJY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2020, I caused a true and correct copy of the foregoing document to be served via email and U.S. Mail.

*[signature]*

Employee,
Randazza Legal Group, PLLC