# EXHIBIT 2

Email from Sam Castor
dated June 30, 2020

**From:** Sam Castor sam@switch.com
**Subject:** Re: MTechnology adv. Switch, Ltd. | Notice of Deposition
**Date:** June 30, 2020 at 6:10 PM
**To:** Jasmyn Montano jbm@randazza.com, Policy policy@switch.com, Anne-Marie Birk abirk@switch.com, Tanya Paonessa tpaonessa@switch.com, Qtueller@hutchlegal.com, jreynolds@hutchlegal.com, caustin@weidemiller.com
**Cc:** Staff staff@randazza.com, Marc Randazza mjr@randazza.com, Ron Green rdg@randazza.com

Thank you. If you intend on deposing our C-levels we'll need more than a few weeks' notice. They are not avail on the dates identified. Happy to discuss.

Ron, working on getting you the data we discussed – confirming time frames due to the migration.



**SAM CASTOR**
EVP OF POLICY
DEPUTY GENERAL COUNSEL

o    +1 (702) 444-4102
m   +1 (702) 371-0724
e    sam@switch.com
+    Switch e-card

We use e-cards to reduce waste of natural resources and promote sustainability.

**From:** Jasmyn Montano <jbm@randazza.com>
**Date:** Monday, June 29, 2020 at 5:44 PM
**To:** Policy <policy@switch.com>, Samuel Castor <sam@switch.com>, Anne-Marie Birk <abirk@switch.com>, Tanya Paonessa <tpaonessa@switch.com>, "Qtueller@hutchlegal.com" <Qtueller@hutchlegal.com>, Jacob Reynolds <jreynolds@hutchlegal.com>, "caustin@weidemiller.com" <caustin@weidemiller.com>
**Cc:** Staff <staff@randazza.com>, Marc Randazza <mjr@randazza.com>, Ron Green <rdg@randazza.com>
**Subject:** MTechnology adv. Switch, Ltd. | Notice of Deposition

CAUTION: This email originated from outside of the organization. Do not follow guidance, click links, or open attachments unless you recognize the sender and know the content is safe.

Hi all,

Attached you'll find the following:
- Notice of Deposition of Rob Roy
- Notice of Deposition of PMK for Switch
- Notice of Deposition of Sam Castor
- Notice of Deposition of Missy Young

Please confirm receipt.

Please confirm receipt.

Thanks,

___

**Jasmyn B. Montano\* | Randazza Legal Group, PLLC**
2764 Lake Sahara Dr., Suite 109, Las Vegas, NV 89117
Tel: (702) 420-2001 | Email: jbm@randazza.com

\* Paralegal – not licensed to practice law.

**CONFIDENTIAL INFORMATION**

This email message, its chain, and any attachments: (a) may include proprietary information, trade secrets, pending patents, confidential information and/or other protected information ("Confidential Information") which are hereby labeled as "Confidential" for protection purposes, (b) is sent to you in confidence with a reasonable expectation of privacy, (c) may be protected by confidentiality agreements requiring this notice and/or identification, and (d) is not intended for transmission to, or receipt by unauthorized persons. Your retention or possession will be viewed as your consent to the foregoing and covenant to comply with Switch's then current acceptable use policy available at www.switch.com/aup. If you are not the intended recipient, (i) please notify the sender immediately by telephone or by replying to this message and (ii) then delete this message, any attachments, chains, copies or portions from your system(s). Retention of this email and the associated data constitutes valid consideration and your consent, agreement and covenant to abide by the foregoing terms.