# EXHIBIT 7

Plaintiff's First Supplement to
List of Witnesses and Documents
Pursuant to FRCP 26 and LR 26-1

SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
sam@switch.com
ANNE-MARIE BIRK, ESQ.
Nevada Bar No. 12330
abirk@switch.com
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111

F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 382-4804
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.:   2:17-cv-02651-GMN-VCF<br><br>**PLAINTIFF'S FIRST SUPPLEMENT TO LIST OF WITNESSES AND DOCUMENTS PURSUANT TO FRCP 26 AND LR 26-1** |

Plaintiff, SWITCH, LTD. (hereinafter "Plaintiff" or "Switch"), by and through its attorneys, hereby supplements its initial List of Witnesses and Documents Pursuant to FRCP 26 and LR 26-1 (as noted in **bold**), as follows:

These initial disclosures are based on information presently available to Plaintiff as of this date, recognizing that its investigation continues and that discovery has just begun. Plaintiff's investigation of this case is ongoing, and Plaintiff reserves the right to amend, modify, and supplement these initial disclosures at any time as additional information becomes available during

1

the course of discovery.

In making these disclosures, Plaintiff does not purport to identify every individual document, data compilation, or tangible thing possibly relevant to this lawsuit. Rather, Plaintiff's disclosure represents a good faith effort to identify discoverable information Plaintiff currently and reasonably believes may be used to support its claims as required by Fed. R. Civ. P. 26(a)(1). Furthermore, Plaintiff makes these disclosures without waiving its right to object to the production of any document, data compilation, or tangible thing disclosed on the basis of any privilege, work product, relevancy, undue burden, or other valid objection. These disclosures do not include information that may be used solely for impeachment purposes. While making these disclosures, Plaintiff reserves, among other rights, (1) its right to object on the grounds of competency, privilege, work product, relevancy and materiality, admissibility, hearsay, or any other proper ground to use of any disclosed information, for any purpose in whole or in part in this action or any other action , and (2) its right to object on any and all proper grounds, at any time, to any discovery request, discovery motion, or other discovery procedures relating to the persons or documents identified in these initial disclosures or relating to the subject matter of this litigation. In addition, these disclosures do not identify or otherwise include information regarding expert witnesses, as FRCP Rule 26(a) does not require Plaintiff to provide such information at this time.

The following disclosures are made subject to the above objections and qualifications.

I. **WITNESSES:**

Plaintiff identifies the following witnesses:

| | Name and Contact Information | Subject(s) of Information |
|---|---|---|
| 1. | Persons Most Knowledgeable: Switch, Ltd.<br>**c/o SAMUEL CASTOR, ESQ.**<br>**ANNE-MARIE BIRK, ESQ.**<br>**7135 South Decatur Blvd.**<br>**Las Vegas, Nevada 89118**<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |

|    | **Name and Contact Information** | **Subject(s) of Information** |
|----|----------------------------------|-------------------------------|
| 2. | Stephen Fairfax<br>c/o RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, Nevada 89117 | This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |
| 3. | Person Most Knowledgeable:<br>MTechnology<br>c/o RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, Nevada 89117 | This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |
| 4. | Neal Dowling<br>MTechnology<br>c/o RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, Nevada 89117 | This witness is a Senior Engineer at MTechnology.<br><br>This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |
| 5. | Tim Griffin<br>MTechnology<br>c/o RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, Nevada 89117 | This witness is an Electrical Technician at MTechnology.<br><br>This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |
| 6. | Yoonik Kim<br>MTechnology<br>c/o RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, Nevada 89117 | This witness is a Reliability Analyst at MTechnology.<br><br>This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |
| 7. | Jakob Carnemark<br>c/o Aligned Data Center<br>2800 Summit Avenue<br>Plano, Texas 74074 | This witness is Co-Founder and CTO of Aligned Data Center.<br><br>This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |
| 8. | Andrew Schaap<br>c/o Aligned Data Center<br>2800 Summit Avenue<br>Plano, Texas 74074 | This witness is CEO of Aligned Data Center.<br><br>This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |
| 9. | Jakob Carnemark<br>c/o Inertech, LLC<br>60 Backus Avenue<br>Danbury, Connecticut 06810 | This witness oversees Inertech, LLC.<br><br>This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein. |

