Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Stephen Fairfax and MTechnology

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-02651-GMN-EJY<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEPOSITION OF ROB ROY** |

PLEASE TAKE NOTICE that Defendants MTechnology and Stephen Fairfax hereby withdraw their Motion to Compel Deposition of Rob Roy (ECF No. 88) without prejudice.

Dated: July 24, 2020.         Respectfully submitted,

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Defendants
Stephen Fairfax and MTechnology

Case No. 2:17-cv-02651-GMN-EJY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

_____
Employee,
Randazza Legal Group, PLLC