Samuel Castor (11532)
Anne-Marie Birk (12330)
SWITCH, LTD.
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111
sam@switch.com
abirk@switch.com

Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
ptueller@hutchlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02651-GMN-VCF<br><br>**NOTICE OF WITHDRAWAL OF HUTCHISON & STEFFEN, PLLC AS COUNSEL** |

NOTICE IS HEREBY GIVEN that pursuant to LR IA 11-6 Mark A. Hutchison, Jacob A. Reynolds, and Piers R. Tueller of the law offices of Hutchison & Steffen, PLLC, and Hutchison & Steffen, PLLC hereby withdraw as counsel of record for Plaintiff Switch, Ltd.

1

1  ("Switch").

2      After the withdrawal, Switch will still be represented by licensed Nevada attorneys, Samuel Castor and Anne-Marie Birk, who are in-house counsel for Switch, and have requested this withdrawal. This withdrawal is not made to delay discovery, trial, or ay hearing in the case.

    It is respectfully requested that copies of all future pleadings, discovery and other documents in the above-entitled matter no longer be served upon the undersigned.

    Dated this 14th day of September, 2020.

                            HUTCHISON & STEFFEN, PLLC

                            /s/ Jacob Reynolds
                            Mark A. Hutchison (4639)
                            Jacob A. Reynolds (10199)
                            Piers R. Tueller (14633)
                            Peccole Professional Park
                            10080 West Alta Drive, Suite 200
                            Las Vegas, NV 89145

                            Samuel Castor (11532)
                            Anne-Marie Birk (12330)
                            SWITCH, LTD.
                            7135 South Decatur Blvd.
                            Las Vegas, Nevada 89118

                            *Attorneys for Plaintiff*