MICHAEL A. BERTA (admitted *pro hac vice*)
michael.berta@arnoldporter.com
JOSEPH FARRIS (admitted *pro hac vice*)
joseph.farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California  94111
Telephone:     (415) 471-3100
Facsimile:      (415) 471-3400

WILLIAM R. URGA (SBN 1195)
wru@juwlaw.com
**JOLLEY URGA WOODBURY & HOLTHUS**
330 S. Rampart Boulevard, Suite 380
Las Vegas, Nevada  89145
Telephone:     (702) 699-7500
Facsimile:      (702) 699-7555

*Attorneys for Third Parties*
**ALIGNED DATA CENTERS, LLC and
ALIGNED ENERGY HOLDINGS, LP**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>        vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:17-cv-02651-GMN-EJY<br><br>**DECLARATION OF DAVID W. ROBINSON IN SUPPORT OF MOTION FOR PROTECTIVE ORDER BY ALIGNED DATA CENTERS, LLC AND ALIGNED ENERGY HOLDINGS, LP REGARDING SUBPOENA FOR DEPOSITION OF JAKOB CARNEMARK** |

I, David W. Robinson, declare as follows:

1. I am the General Counsel & Executive Vice President of Strategic Development at Aligned Data Centers LLC and its affiliated companies ("Aligned"). I have personal knowledge of the facts stated herein, and I make this declaration in support of Aligned Data Centers, LLC and Aligned Energy Holdings, LP's Motion for Protective Order Regarding Subpoena for Deposition of Jakob Carnemark (the "Motion").

2. Aligned provides data center infrastructure technology and operates data centers in various locations in the country.

3. Jakob Carnemark is a co-founder and former Chief Executive Officer of Aligned. He served as CEO from its founding in 2013 until September 2017 and then served as the Chief Technology Officer until January 2019. Mr. Carnemark has been on the Board of Directors since Aligned's inception.

4. In Mr. Carnemark's various roles, he has had wide-ranging access to Aligned's most confidential and sensitive business information and trade secrets. This includes access to Aligned's confidential competitively sensitive information such as pricing information, intellectual property strategies, confidential information concerning its current and prospective customer relationships, and confidential information concerning the technical design and operation of its data centers, among other things.

5. Plaintiff Switch Ltd. is a direct competitor of Aligned in the data center industry and competes with Aligned in areas such as customer acquisition, strategic expansions, and the development of technical intellectual property related to the design and operations of data centers.

[CONTINUED ON NEXT PAGE]

6. To the extent that Aligned's confidential information and trade secrets concerning the matters within Mr. Carnemark's knowledge were disclosed to Switch and/or competitive decisionmakers at Switch, it could be used to directly harm Aligned's competitive interests and to give Switch an unfair advantage in competitive matters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of September, 2020 in New Jersey.

/s/ David W. Robinson
DAVID W. ROBINSON