MICHAEL A. BERTA (admitted *pro hac vice*)
michael.berta@arnoldporter.com
JOSEPH FARRIS (admitted *pro hac vice*)
joseph.farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California  94111
Telephone:	(415) 471-3100
Facsimile:	(415) 471-3400

WILLIAM R. URGA (SBN 1195)
wru@juwlaw.com
**JOLLEY URGA WOODBURY & HOLTHUS**
330 S. Rampart Boulevard, Suite 380
Las Vegas, Nevada  89145
Telephone:	(702) 699-7500
Facsimile:	(702) 699-7555

*Attorneys for Third Parties*
**ALIGNED DATA CENTERS, LLC; and
ALIGNED ENERGY HOLDINGS, LP**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-02651-GMN-EJY<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

I, Michael A. Berta, of Arnold & Porter Kaye Scholer LLP, hereby enter my appearance as counsel for Third Parties Aligned Data Centers, LLC and Aligned Energy Holdings, LP in the above-captioned matter.  My Verified Petition to practice before this Court was filed on May 14, 2020, and I will be practicing in Nevada under the supervision of local counsel William R. Urga, a good-standing member of the Nevada State Bar.

All pleadings, discovery, correspondence and other material should be served upon counsel at the address below:

>  Michael A. Berta
>  ARNOLD & PORTER KAYE SCHOLER LLP
>  Three Embarcadero Center, 10th Floor
>  San Francisco, CA  94111-4024
>  Telephone:    415.471.3100
>  Facsimile:    415.471.3400
>  Email:        michael.berta@arnoldporter.com

Dated:  September 16, 2020.              Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**
MICHAEL A. BERTA (admitted *pro hac vice*)
JOSEPH R. FARRIS (admitted *pro hac vice*)

**JOLLEY URGA WOODBURY & HOLTHUS**
WILLIAM R. URGA

By:  /s/ *Michael Berta*
        MICHAEL BERTA

*Attorneys for Third Parties*
**ALIGNED DATA CENTERS, LLC; and
ALIGNED ENERGY HOLDINGS, LP**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL via the Court's CM/ECF system on September 16, 2020.

/s/ *William R. Urga*
WILLIAM R. URGA