SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
LYNNEL M. REYES, ESQ.
Nevada Bar No. 14604
MICHAEL A. WHEABLE, ESQ.
Nevada Bar No. 12518
**SWITCH, LTD.**
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111
policy@switch.com

MARK A. HUTCHISON
Nevada Bar No. 4639
DANIEL H. STEWART
Nevada Bar No. 11287
JACOB A. REYNOLDS
Nevada Bar No. 10199
PIERS R. TUELLER
Nevada Bar No. 14633
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>                    Defendants. | CASE NO. 2:17-cv-02651-GMN-EJY<br><br>**PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL, ANNE-MARIE BIRK** |

Pursuant to Local Rule IA 11-6(b), Plaintiff, SWITCH, LTD., hereby moves for withdrawal of Anne-Marie Birk as counsel for Plaintiff in the above-captioned matter. Samuel Castor, Lynnel M. Reyes, and Michael A. Wheable, of Switch, Ltd., and Mark A. Hutchison, Daniel H. Stewart, Jacob

1

A. Reynolds, and Piers R. Tueller, of Hutchison & Steffen, PLLC, continue to serve as counsel for Plaintiff. Pursuant to Local Rule IA 11-6(b), counsel represents that the client has received notice and has no objection to this withdrawal. Counsel further represents that the withdrawal will cause no delays or rescheduling of dates.

DATED this 1st day of March, 2021.

SWITCH, LTD.

  /s/:  Samuel Castor
SAMUEL CASTOR, ESQ.
Nevada Bar No. 11532
LYNNEL M. REYES, ESQ.
Nevada Bar No. 14604
MICHAEL A. WHEABLE, ESQ.
Nevada Bar No. 12518
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: March 1, 2021