Samuel Castor (11532)
Lynnel M. Reyes (14604)
SWITCH, LTD.
7135 South Decatur Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 444-4111
policy@switch.com

Mark A. Hutchison (4639)
Jacob A. Reynolds (10199)
Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
mhutchison@hutchlegal.com
jreynolds@hutchlegal.com
ptueller@hutchlegal.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN FAIRFAX; MTECHNOLOGY; and DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 2:17-cv-02651-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///

1

Pursuant to Fed. R. Civ. P. 41(a)(2) and LR 7-1, Plaintiff SWITCH, LTD. and Defendants STEPHEN FAIRFAX and MTECHNOLOGY, by and through their respective counsel of record, hereby stipulate and agree that all claims alleged in the above-referenced matter be dismissed, with prejudice. Each party is to bear its own attorneys' fees and costs.

DATED this 17th day of November, 2021.                    DATED this 17th day of November, 2021.

**SWITCH, LTD.**                                                                    **RANDAZZA LEGAL GROUP, PLLC**


 /s/: Samuel Castor                                                          /s/: Ronald D. Green
SAMUEL CASTOR, ESQ.                                                   RONALD D. GREEN, ESQ.
Nevada Bar No. 11532                                                      Nevada Bar No. 7360
LYNNEL M. REYES, ESQ.                                                 ALEX J. SHEPARD, ESQ.
Nevada Bar No. 14604                                                      Nevada Bar No. 13582
7135 South Decatur Blvd.                                                  2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89118                                                  Las Vegas, Nevada 89117
*Attorneys for Defendants*

MARK A. HUTCHISON
Nevada Bar No. 4639
JACOB A. REYNOLDS
Nevada Bar No. 10199
PIERS R. TUELLER
Nevada Bar No. 14633
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __17__ day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2