|     | **Name and Contact Information** | **Subject(s) of Information** |
|-----|----------------------------------|-------------------------------|
| 10. | Earl Keisling<br>c/o Inertech, LLC<br>60 Backus Avenue<br>Danbury, Connecticut 06810 | This witness is co-founder and CEO of Inertech, LLC.<br><br>This witness is likely to have discoverable information in connection with the data center infrastructure and technology division, which may support Switch's issues and claims at issue herein. |
| 11. | John Costakis<br>c/o Inertech, LLC<br>60 Backus Avenue<br>Danbury, Connecticut 06810 | This witness is President and Co-Founder of Inertech, LLC.<br><br>This witness is likely to have discoverable information in connection with manufacturing and construction, which may support Switch's issues and claims at issue herein. |
| 12. | Ming Zhang<br>c/o Inertech, LLC<br>60 Backus Avenue<br>Danbury, Connecticut 06810 | This witness is leader of R&D Department at Inertech, LLC.<br><br>This witness is likely to have discoverable information in connection with research, existing products, processes and testing processes, which may support Switch's issues and claims at issue herein. |
| **13.** | **Person Most Knowledgeable for Aligned Data Centers, LLC**<br>**c/o ARNOLD & PORTER KAYE SCHOLER LLP**<br>**Three Embarcadero Center, 10th Floor**<br>**San Francisco, California 94111**<br>**Telephone: 415-471-3277** | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |
| **14.** | **Person Most Knowledgeable for Aligned Energy Holdings, LP**<br>**c/o ARNOLD & PORTER KAYE SCHOLER LLP**<br>**Three Embarcadero Center, 10th Floor**<br>**San Francisco, California 94111**<br>**Telephone: 415-471-3277** | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |

|     | Name and Contact Information | Subject(s) of Information |
| --- | --- | --- |
| 15. | Rob Roy<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Founder, Chairman and CEO of Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |
| 16. | Missy Young<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Chief Information Officer of Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |
| 17. | Gabe Nacht<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Chief Financial Officer of Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |
| 18. | Lesley McVay<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Chief Operations Officer of Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |

|     | Name and Contact Information | Subject(s) of Information |
| --- | --- | --- |
| 19. | Terri Borden<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Chief Construction Officer of Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |
| 20. | Mark Crosby<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Director of Security of Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |
| 21. | Michael Smith<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Security Manager of Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |
| 22. | Rebecca Ray (fka Boettcher)<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Executive Assistant, Office of the CEO, for Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |

|     | Name and Contact Information | Subject(s) of Information |
|-----|------------------------------|---------------------------|
| 23. | Joe McDonald<br>Switch, Ltd.<br>c/o SAMUEL CASTOR, ESQ.<br>ANNE-MARIE BIRK, ESQ.<br>7135 South Decatur Blvd.<br>Las Vegas, Nevada 89118<br>-and-<br>F. CHRISTOPHER AUSTIN, ESQ.<br>WEIDE & MILLER, LTD.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 89144 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the former Chief Security Officer of Switch, Ltd.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |
| 24. | Steven Lacy<br>c/o Coinbase, Inc. (current employer)<br>548 Market Street, #23008<br>San Francisco, California 94104 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the former Global Security System Deployment Manager of Uber Technologies, Inc.**<br><br>**This witness is likely to have discoverable information as to the facts and circumstances alleged in the Complaint.** |
| 25. | Reynaldo Perez<br>Uber Technologies, Inc.<br>1455 Market Street, 4th Floor<br>San Francisco, California 94103 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Regional Security Manager of Uber Technologies, Inc.**<br><br>**This witness is likely to have discoverable information as to the facts and circumstances alleged in the Complaint.** |
| 26. | Robert Cassiliano<br>7x24 Exchange International<br>c/o Eques Office Centre<br>24 Merchants Way, Suite 200<br>Colts Neck, New Jersey 07722 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Chairman & CEO of 7x24 Exchange International and the Chairman & CEO of BIZ.**<br><br>**This witness is likely to have discoverable information as to the facts and circumstances alleged in the Complaint.** |

|     | Name and Contact Information | Subject(s) of Information |
| --- | --- | --- |
| 27. | **Jack Koch**<br>**Aligned Data Centers**<br>**c/o ARNOLD & PORTER KAYE SCHOLER LLP**<br>**Three Embarcadero Center, 10th Floor**<br>**San Francisco, California 94111**<br>**Telephone: 415-471-3277** | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Director, Technology and Infrastructure, of Aligned Data Centers.**<br><br>**This witness is likely to have discoverable information as to the facts and circumstances alleged in the Complaint.** |
| 28. | **Professor Michael Golay**<br>**Massachusetts Institute of Technology**<br>**77 Massachusetts Ave., Room 24-223**<br>**Cambridge, Massachusetts 02139** | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is likely to have discoverable information as to the facts and circumstances alleged in the Complaint.** |
| 29. | **Dean Nelson**<br>**Uber Technologies, Inc.**<br>**1455 Market Street, 4th Floor**<br>**San Francisco, California 94103** | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Head, Uber Compute, for Uber Technologies, Inc.**<br><br>**This witness is likely to have discoverable information as to the facts and circumstances alleged in the Complaint.** |
| 30. | **Jim Weinheimer**<br>**Uber ATC**<br>**50 33rd Street**<br>**Pittsburgh, Pennsylvania 15201** | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Head of Data Center for Uber ATC.**<br><br>**This witness is likely to have discoverable information as to the facts and circumstances alleged in the Complaint.** |
| 31. | **Mike Lewis**<br>**c/o Hardscrabble Outdoors (current employer)**<br>**7363 McClain Point, Suite 130**<br>**Colorado Springs, Colorado 80915** | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the former Senior Director of Global Data Center Services of eBay.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein**. |

| | Name and Contact Information | Subject(s) of Information |
|---|---|---|
| 32. | **James Monahan**<br>eBay<br>2025 Hamilton Avenue<br>San Jose, California 95125 | **Plaintiff hereby incorporates by reference this witness as identified by Defendants.**<br><br>**This witness is the Director of Datacenter Engineering of eBay.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |
| 33. | **Thomas Doherty**<br>Aligned Data Centers, LLC<br>c/o ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111<br>Telephone: 415-471-3277 | **This witness is Chief Operating Officer of Aligned Data Center.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |
| 34. | **John Petralia**<br>c/o CA Technologies<br>(current employer)<br>1 CA Plaza<br>Islandia, New York 11749<br>Telephone: 800-225-5224 | **This witness is the former Chief Marketing Officer for Aligned Energy Holdings, LP.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |
| 35. | **Rajendran Avadaippan**<br>c/o Energy Metrics<br>(current employer)<br>1431 Broadway, 6th Floor<br>New York, New York 10018<br>Telephone: 855-732-2436 | **This witness is the former Chief Information Officer and Head Energy Metrics for Aligned Energy Holdings, LP.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |
| 36. | **John Greenwood**<br>Aligned Energy Holdings, LP<br>c/o ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111<br>Telephone: 415-471-3277 | **This witness is SVP of Sales for Aligned Energy Holdings, LP.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |
| 37. | **Tom Blair**<br>c/o Headstorm<br>(current employer)<br>5055 Keller Springs Road, #250<br>Addison, Texas 75001<br>Telephone: 214-396-5390 | **This witness is the former Chief Sales Officer of Aligned Energy Holdings, LP.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |

|     | Name and Contact Information | Subject(s) of Information |
|-----|------------------------------|---------------------------|
| 38. | **Kirk Offel**<br>**Aligned Energy Holdings, LP**<br>**c/o ARNOLD & PORTER KAYE SCHOLER LLP**<br>**Three Embarcadero Center, 10th Floor**<br>**San Francisco, California 94111**<br>**Telephone: 415-471-3277** | **This witness is the Executive Vice President of Platform Delivery for Aligned Energy Holdings, LP.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |
| 39. | **Anubhav Raj**<br>**Aligned Energy Holdings, LP**<br>**c/o ARNOLD & PORTER KAYE SCHOLER LLP**<br>**Three Embarcadero Center, 10th Floor**<br>**San Francisco, California 94111**<br>**Telephone: 415-471-3277** | **This witness is the Chief Financial Officer for Aligned Energy Holdings, LP.**<br><br>**This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |
| 40. | **FRCP 30(b)(6) Witness for PowerSecure, Inc.**<br>**1609 Heritage Commerce Court**<br>**Wake Forest, North Carolina 27587**<br>**Telephone: 919-556-3056** | **This witness is likely to have discoverable information in connection which may support Switch's issues and claims at issue herein.** |

In addition to the foregoing, Plaintiff may call as witnesses and identifies the following as having discoverable information in this matter:

1. Defendant's officers, employees, agents, licensees, customers, and independent contractors regarding the allegations set forth in the Plaintiff's Complaint (as amended) and Defendant's Answer thereto.

2. Any custodian of records for any entity involved in this matter, which witnesses may be required to lay appropriate foundation for admission of documents in this matter.

3. Any impeachment or rebuttal witness.

4. Any witnesses identified in Defendant's initial disclosures pursuant to Rule 26(a)(1), as well as any other witness disclosed or otherwise identified during the course of discovery that Plaintiff may use to support its claims or defenses.

5. Plaintiff reserves the right to name expert witnesses.

6. Plaintiff reserves the right to supplement this list either to add or delete witnesses in the event that subsequent discovery and/or investigation warrants the same.

///

7. Plaintiff reserves the right to challenge any witness presented by Plaintiff on the basis of foundation relevance, hearsay, and other objections necessary.

## II. **DOCUMENTS**:

Plaintiff hereby identifies the following categories of documents responsive to the foregoing:

| Description | Location |
|---|---|
| All of the pleadings and papers on file herein and any exhibits attached thereto. | On record. |
| Documents reflecting the correspondence between Plaintiff (and its agents) and Defendant (and its agents) regarding the products at issue. | These documents are located at Plaintiff's corporate offices and/or the offices of its counsel. In addition, such documents are also within Defendant's possession. |
| Documents reflecting Plaintiff's creation and protection of Plaintiff's confidential information and trade secrets at issue. | These documents are located at Plaintiff's corporate offices and/or the offices of its counsel. |
| Documents reflecting the breach of agreements protecting Plaintiff's confidential information or trade secrets. | On information or belief, these documents are in the possession of Defendants or their counsel. |
| Documents reflecting the Plaintiff's intellectual property protection on the products at issue. | These documents are located at Plaintiff's corporate offices and/or the offices of its counsel. |

Without limiting the foregoing, Plaintiff specifically identifies the following documents by Bates Numbers available at the offices of Plaintiff's counsel.

| Bates Number | Description |
|---|---|
| SWITCH 000001 | Connecticut Secretary of State Entity Information – Aligned Energy, LLC |
| SWITCH 000002 | Connecticut Secretary of State Entity Information – Inertech, LLC |
| SWITCH 000003 | Department of State, Division of Corporations Information – Aligned Data Centers |
| SWITCH 000004 | Department of State, Division of Corporations Information – Aligned Energy |
| SWITCH 000005 | Department of State, Division of Corporations Information – Inertech |
| SWITCH 000006 | Department of State, Division of Corporations Information – MTechnology |
| SWITCH 000007-SWITCH 000008 | NonDisclosure Agreement, dated May 4, 2011, by Stephen Fairfax |
| SWITCH 000009-SWITCH 000010 | NonDisclosure Agreement, dated August 12, 2015, by Stephen Fairfax |
| SWITCH 000011-SWITCH 000012 | Spec Sheet – Plano Texas Colocation Site Specifications |

| | | |
|---|---|---|
| 1 | SWITCH 000013-SWITCH 000035 | MTechnology WhitePaper – Reliability Analysis of the APC Symmetra MW Power System |
| 2 | SWITCH 000036-SWITCH 000037 | Email between Fairfax and Lewis, dated May 23, 2013, regarding initial visit, data centers, and architecture |
| 3 | SWITCH 000038-SWITCH 000039 | Email between Lewis and Roy, dated May 24, 2013, regarding initial visit, reliability analysis, and meeting |
| 4 | SWITCH 000040 | Video - Building a Holistic Thermodynamic Model for Aligned Data Centers, dated May 10, 2016 |
| 5 | SWITCH 000041 | Screenshot - Building a Holistic Thermodynamic Model for Aligned Data Centers, dated May 10, 2016 |
| 6 | SWITCH 000042 | Video - Steve Fairfax MTechnology Aligned Data Centers, dated November 3, 2015 from Aligned Website |
| 7 | SWITCH 000043 | Screenshot - Steve Fairfax MTechnology Aligned Data Centers, dated November 3, 2015 from Aligned Website |
| 8 | SWITCH 000044 | Video - Steve Fairfax MTechnology Aligned Data Centers, dated November 4, 2015 |
| 9 | SWITCH 000045 | Screenshot - Steve Fairfax MTechnology Aligned Data Centers, dated November 4, 2015 |
| 10 | **SWITCH 000046-SWITCH 000055** | **CONFIDENTIAL - Email exchange between Switch, eBay, Fairfax, and MTechnology dated March 30, 2011 – May 4, 2011** |
| 11 | **SWITCH 000056-SWITCH 000086** | **CONFIDENTIAL - Email exchange between Switch, eBay, Fairfax, and MTechnology dated March 30, 2011 – May 10, 2011** |
| 12 | **SWITCH 000087-SWITCH 000090** | **CONFIDENTIAL - Email exchange between Switch, eBay, Fairfax, and MTechnology dated May 23, 2013 – June 6, 2013** |
| 13 | **SWITCH 000091-SWITCH 000096** | **CONFIDENTIAL - Email exchange between Switch and eBay dated February 10, 2012 – February 27, 2012** |
| 14 | **SWITCH 000097-SWITCH 000099** | **CONFIDENTIAL - Correspondence from Michael A. Berta, Esq., counsel for Aligned Data Centers, LLC, to Thomas Morton, President and Chief Legal Officer of Switch, Ltd., dated July 31, 2017** |
| 15 | **SWITCH 000100** | **CONFIDENTIAL - Email from Steve Fairfax to Rebecca Boettcher (nka Rebecca Ray), of Switch, Ltd., dated May 10, 2011** |
| 16 | **SWITCH 000101-SWITCH 000105** | **CONFIDENTIAL - Correspondence from Thomas Morton, President of Switch, Ltd., to Andrew Schaap, Chief Executive Officer of Aligned Data Centers, dated July 21, 2017** |
| 17 | **SWITCH 000106-SWITCH 000109** | **CONFIDENTIAL - Litigation Hold Notice from Anne-Marie Birk, Esq., Associate General Counsel for Switch, Ltd., to Steve Fairfax, President of MTechnology, and Jakob Carnemark, Founder, CTO, Vice Chairman of Aligned Data Centers, dated July 27, 2017** |
| 18 | **SWITCH 000110-SWITCH 000139** | **United States Patent (US 8,523,643) – Electronic Equipment Data Center or Co-Location Facility Designs and Methods of Making and Using the Same** |
| 19 | **SWITCH 000140-SWITCH 000149** | **United States Patent (US 9,198,331) – Data Center Facility Design Configuration** |
| 20 | **SWITCH 000150-SWITCH 000166** | **United States Patent (US 9,622,389) – Electronic Equipment Data Center and Server Co-Location Facility Configurations and Method of Using the Same** |

| | |
|---|---|
| SWITCH 000167-<br>SWITCH 000182 | United States Patent (US 9,693,486) – Air Handling Unit with a Canopy Thereover for Use with a Data Center and Method of Using the Same |
| SWITCH 000183-<br>SWITCH 000207 | Utility Patent Application Transmittal dated June 13, 2008 - Electronic Equipment Data Center or Co-Location Facility Designs and Methods of Making and Using the Same |
| SWITCH 000208-<br>SWITCH 000230 | Utility Patent Application Transmittal dated July 17, 2012 - Electronic Equipment Data Center and Server Co-Location Facility Configurations and Method of Using the Same |
| SWITCH 000231-<br>SWITCH 000285 | Utility Patent Application Transmittal dated August 21, 2012 – Data Center Air Handling Unit Including Uninterruptable Cooling Fan with Weighted Rotor and Method of Using the Same |
| SWITCH 000286-<br>SWITCH 000338 | Utility Patent Application Transmittal dated October 12, 2012 – Electronic Equipment Data Center or Co-Location Facility Designs and Methods of Making and Using the Same |
| SWITCH 000339-<br>SWITCH 000396 | Utility Patent Application Transmittal dated January 2, 2013 - Electronic Equipment Data Center or Co-Location Facility Designs and Methods of Making and Using the Same |
| SWITCH 000397-<br>SWITCH 000407 | Data Center Frontier web article, *Future-Proofing Cooling with the Adaptive Data Center*, dated May 2, 2019 |
| SWITCH 000408-<br>SWITCH 000427 | Data Center Frontier web article, *The Top 10 Cloud Campuses*, dated November 23, 2015 |
| SWITCH 000428 | Video – Aligned Data Centers Plano, TX Opening dated December 14, 2015 from YouTube |
| SWITCH 000429-<br>SWITCH 000432 | Aligned Energy web article, *Steve Fairfax on Reliability-focused Data Center Design* dated December 2, 2015 |
| SWITCH 000433 | Image of Switch T-SCIF Side View |
| SWITCH 000434 | Image of Switch T-SCIF Side View |
| SWITCH 000435 | Image of Switch T-SCIF Front View |
| SWITCH 000436 | Image of Switch T-SCIF Top View Showing the Heat Shield |
| SWITCH 000437 | Image of Switch T-SCIF Diagram |
| SWITCH 000438 | Image of Switch Data Center Cross-Section of Entire Facility |
| SWITCH 000439 | Image of Switch Data Center Cross-Section of Entire Facility |
| SWITCH 000440 | Image of Switch Data Center Cross-Section of Entire Facility |
| SWITCH 000441 | Image of Switch Data Center Cross-Section of Entire Facility |
| SWITCH 000442 | Image of Switch Data Center Cross-Section of Entire Facility |
| SWITCH 000443 | Image of Aligned "Customer Pod" Side View |
| SWITCH 000444 | Image of Aligned "Customer Pod" Side View |
| SWITCH 000445 | Image of Aligned "Customer Pod" Front View |
| SWITCH 000446 | Image of Aligned "Customer Pod" Top View Showing the Heat Shield |
| SWITCH 000447 | Image of Aligned "Customer Pod" Diagram |
| SWITCH 000448 | Image of Aligned Data Center Cross-Section of Entire Facility |
| SWITCH 000449 | Image of Aligned Data Center Cross-Section of Entire Facility |
| SWITCH 000450 | Image of Aligned Data Center Cross-Section of Entire Facility |
| SWITCH 000451 | Image of Aligned Data Center Cross-Section of Entire Facility |
| SWITCH 000452 | Image of Aligned Data Center Cross-Section of Entire Facility |

The Bates numbered documents identified above may be downloaded from the following Box link:

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**PRIVILEGE LOG**

| Bates Number(s) | Document Description | Privilege Claimed | Action Taken |
|---|---|---|---|
| SWITCH 000036 | Email | Personal Contact Information | Redacted |
| SWITCH 000038-SWITCH 000039 | Email | Personal Contact Information | Redacted |
| SWITCH 000046-SWITCH 000053 | Email | Personal Contact Information | Redacted |
| SWITCH 000056-SWITCH 000057 | Email | Personal Contact Information | Redacted |
| SWITCH 000059-SWITCH 000063 | Email | Personal Contact Information | Redacted |
| SWITCH 000087-SWITCH 000089 | Email | Personal Contact Information | Redacted |
| SWITCH 000091-SWITCH 000095 | Email | Personal Contact Information | Redacted |
| SWITCH 000100 | Email | Personal Contact Information | Redacted |
| SWITCH 000106 | Email | Personal Contact Information | Redacted |
| SWITCH 000109 | Correspondence | Personal Contact Information | Redacted |

Plaintiff further incorporates by reference the following documents identified by Defendants:

| Bates Number | Description |
|---|---|
|  | Correspondence documents with eBay, while MTechnology was working for eBay, concerning a proposed site visit by MTechnology to Switch's facilities |
|  | Document of a reliability analysis performance by MTechnology and that MTechnology provided to Switch in 2011 |

1. Plaintiff reserves the right to amend this production at any time in which documents become available.

2. Plaintiff reserves the right to list additional exhibits in the event that subsequent discovery and/or investigation warrants the same.

14

3.      Plaintiff reserves the right to use all documents relevant to this litigation, including, without limitation, information relevant to expert, impeachment or rebuttal witnesses.

4.      Plaintiff reserves the right to submit any exhibit and/or document disclosed by Defendant in this matter.

5.      Plaintiff reserves the right to submit any exhibits as may be necessary for purposes of rebuttal or impeachment.

6.      Plaintiff reserves the right to use all documents identified in any pleadings or papers filed by any party in this matter. However, this reservation of rights is not a waiver of any objections Plaintiff may have to those documents.

7.      Plaintiff reserves the right to use all documents identified in the course of discovery in this matter. However, this reservation of rights is not a waiver of any objections Plaintiff may have to those documents.

## III.   **DAMAGES**:

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

As this case is in the early stages of discovery, an exact computation of Plaintiff's damages cannot be determined at this time. Plaintiff alleges damages arising from the following:

(a)     Consequential damages and losses in an amount to be determined,

(b)     Plaintiff's costs in bringing this action,

(c)     Plaintiff's attorneys' fees, and

(d)     Any other damages arising from any claims or amended claims in this action.

///

///

///

///

///

15

IV. **INSURANCE:**

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Plaintiff is not aware of any applicable insurance contracts.

DATED this 2nd day of July, 2019.

                                            **SWITCH, LTD.**

                                            /s/: Samuel Castor
                                            SAMUEL CASTOR, ESQ.
                                            Nevada Bar No. 11532
                                            ANNE-MARIE BIRK, ESQ.
                                            Nevada Bar No. 12330
                                            7135 South Decatur Blvd.
                                            Las Vegas, Nevada 89118

                                            F. CHRISTOPHER AUSTIN, ESQ.
                                            Nevada Bar No. 6559
                                            caustin@weidemiller.com
                                            **WEIDE & MILLER, LTD.**
                                            10655 Park Run Drive, Suite 100
                                            Las Vegas, Nevada 89144
                                            *Attorneys for Plaintiff*

16

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that on this 2nd day of July, 2019, I served a true and correct copy of the above document, entitled **PLAINTIFF'S FIRST SUPPLEMENT TO LIST OF WITNESSES AND DOCUMENTS PURSUANT TO FRCP 26 AND LR 26-1**, to all parties, who are deemed to have consented to electronic service via their email, and via United States first-class mail, postage prepaid, as follows:

Marc J. Randazza, Esq.
Ronald D. Green, Esq.
Alex J. Shepard, Esq.
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
ecf@randazza.com
mjr@randazza.com
rdg@randazza.com
ajs@randazza.com
*Attorneys for Defendants*

                                                /s/: *Tanya Paonessa*
                                                An agent of SWITCH, LTD.